APP- 1

Time: 6:58 A.M.
Date: September 2, 2010
Subject: Unfiled Issues

On the date of August 31 st, 2010, Counselor Edwards brought me the response to the governments brief that he'd received in the mail from my attorney, Jeff Ellis. I've spent the past couple of days reading and rereading the brief. Several months prior to filing I sent Mr. Ellis an 80-plus page addendum on the issue of actual innocence. A few days before filing Mr. Edwards asked me to send him another addendum that I'd written up on the issue; This one was 70-plus pages. It was my understanding that the issue would be incorporated in full. Upon receiving the brief, I noted that more than half of my issue was left out; Issues needed in order to prove the governments conspiracy to murder me. Now that the issue is filed, and my 2255 Habeas Petition is turn in, I don't know what can be done to rectify the issue. The trial transcripts doesn't reflect the complete story, therefore the record is not complete. I will be sending a copy of this letter out to the Federal Court for the Western District Of Texas, Waco Division, in hopes that I can get permission to supplement my brief.

-Sherman Lamont Fields

*Sherman Lamont Fields*

Notarized this 21st day of September 20 10
Duane T. Bedford, Notary Public
Vigo County, Indiana
Commission Expires June 30, 2011

United States of America v. Sherman Lamont Fields...