APP-2

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. W-09-CV-009<br><br>CRIMINAL NO. W-01-CR-164 (1) |

## O R D E R

Before the Court is Movant's letter that has been docketed as a Motion to Proceed Pro Se (Doc. 363). On September 25, 2012, the Court denied Fields's 28 U.S.C. § 2255 motion as amended, his motion for new trial as amended, as well as various motions seeking discovery, DNA testing, and funds for a trauma expert. The Court recently has denied Movant's various motions for reconsideration.

Movant informs the Court in his letter that he "will be proceeding to the 5th Circuit pro se." He complains that: (1) the prosecutors and their witnesses intentionally engaged in a criminal conspiracy; (2) his attorneys "have not taken the necessary steps to bring this to light"; and (3) the Court "knew all along what the prosecution and their cabal was up to [sic]." Movant, however, is represented by counsel in this case. Accordingly, his pro se motion (Doc. 363) is hereby **DENIED.**

SIGNED this 10th day of June, 2013.

WALTER S. SMITH, JR.
**United States District Judge**