APP - 4

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 30, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

      No. 13-70025    USA v. Sherman Fields
                  USDC No. 6:09-CV-9
                  USDC No. 6:01-CR-164-1

You have not signed your motion in accordance with FED R. APP. P. 32(d). The original of the motion is returned for your signature. You have until October 10, 2013 to return the original motion with your signature.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Joseph H. Gay Jr.