APP - 6

UNITED STATES APPEALS COURT

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| V. | ) ) ) ) ) |
| SHERMAN LAMONT FIELDS | ) ) ) |

DEFENDANT'S MOTION TO SEAL FREE STANDING ACTUAL INNOCENCE BRIEF.

TO THE HONORABLE JUDGE(S) OF SAID COURT:

Comes now the defendant Sherman Lamont Fields, by and through pro se representation, and files this motion to Seal the FreeStanding Actual Innocence brief in this cause and would show the Court as follows:

Starting as early as November 2001, local, State, Federal law enforcement, along with Federal prosecutors did knowingly, intentionally, deliberately and with premeditation engaged in a criminal conspiracy with both known and unknown criminals, to murder the defendant Sherman Lamont Fields via lethal injection. The disclosure of the contents of the FreeStanding Actual Innocence Petition would seriously jeopardize the Courts ability to lobby an inquiry/investigation into the facts. The defendant therefore seeks an order of the Court placing the FreeStanding Actual Innocence Petition and related documents under seal.

The defendant will show that the interests of justice would be served by keeping the petition under Seal until a hearing can be held inquiring into the facts set out in said Petition.

To assist in this process, the defendant will provide to the Clerk's Office a copy of the FreeStanding Actual Innocence Petition. The defendant requests that the Clerk be directed to provide each named Conspirator with notice that such Petition exist, yet is placed under Seal until further notice.

Accordingly, the defendant respectfully requests this Court to order that the FreeStanding Actual Innocence Petition and documents relating to the Petition remain Sealed; Provided that a full inquiry/investigation be lobbied into the facts therein and that a Hearing date is set to explore said facts.

The defendant further requests that this motion and the Court's Order be sealed.

Respectfully Submitted

*Sherman Fields* 10/8/13

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808



JOHN SAMUEL EDWARDS III
Notary Public, State of Indiana
Clay County
My Commission Expires
October 24, 2018