APP - 7

IN THE UNITED STATES APPEALS COURT

FOR THE FIFTH CIRCUIT.

UNITED STATES OF AMERICA   )
)
)
)
)
V.   )
)
)
)
)
SHERMAN LAMONT FIELDS   )
)

MOTION TO BAR THE NAMED AND UNNAMED CONSPIRATORS
AND/OR COCONSPIRATORS FROM HAVING ANY CONTACT WITH
EACH OTHER DUE TO THEIR ABILITY TO CONTINUE THEIR
CRIMINAL ENDEAVOR(S).

To the Honorable Judge(s) of said Court.
United States Appeals Judge(s):

Sherman Lamont Fields, by and through pro se, moves for an order that the Conspirator(s) and/or CoConspirator(s) named and unnamed herein be restricted from having any contact with each other due to their ability to get together and come up with storie(s) that would further their criminal actions. In support of this motion Fields relies upon the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and will show the following:

United States Attorney(s) Greg Gloff and Steven Snyder, along with U.S. Marshal(s) Chris Casson, Parnell McNamara, McLennan County Sheriff Detective(s) Johnny Spillman, Morris "Bubba" Colyer, Roy Davis, ATF Agent Douglas Kunze, Waco Texas Police Department Detective Steve January, and other United States Attorney's and Law Enforcement Personell, both named and unnamed along with Criminal(s) Shalaykea Scroggings, Edward Lee "Treyboy" Outley, Christian "Chae" Walker, John Mercer, Dominique Tubbs, Christopher Quigley, Jerry Reed, Homero Deleon, Kevin Burton and others both known and unknown did engage in

a criminal conspiracy to murder the defendant Sherman Lamont Fields via lethal injection.

The evidence will show that on November 6, 2001 Sherman Lamont Fields walked out of a Federal jail that was being run by Civigenics via the fire escape door after receiving a key to said door from a jailor. That same night Fields' girlfriend, Suncerey "Shining Star" Coleman was murdered, shot twice in the head.

The evidence will further show that United States Attorney's and all Law Enforcement personell automatically assumed that Fields was the culprit of the crime and as a direct result started "seeking" evidence to support that assumption.

The evidence will show (1) that the Prosecution along with several Law Enforcement officers committed perjury in the Grand Jury and defrauded the Grand Jury into returning an indictment; (2) The prosecution went "seeking jailhouse testimony", in an effort to fabricate some evidence against Fields. (3) Law Enforcement agents recruited and coached criminal "witnesses"; (4) The real murderer(s) of the crime recruited and coached criminal "witnesses"; (5) Law Enforcement officers committed a vast amount of perjury; (6) The prosecution knowingly, deliberately and willingly picked a pro prosecution racist jury; (7) Judge Walter Smith, at the very least Aided and Abetted the Conspirators criminal endeavors; (8) The prosecution knowingly, deliberately and willingly suborned perjury; (9) The prosecution knowingly, deliberately and willingly fabricated evidence; (10) The prosecution knowingly, deliberately and willingly presented false evidence and defrauded the Court and the Jury; (11) The prosecution(s) "witnesses" knowingly, deliberately and willingly presented false evidence and defrauded the Court and the jury; (12)

The Conspirators herein, both known and unknown took the necessary steps to defraud the Court and the jury in an obvious attempt to cause the murder of the defendant, Sherman Lamont Fields via lethal injection. (13) The evidence will show that there was indeed a criminal conspiracy to murder the defendant, Sherman Lamont Fields via lethal injection. (14) The evidence will show that the real murderer(s) took the necessary steps to hide crucial evidence that implicates them in Ms. Coleman's murder and fabricate evidence in order to falsely implicate the defendant, Sherman Lamont Fields; (15) The evidence will further show that the "evidence" in support of the defendant, Sherman Lamont Fields' guilt is indeed fabricated; (16) The evidence will show that Judge Walter Smith intentionally, deliberately and willingly, in order to continue the conspiracy refused to consider the real facts of the case.

In the interest of Justice the defendant Sherman Lamont Fields asks the Court to Grant this motion and enter an Order barring all of the named and unnamed Conspirators and/or CoConspirators from having any contact with each other until a Hearing can be held on the merits.

Respectfully Submitted

Sherman Lamont Fields
#15651-180        10/8/13
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                    47808



JOHN SAMUEL EDWARDS III
Notary Public, State of Indiana
Clay County
My Commission Expires
October 24, 2018