APP-10

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 13-70025

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, Waco

---

O R D E R:

IT IS ORDERED that appellant's motion to proceed pro se on appeal is DENIED, relying on the representation of counsel that appellant does not wish this court to remove counsel.

/s/CAROLYN DINEEN KING
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE