APP-11

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

         No. 13-70025    USA v. Sherman Fields
                         USDC No. 6:09-CV-9
                         USDC No. 6:01-CR-164-1

We will take no action on your "motion to Bar the Named and
Unnamed Consipators and/or Conconsirator…".  Only your attorney
can file motions or other documents on your behalf.  Your motion
is being forwarded to your attorney for whatever action he deems
necessary.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By:_____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Joseph H. Gay Jr.