APP-12

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 18, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

     No. 13-70025   USA v. Sherman Fields
                    USDC No. 6:09-CV-9
                    USDC No. 6:01-CR-164-1

We received your response to notice.  In light of the court's order of October 25, 2013, we are taking no action on this document.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Joseph H. Gay Jr.
     Mr. Peter J. Isajiw