APP-13

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 05, 2013

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

No. 13-70025    USA v. Sherman Fields
                USDC No. 6:09-CV-9
                USDC No. 6:01-CR-164-1

We will take no action on your response to notice from the court. Only your attorney can file motions or other documents on your behalf. Your response is being forwarded to your attorney for whatever action he deems necessary.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Jeffrey E. Ellis
     Mr. Joseph H. Gay Jr.
     Mr. Peter J. Isajiw