APP-14

IN THE UNITED STATES COURT
OF APPEALS FOR THE
FIFTH CIRCUIT


UNITED STATES OF AMERICA

V.

SHERMAN LAMONT FIELDS

CIVIL No. W-09-CV-009

CRIMINAL No. W-01-CR-164

\* THIS IS A CAPITAL CASE
( DEATH PENALTY )


## MOTION FOR RECONSIDERATION


(1) In August 2013 Sherman Lamont Fields wrote the Fifth Circuit Court of Appeals a letter informing them that he would be proceeding Pro Se, then Fields followed up with a Pro se motion.

(2) Because the Motion was unsigned the Court returned the Motion for Fields' signature.

(3) This led Fields to believe that the Motion would be granted so Fields filed a Freestanding Actual Innocence Brief that expounded upon the issues of his innocence and sculpts in great detail the criminal conspiracy that led to this travesty of justice; Fields also filed a Motion pursuant to Brady v. Maryland, a Motion to bar the named and unnamed conspirators and/or Coconspirators from having any contact with each other due to their ability to continue their criminal endeavor(s), and a Motion to seal.

(4) On 11/6/13 Fields received a "Notice" from the Court stating that the Court would take no action on his filing(s) and only his attorney (sic) can file Motions or other documents on his behalf.

(5) Fields promptly responded to the "Notice" stating that he was willing to allow his filing(s) to be admitted as an addendum to his attorney(s) filings in order to keep the Judicial process on course.

(6) On 11/13/13 the Court responded that no action will be taken on Fields' response and only Fields' attorney (sic) can file on his behalf.

(7) Again Fields promptly responded informing the Courts that his attorney(s) have no objection to his filing(s) as an addendum to theirs, and it was his wish to have his filing(s) added as a supplement, or the alternative is that the Court allow Fields' Brief and filings to stand alone.

(8) On 12/9/13 the Courts once again responded stating that they would take no action, yet after every filing the notice from the Court also informs Fields that a Copy of his filings were not only forwarded to his attorney(s), but to the prosecution as well; This is a violation of Fields' constitutional rights, Fields have stated that the prosecutors knowingly, intentionally, deliberately

and with malice aforethought engaged in a criminal conspiracy with their investigators and their "witnesses" to use the death penalty as a murder weapon to take Fields' life by fabricating evidence, evidence that they have always known to be false, and Fields asked this Court to Seal the evidence. It's patently obvious that the Courts have ignored the request to Seal and have enlightened the prosecution on the evidence brought forth against them, therefore it's only fair that Fields' Motion(s) and Brief be admitted as a part of his appeal because this Court have severely compromised what will undoubtedly be a criminal case against the prosecutors in this case, their investigators and their "witnesses" in the near future.

(9) Here just recently Fields received the Brief that his attorney(s) filed with the Court; **FIELDS STRENUOUSLY OBJECTS TO THIS BRIEF!** His attorney(s) informed Fields that the Brief was meant to be Filed with, and to work in conjunction with the Brief and Motions that Fields filed himself, and the only way Fields will retract this objection to the Brief is if the Courts allow the Brief and Motions that Fields filed to work in conjunction with said Brief, just as it was meant to do. So in the interest of Justice Fields respectfully asks this Court to Reconsider its previous order and allow Fields' Brief and Motion(s) to work in conjunction with the Brief attorney(s) filed, or in the alternative allow Fields' filings to stand alone.

Respectfully Submitted

Sherman Lamont Fields    12/12/13
Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808