APP-15

In THE UNITED STATES
COURT OF APPEALS
FOR THE FIFTH CIRCUIT


UNITED STATES OF AMERICA

                                                No. 13-70025

                    V.


SHERMAN LAMONT FIELDS

_____

          On Appeal from the United States District Court
          for the Western District of Texas
     _____

          APPELLANT'S MOTION TO REURGE FILING(S)


     Now comes Sherman Lamont Fields, Pro Se, and respectfully moves this Court to grant this motion and accept previously filed 'FREESTANDING ACTUAL INNOCENCE' Brief and Accompanying Appendix and Motions to be considered with pending C.O.A. request. As grounds for this request Fields would respectfully show the Court as follows:

     Fields has been in an ongoing conflict with this Court as he attempts to get the Court to accept the Brief and Motions that he filed in late October 2013. The Deadline for C.O.A filing was October 31, 2013. Mr. Fields met and filed by that deadline. And even though Fields' Brief and Motions were literate, adequate and Meritorious the Courts decided that only Fields'

"Attorney(s)" would be allowed to file documents on his behalf. However, Fields' argument, a two prong argument also has merit and should be considered:

(1) Because Fields represented himself at trial he should be allowed at this stage to file a supplemental brief, and/or addendum to put the evidence in context since no one, not even his Attorney(s) can adequately disentangle the evidence, argument and/or defense that Fields attempted to present at trial... Fields' Attorney(s) have filed a motion in favor of Fields' brief as a supplement to theirs and have stated that the brief that they filed themselves was composed and submitted to the Court to work in conjunction with the brief that Fields filed.

(2) Fields have filed an objection with this Court to his Attorney(s) brief standing alone. And because the brief was meant to work in conjunction with Fields' brief, denying Fields' brief is a denial of Fields' right to access to the Courts. Also along that vein, there are volumes of case law where appellate Attorney(s) doesn't file the right issue(s) or they file the right issue but doesn't develop the facts enough to where it will work in the Client's favor; the Actual Innocence issue that Fields filed Pro Se and/or as an addendum or supplement is fully developed, unlike the Actual Innocence issue filed by the Attorney(s), and while Attorney(s) wish to rely on ineffective Assistance of Counsel issues, ~~the brief that they~~ the evidence fully supports Fields' contention that we wouldn't be here today arguing this travesty of Justice if the police and prosecutors in this case had not intentionally, deliberately and knowingly engaged in a criminal conspiracy with crooks that set out

2

to use the Justice System and the Death Penalty as a murder weapon to criminally take Mr. Fields' life undetected.

---

The Consequences in this case is too Severe for the Courts to ignore, not only is an innocent man's life at Stake, but the Court runs the risk of Allowing the Aforementioned conspirators to get Away with Fields' murder. WHEREFORE Fields respectfully requests that the Court grant this motion And Allow Fields 'Brief' to be considered in conJunction with his Attorney(s) Brief, as it was meant, or the Alternative is to Allow Fields' Brief to Stand Alone.

Respectfully Submitted

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

Sherman Lamont Fields
December 24, 2013

3