APP-16

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 14, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70025    USA v. Sherman Fields
                       USDC No. 6:09-CV-9
                       USDC No. 6:01-CR-164-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Jeffrey E. Ellis
Mr. Sherman Lamont Fields
Mr. Joseph H. Gay Jr.
Mr. Peter J. Isajiw

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 15, 2014

#15651-180
Mr. Sherman Lamont Fields
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0000

> No. 13-70025    USA v. Sherman Fields
> USDC No. 6:09-CV-9
> USDC No. 6:01-CR-164-1

Dear Mr. Fields:

The court having already declined to allow you permission to make pro se filings on October 23, 2013, followed by reconsideration of this decision on January 14, 2014, you are admonished that forth coming submissions in this appeal received while you are still represented by counsel, will be neither addressed nor acknowledged.  Therefore, we are taking no action on your "Appellant's Motion to Reurge Filings".

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:    Mr. Jeffrey E. Ellis
       Mr. Joseph H. Gay Jr.
       Mr. Peter J. Isajiw