APP-17

IN THE UNITED STATES
SUPREME COURT


IN RE:


UNITED STATES OF AMERICA


V.                                         No. 13-70025


SHERMAN LAMONT FIELDS



USDC No. 6:09-CV-9
USDC No. 6:01-CR-164-1


---

MOTION APPEALING ORDER FROM THE FIFTH CIRCUIT

---


In mid to late 2013 the District Court for the Western District of Texas (Waco Division) denied Fields' 2255 Habeas Petition after rejecting his attorney(s) motion to reconsider. The District Court claimed that Fields couldn't show that he was Actually Innocent of the charged crime(s).

The deadline to file a COA Petition to the 5th Circuit Court of Appeals was October 30, 2013, Fields immediately filed a motion to proceed pro se.

The 5th Circuit sent a copy of the motion to Fields attorney Jeff Ellis and a copy of the motion to the prosecution, then returned the original motion to Fields to sign; The request for the signature misled Fields to believe that the motion was accepted and he immediately filed a FreeStanding Actual Innocence brief with 3-Volumes of Appendix proving that not only could he prove that he was Actually and Factually innocent but the finding of Guilt was unauthorized and the admission of false facts precluded the development of true facts.

Fields' attorney responded to the motion stating that Fields didn't say that he wanted to fire his attorney's he just asked for permission to file the pro se motion and after seeing the brief themselves the attorney's have no objection to Fields filing the brief as a supplement to their brief, given that they filed Actual Innocence as well. Fields' attorney went on to state that if the Court was going to take them off the case then they would like a hearing to determine if Fields' was competent to proceed pro se.

The 5th Circuit responded stating that the motion to proceed pro se was denied and Fields won't be allowed to file anything with the Court because he have attorney's.

By this time Fields' attorney(s) had filed their own brief for Fields but Fields hadn't seen it yet. As soon as Fields received the brief he filed a motion asking the 5th Circuit to reconsider his pro se brief since Fields attorney's stated that the brief that they filed was meant to work in conjunction with the pro se brief that Fields filed. Fields STRENUOUSLY OBJECTED to his attorney's brief stating that there are

Volumes of Case law where attorney(s) often file "the wrong issues" or they file the right issues but doesn't go enough in depth to do their client any good; The latter is what happened here in Fields' case. Fields reiterated that his attorney states that their brief was meant to work in conjunction with his pro se brief and asked that it be added as an addendum or supplement to his attorney's brief...Or Fields asked that his brief be allowed to stand alone if the Courts refuse it as a supplement. Fields further states that because he proceeded to trial pro se no one (attorney) can sufficiently argue the evidence and/or the point that he has been trying to make all along and being that the 5th Circuit is supposed to be impartial, but have been sending the prosecution everything that Fields have filed then it's only fair that Fields be allowed to proceed with his brief given the contents.

However on January 14, 2014 the 5th Circuit responded stating that they will not allow Fields to proceed pro se and they will not accept anything else that he file. Fields' attorney, Jeff Ellis emailed Fields stating: " I'm incredibly frustrated with the 5th Circuit's orders. You keep asking for permission to file a pro se supplemental brief (and Peter and I argued in favor of your right to do so) and they keep dodging the issue. The latest order says that you filed a motion to reconsider the denial of your motion to go pro se and then says they deny that motion. So they are wrong about what you asked for and they've never denied your motion to file a pro se supplemental brief, which they have in your case file."

( I ), Fields have been very straight forward in the motion(s) that he has filed, he's in full control of his mental and emotional faculties and the Actual Innocence brief that he filed not only proves that the District Court's denial of his 2255 was outrageously erroneous, but the brief is meritorious in every sense. Not only that, but the 5th Circuit never returned the brief or motions to Fields, and as previously stated they've been sending everything to the prosecution even though Fields' brief establishes that the prosecution conduct throughout this process have not only been unethical but illegal as well.

The Courts have repeatedly held that " DEATH IS DIFFERENT ", thus the consequences are too dire to refuse Fields' pro se brief and allow the prosecution to keep defrauding the High Courts. Fields' brief clearly shows that it was a concerted effort on behalf of the police, prosecutors, witnesses and District Judge Smith to make this case into something that it wasn't so they could use the Death Penalty as a murder weapon to take Fields' life in the pretense of Justice. Arguably Fields makes the perfect candidate to be murdered by our justice system, he had a troubled youth, he was in and out of jail and prison...and the circumstances which led us to where we are today, no one will question the authenticity of the governments allegations; BUT unlike the prosecution Fields isn't asking you to just ignore the facts, Fields isn't even asking you to believe what he's saying, Fields is asking you to look at his Actual Innocence brief and decide for yourself.

Fields' brief clearly shows that constitutional violation(s) resulted in the conviction of an Innocent man and as noted in Gunn v. Newsome, 881 F.2d 949, 966 (Hill, J., dissenting). "an innocent (911 F.2d 488) person....in custody or in jeopardy of the execution of a death sentence [must have unlimited opportunities] to repair to a court of justice for relief.

The unduly restrictive orders that the 5th Circuit have placed on Fields is not only fundamentally unfair, but it's criminal in light of the evidence and failure to consider Fields' brief places an innocent man in immenent danger of death.

## ( RELIEF REQUESTED )

Fields asks that this Court instructs the 5th Circuit to allow Fields' pro se brief and motion(s) as a supplement/addendum to his attorney(s) brief, or allow Fields' brief to stand alone.

Or...Fields asks that this Court instruct the 5th Circuit to forward the brief and motions to the Supreme Court and let you decide whether the merits warrant attention...

Respectfully/Sincerely *Jan. 23, 2014*

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

PRO SE

IN THE UNITED STATES
SUPREME COURT

SHERMAN LAMONT FIELDS

V.

No. 13-70025

UNITED STATES OF AMERICA

THIS IS A DEATH PENALTY CASE!

PRO SE

USDC No. 6:09-CV-9
USDC No. 6:01-CR-164-1

---

## MOTION

---

STATEMENT OF FACT(S):

Sherman Lamont Fields is Actually and Factually Innocent of the crime(s) of conviction and his Death Sentence is due to a criminal conspiracy orchestrated and carried out by the police, prosecutors and District Judge to defraud the jurie(s)/Courts and their criminal actions, which precluded the consideration of true facts by and through the admission of false facts have made it impossible for the merits to be legally and factually litigated and deprives Fields of Due Process.

FIELDS WILL SHOW:

1. That a criminal conspiracy existed and still exist to use the Death Penalty as a murder weapon to criminally murder Fields in the pretense of justice.

2. That the prosecutors and law enforcement officer(s) defrauded the Grand Jury into returning an indictment and they did so knowingly, willingly, intentionally and with malice aforethought.

3. That the prosecution went out "seeking jailhouse testimony" and "hired" a cabal of inmates to lie with the intent to defraud the Courts/jurie(s), while knowing that the inmates would/did lie, and they did so knowingly, willingly, intentionally, deliberately and with malice aforethought.

4. That the prosecution knew that Fields didn't commit the crime(s), Shalaykea "Lakie" Scroggins accompanied by Edward Lee "Treyboy" Outley were the real culprits.

5. That the prosecution Aided and Abetted "Lakie" Scroggins and Treyboy Outley in their conspiracy to frame Fields for the crime(s).

6. That the prosecution "witnesses" defrauded the Courts/jurie(s).

7. That the prosecutions "investigators" defrauded the Courts/jurie(s).

8. That the prosecutors defrauded the Courts/juries.

9. That the aforementioned acts were done knowingly, intentionally, willingly, deliberately and with malice aforethought.

10. That District Judge Walter Smith was/is bias and he deliberately, knowingly, willingly, intentionally and with malice afore-thought abused his dicretion while Aiding and Abetting a Criminal Conspiracy.

11. That the prosecution know that because they are supposed to be "officers of the Court" they could defraud the Courts/juries and their word would be held at a different standard than Mr. Fields.

12. That the prosecution knowingly, intentionally, willingly, deliberately and with malice aforethought defrauded the 5th Circuit Court of appeals.

13. That the prosecution knowingly, intentionally, willingly, deliberately and with malice aforethought defrauded the Supreme Court.

14. That this is the extraordinary circumstance where the evidence preponderates heavily against the verdict and the jury's verdict was against the manifest weight of the evidence.

15. That the district Court and appellate Courts reliance on clearly erroneous findings of fact contributes to this gross miscarriage of justice.

16. That the sentencing jury was influenced and/or misled by improper, fabricated and false evidence, arguments and instructions and the admitted evidence was so unduly prejudicial that it rendered the trial fundamentally unfair and impeded upon the Due Process clause of the Fourteenth Amendment.

17. That the prosecutors misconduct and illegal activity seriously affected fairness, integrity and/or reputation of judicial proceedings.

18. That the prosecution is being rewarded for their criminal acts.

19. That by clear and convincing evidence the prosecution engaged in a fraud and/or misrepresentation.

20. That because of the prosecutions criminal acts an impossible burden have been placed on Mr. Fields and the intentional, deliberate and willful act to defraud the Court(s)/Jurie(s) was meant to use the Death Penalty as a murder weapon to murder Fields and in the interim shift the burden of proof onto the defense while anticipating that Fields will never be able to meet the High "bar" that the AEDPA places on Innocent defendants that have been wrongfully convicted.

RELIEF REQUESTED:

Fields asks that this Court bear in mind that every "Fraud On the Court" is a deliberate blow to the integrity of our justice system, moreso when the culprit of the fraud is the one(s) that swore to traverse our judicial system with honesty and the state of mind that the ultimate goal is to see that Justice is done in a fair and balanced way that won't deprive the accused of Due Process of law. In this case the prosecution intentionally, deliberately, willfully, knowingly and with malice aforethought stepped outside of the law and not only defrauded our judicial machinery so it wouldn't work the way that it was meant to work, but they also committed numerous criminal violations that seriously mar our justice systems integrity and honor; For the reasons stated above Fields asks that he be allowed to present to this Court by and through a "Freestanding Actual Innocence Brief" the evidence backing up his claims herein.

Sincerely/Respectfully

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                47808

PRO SE