APP-19

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

June 18, 2014

Sherman L. Fields
#15651-180
PO Box 33
Terre Haute, IN 47808

RE: Sherman L. Fields
    USCA5 #13-70025

Dear Mr. Fields:

The above-entitled petition for writ of certiorari was postmarked June 10, 2014 and received June 18, 2014.  The papers are returned for the following reason(s):

It appears that your case is still pending in the United States Court of Appeals for the Fifth Circuit.

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Clayton R. Higgins, Jr.
(202) 479-3019

Enclosures