APP-20

To the Clerk:

On or about February 17, 2014, I filed a Motion with this Court pursuant to Rule 60 for Fraud On the Court and in that Motion I showed by clear and convincing evidence that the prosecution Aligned themselves with a criminal venture, Solicited my murder via lethal inJection, Engaged in a criminal conspiracy and Aided and Abetted the crooks that spearheaded the conspiracy, committing Fraud On the Court(s) in the process. And it's because of these illegal and Criminal Act(s) that I'm on Death Row.

On or about May, 1, 2014 this Court responded telling me to restructure the Motion (writ of certiorari) and refile by July 1, 2014, I refiled June 10, 2014.

Today, June 24, 2014 I received the writ back with a letter stating, "It appears that your CASE is still pending in the United States Court of Appeals for the Fifth Circuit" And "Your CASE must first be reviewed by a United States court of Appeals or by the highest State Court in which a decision could be had USC 1254 and 1257."

I filed my writ of cert. AS An <u>EXTRAORDINARY writ</u> up under Rule 20 And pursuant to 28 U.S.C. § 2101 (e) which States "An application to the Supreme Court for a

writ of certiorari to review a case before Judgment has been rendered in the Court of Appeals may be made at any time before Judgment." And 28 u.s.c § 1651(A) Showing that "exceptional circumstances warrant the exercise of the Court's discretionary powers, and that adequate relief cannot be obtained in any other form or from any other Court."

Yes I have a C.O.A petition pending in the Fifth Circuit, but the issues were filed over my objections to it, and the issues filed won't and/or can't make me whole. On May 21, 2014 Counsel argued at oral Arguements that I shouldn't have been Allowed to proceed Pro Se, asking for a new trial, but would be happy with a new punishment phase. I'm INNOCENT and EVEN a new trial won't be sufficient because that will only put me back in the Same position; back on trial facing the same false and fabricated evidence with the Conspiracy and Fraud On the Court as the foundation,

My sentence is illegal and "An illegal sentence can be corrected at Anytime". See Nesbitt v. Sec'y Dept. of Corr., 2012 u.s. Dist. LEXIS 65482 (M.D. Fla. May 10th 2012); Also United States v. Jackson, 923 F. 2d 1494 (11th Cir. 1991). Also it's Clearly established Federal law that the Due Process clause prohibits the conviction of either a legally and/or factually innocent person. See

2

Garden v. Stephens, Sup. Ct. # 13-546 (2013) cert. pending, 5th Cir. 8/21/13. By and through my writ of cert. via the appendix I showed with very clear and convincing evidence that I'm innocent and I'm the victim of a knowing and willful malicious prosecution where the prosecution, with malice aforethought willfully set out to murder me in the pretense of Justice. These "exceptional circumstances" warrants the exercise of this Court's discretionary powers. From day one I told my attorney's to file the Fraud On the Court with the criminal elements but they filed Habeas without doing so. I tried to file it myself and both the district Court and the Fifth Circuit refused me access to the Courts, the Supreme Court is my only "gateway."

When a defendant's life is at stake, Courts must be "particularly sensitive to insure that every safeguard is observed." Gregg v. Georgia, 428 U.S. 153, 187 (1976); See also Woodson v. North Carolina, 428 U.S. 280, 305 (1976) (" Because of that qualitative difference [between death and any other punishment] there is a corresponding difference in the need for reliability in the determination that death is the appropriate punishment in a specific case"); Eddings v. Oklahoma, 455 U.S. 104, 118 (1982) (O'Connor, J., concurring) (Noting that, because of the exceptional and irrevocable nature of the death penalty, "extraordinary measures" are required by the Eighth and Fourteenth Amendments to ensure the reliability

3

in Capital proceedings); Ford v. Wainwright, 477 u.s. 399, 411 (1986) (The heightened standard of reliability in Capital cases is "A natural consequence of the knowledge that execution is the most irremediable and unfathomable of penalties; that death is different").

My writ of cert. proves that had the prosecutor's not defrauded the court(s) there wouldn't have been no evidence to indict me, prosecute me, And/or convict me. And because the fraud originated in the lower court(s) and "trickled up", the fact that we are here today means that the Supreme Court was, and still is a victim of that fraud as well which led to the denial of cert. on direct appeal; It has been held that "the proper forum in which to assert that a party has perpetrated a "Fraud On the Court" is the Court which allegedly was a victim of that Fraud." Wilson v. Comm'r, 509 F. App'x 829, 833 (5th Cir. 2009) The District Court and the 5th Circuit both refused me the opportunity to prove they've been defrauded, thus the Supreme Court should Grant me that chance; The fact that this Court have been defrauded in relation to this case gives this Court Jurisdiction to entertain my writ of cert., or in the alternative a Rule 60 and Rule 20 Motion. "The inherent power of a Federal Court to investigate whether a Judgment was obtained by Fraud is beyond question." Universal Oil Prods. Co. v. Root Ref. Co., 328 U.S. 575, 580, 66 S.Ct. 1176, 90 L. Ed. 1447 (1946). If this Court order the prosecution to respond to the writ that was served on them earlier this month Not only will the Court see that the writ is meritorious, but the Court will see that their response is Just a continuation of the "Fraud on the Court" because I

will prove to you by clear and convincing evidence that Any response they give is a lie and meant to defraud this Court, and it's An unconscionable plan and/or scheme designed to improperly influence this Court's decision.

Restricting me from filing in this Court simply because I have a COA petition pending in the Fifth Circuit when the petition is severely inadequate and insufficient to obtain the Justice warranted in this extraordinary case violates the Fifth, Eighth and Fourteenth Amendments to our Constitution. It is clearly established Federal law that consideration of an otherwise untimely Petition for Federal habeas relief may be appropriate upon A showing that A "fundamental miscarriage of Justice" has occured, whereby "A constitutional violation has resulted in the conviction of Someone who is Actually innocent." Murray v. Carrier, 477 U.S. 478, 495-96, 106 S.Ct. 2639, 91 L.Ed. 2d 397 (1985): See Also Wyzykowski v. Dept. of Corr., 226 F.3d 1213, 1218-19 (11th Cir. 2000). The Actual Innocence exception "is exceedingly narrow in scope", and A petitioner seeking to invoke it must "Show that it is more likely than not that no reasonable Juror would have convicted him". Johnson v. Alabama, 256 F.3d 1156 1171 (11th Cir. 2001) (quoting Schlup v. Delo, 513 U.S. 298, 327, 115 S.Ct. 851, 130 L.Ed. 2d 808 (1995)" In addition, to be credible, A claim of Actual innocence must be based on reliable evidence not presented At trial." Id. (quoting Calderon v. Thompson, 523 U.S. 538, 559, 118 S.Ct. 1489, 140 L.Ed. 2d 728 (1998).

My writ proves unequivocally that I'm innocent and A

"fundamental miscarriage of Justice" has occured because of the criminal Act(s) committed by the prosecution. The Evidence presented in the writ is undoubtedly reliable And not only debateable amongst Jurist of reason, but no reasonable Juror would have convicted me if they were Allowed to hear, see And/or consider the Evidence presented in the writ.

I know and understand that the "All writs Act" empowers federal Courts to fashion Extraordinary remedies when the need Arises. Whereby I respectfully pray that this Court Allow me to file my "Extraordinary writ".

Respectfully,

Sherman L. Fields
# 15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, In 47808

The first Clerk. Clayton R. Higgins, Jr. Signed the letter telling me to restructure the original petition And Serve opposing Counsel And the Solicitor General. The letter I received today telling me I can't file because I have a COA pending is signed by Someone with the initials DM. I can't read the rest but I'm hoping it's Just a lack of communication And Mr. Higgins was right.

6