APP-23

————Voir Dire Examination of Donna Williams by The Court————397————

A. Did I say that?

Q. Let me show you.

A. I'm not sure why I said that. I certainly don't know that to be a fact.

Q. It may be because that was the last page of a very long questionnaire.

A. Could be.

Q. Okay. If you don't know that to be a fact, Ms. Williams, then I assume that's not an attitude or opinion you have that would cause you any difficulty in viewing or weighing the evidence?

A. No.

Q. All right. In a couple of other questions you were asked about your impression of prosecutors in general and you said they do the people's work and the criminal defense attorneys in general you said they're doing what's required. I think those are perfectly reasonable answers myself. Prosecutors represent the government. They present evidence when a grand jury returns an indictment. They vigorously represent the government and seek convictions. By the same token, their job is to see that justice is done, and I can assure you that either of these attorneys, if they think something has happened that someone's rights are not being protected, they will go so far as to dismiss the case rather than pursue it.