APP- 24

64

and create trial errors so that if their client is convicted there will be a better chance of that conviction being reversed on appeal. That is a real disadvantage that you would have in trying to represent yourself because those types of decisions and those types of attempts to create error in the record is something that certainly cannot only best be done, but can almost only be done by someone who has proper legal training and experience. So I just want to point that out to you and ask you if you have any questions about that aspect of representing yourself, and if you do, let me know, and if you don't, then this would be your last opportunity to tell me whether or not you want to represent yourself or have Mr. Peterson and Mr. Swanton represent you.

MR. FIELDS: First of all, Your Honor, I don't -- I don't even want to get to no -- to the point where I have to go to appeal. I want a -- I want an acquittal. Do you know what I'm saying? And the way they're going, I can't see it.

THE COURT: Mr. Fields, I understand that's the primary goal of everyone who goes to trial anywhere any time. I understand that.

MR. FIELDS: And I just want to tell you that I'm not sure I can do this, you know. I have no knowledge of the law and I believe I'll be hindered by a severe case of stage fright. I want to ask you one last time to appoint me new counsel. As I stated Friday, my attorneys and I have a major conflict of

65

interest, and if you refuse me new counsel, you would be forcing me to proceed pro se against my will.

Furthermore, I've heard you state on two different occasions that I was attempting to delay the trial. With all due respect, I want you to know that I've been verbally opposing each delay thus far. If you think I'm lying, all you have to do is ask Mr. Peterson and Mr. Swanton. The government is the one whom has delayed the trial this long for various reasons, the last being that they found some physical evidence that needed to be tested, a hair that they claim was found on the victim's body or clothes or somewhere. As I'm sure you know, the delay was a waste of my time but it was beneficial to the government because from my understanding they claim to have found several more inmates that have come forward claiming that I confessed to them or something like that. You've been unfairly admonishing me about delays when it's the government that has delayed the trial in order to gain an advantage.

THE COURT: Mr. Fields, my memory is that I told you the last time you decided -- well, you had suggested that you wanted to represent yourself and then you changed your mind and decided you wanted your attorneys to represent you, and at that point I told you that were you to change your mind once again, as you have now done, that that would not constitute or result in a delay in the trial. If I have taken the position that you yourself have been a cause of a delay, I'm not aware of having