APP-25

Examination of Ms. Scroggins by Mr. Fields (Jury out)—1680

MR. FIELDS: I asked you for new counsel. You denied me.

THE COURT: That's correct. You don't get the opportunity to choose whatever lawyer you want to have appointed. As long as the lawyers I appoint are competent and are working in your behalf, then that's the lawyers that you get to represent you, Mr. Fields. You or anybody else.

MR. FIELDS: But if we -- we had a major conflict of interest and ...

THE COURT: Not that I'm aware of, Mr. Fields.

MR. FIELDS: You didn't -- you didn't -- you didn't realize what our conflict was about?

THE COURT: I have no idea what your conflict is about, Mr. Fields. I don't want to know. That's not my business.

MR. FIELDS: But when I asked you for new attorneys and I told you that we had a conflict of interest, didn't -- wasn't it your responsibility then?

THE COURT: No. It wasn't, Mr. Fields.

MR. FIELDS: It wasn't? So, in other words, I can't ask no questions. What am I supposed to do?

THE COURT: Mr. Fields, nobody is telling you you can't ask questions. You can't ask questions that aren't admissible. If the government objects, I'm going to sustain the objection if they're not admissible. Just because you have a question written down and you think that's the way things ought to be, that doesn't mean you get to ask the question. Everybody has