APP-26

Shalaykea Scroggins Grand Jury testimony.                    22

Q. And where did he tell you he was going?

A. He was supposed to follow behind --

Q. To trade cars?

A. -- Trey Boy. Yeah, I was just getting out. You know, he was still following, and I told him to go ahead and let me out and --

Q. Now about what -- what time is this taking place?

A. This about --

Q. Are we at eleven o'clock yet?

A. Yeah, right at 11:00.

Q. Okay.

A. Probably right at 11:00.

Q. So he dropped you off, and where do you go?

A. And I went to my apartment --

Q. Okay.

A. -- and I stayed there for about five minutes and -- no, probably about ten, and Trey Boy came and knocked on my door. He asked me, "Where did Sherman go," and I said, "I don't know where he went; he was supposed to follow behind you." He was like, "Well, I don't know where he at," and I was like, "Well, I don't know where he at because" -- you know, and I was like -- so he told me that he was going to go over to his house -- to his apartment with my sister, and if I

Shalaykea Scroggins Grand Jury testimony.

23

heard from him or if he came by to call him and let him know --

Q. Okay.

A. -- so this is like 11:00, and I -- I went to my sister's apartment, and I --

Q. To Sheekie's?

A. Yeah, to Sheekie's, and I went to sleep. I got a phone call. It was Sherman about probably 1:00, maybe 2:00. I'm not exact of the time.

Q. Sometime between 1:00 and 2:00 in the morning?

A. Between 1:00 and 2:00, and he called from the New Road Inn, and he asked me what was I doing, and, you know, I was like, "What are you doing," and he was scraping on something in the background. I don't know what it was, but I just keep hearing a scraping sound, and I asked myself, "What is you doing, are you scraping on" -- "it sounds like you're scraping something." He was like, "Girl, I don't know what you're taking about; I'm not scraping nothing, so it must be on your" -- "your phone line," and I was like, "No, you're scraping something, or you're bothering something." He didn't say nothing, and I was like, "Well, where have you been," and he say he rode around -- he had to go hit a lick. He hit a lick. That's how he used it.

THERESA J. POPEJOY, CSR NO. 756 -- (512)819-9137 or (254)744-0282