APP-27

DEC. -10'01 (MON) 16:30    US MARSHAL SERV WACO                    TEL:254 750 1575                    P. 003

CASE# 01-8754
DATE 11-26-01        PAGE 2 OF 5

STATEMENT OF:

Sherman was becoming impaitent. So HE had ME call Trayboy again. I called and told Trayboy that Sherman said to hurry. Trayboy said, to tell Sherman HE was getting him some food becaus HE thought he might be hungry. So I hung up. I told Sherman. About 5 minutes later Tray boy pulled up with Renee Hampton in the car with him. They had McDonalds sacks in there hand. We all went into the room. I noticed Sherman had a change of clothing in his hand + a small silver hand gun. HE was messing with the bullets. I told him I was ready to go. HE said o.k. As soon As Trayboy take him to get another car HE would come back and get me. So ME + Sherman got back in the car. Trayboy + Renee got back in theres. Dog was suppose to follow them to renee's apartment in the village on 6th street. Instead Sherman let me out on 9th & he left. About 3 minutes after that Trayboy pulled up & ask where was Sherman. I replied, "I don't know. I thought he was with you. Trayboy said, Im going to see if I can find him, I will call you later. I went into my sisters house. She had told me that she was glad to see me. I walked to the store around the corner

WITNESS: _____                    Shalaykea Scroggins
                                                        SIGNATURE
WITNESS: _____

FIELDS 014216

DEC. -10' 01 (MON) 16:30    US MARSHAL SERV WACO           TEL:254 750 1575                    P. 004

CASE# 01-8754
DATE 11-26-01    PAGE 3 OF 9

STATEMENT OF:

To get something to drink & a box of Black & mikes. When I came back my sister told me. Trayboy called and said he coulint find Sherman. He hope he didn't do what he said He was going to do. My sister (Shekie) said that Sherman told Trayboy He was going to fuck Shining star off. Trayboy didn't want her too tell me. So I didn't ask him about it. About 1:30 a.m Sherman called me from the motel we were at earlier. I asked him where had he been, He said Just riding. While we wert talking I heard him or something scraping. I ask what it was, but he said He dont know what I was talking about. He told me he was going to go get Trayboy So He can drop us back off at the room. So about 20 minutes later they picked me up. I noticed Sherman was dressed different. He had on a differn shirt pants. The same orange & white shoes. When we got out. Trayboy handed Sherman $50. That was to check in the room again the next day. So we went in the room. He took a shower and got in the bed. He ask me if I would put those shoes in the trash. The orange shoes. He had some more. Some black ones. I threw them away & double sacked the clothes he had put in the trash. left them sitting where the room service lady could get them.

WITNESS: _____

WITNESS: _____

Shalaykea Scroggins

SIGNATURE

FIELDS 014217