APP-28

Direct Examination of Edward Outley by Mr. Snyder 1821

A.    Yes. That was right after he got out. As soon as we left Alberta's apartment, he called Suncerey Coleman, Shining Star, on my cell phone when we was on our way to Proctor to tell her that he would be out there in about ten minutes, for her to come outside. He'll be out there to pick her up and talk to her in about ten minutes.

Q.    Did you go to the hospital?

A.    No, sir.

Q.    Not only then, but any time that night did you go to the Hillcrest Hospital?

A.    No, sir.

Q.    Let's go back to the motel for a minute. After you left the motel, who was in the car and who was following whom?

A.    After we left the motel, we wasn't really following one another then. I got in the Jaguar. Me and Alberta Hampton got in the Jaguar and left and him and Shalaykea had got in the Grand AM and left.

Q.    And where did you go?

A.    I went and took Alberta back to the house and basically was working off my phone going to some of my customers selling crack bites.

Q.    You were selling crack?

A.    Yes, sir.

Q.    And also, sir, is -- you also work, if you will, with