APP-29

Cross-Examination of Shaylakea Scroggins by Mr. Fields-1621

A.    No, sir.

Q.    Ms. Scroggins, have you ever been to the green store that's around the corner from Parkside?

A.    Yes, sir.

Q.    You have?  Do you know the name of that store?

A.    Stop and Shop No. 3.

Q.    And what did -- what exactly do they sell?

MR. SNYDER:  Your Honor, is -- I wonder what relevance there is what a convenience store sells.

THE COURT:  Sustain the objection.

BY MR. FIELDS:

Q.    Do you know what time they open and close?

MR. SNYDER:  Your Honor, I question what relevance it is what time a convenience stores opens and closes.

THE COURT:  What's the relevance, Mr. Fields?

(Conference between Mr. Fields and Mr. Peterson)

MR. FIELDS:  Your Honor?  I want to -- I'm just proving that at one point she claimed that she had walked to the store and the store was closed at this time.  She couldn't have possibly walked to that store at that time.

BY THE WITNESS:

A.    Okay.  Let's talk about --

THE COURT:  Let's just -- you be quiet.

That's not impeachment on a matter that's relevant.  The objection will be sustained.