APP-30

Douglas Kunze's Grand Jury testimony.                                    61

of him and not calling the police right away?

THE WITNESS: I can't tell you what went through her head?

GRAND JUROR: I don't understand, I guess.

GRAND JUROR: Yeah, that's the same with "Lakie." "Lakie" says he sits there and tells her in the motel room that one of the bullets is for her, and then he goes back and picks her up, and she spends the night with him. It doesn't make a whole lot of sense?

THE GRAND JURY FOREMAN: And the first time he came to kill her and then backed out?

GRAND JUROR: "If he can escape from a federal prison, he can get to me and kill me."

MR. GLOFF: And there's -- there's --

Q.    (BY MR. GLOFF) Did Tanesha Hilliard make any type of claim that she made any type of phone calls to try and find out whether or not he had actually escaped or whether or not he was on -- out on bond or something like that?

A.    Yes.  She did make calls down to CiviGenics, she said, to see because she couldn't believe it herself when she saw him at the hospital.

Q.    And did she get any kind of straight answer?

A.    No, at the time.

THE REPORTER: I -- I need paper.

MR. GLOFF: Oh, go ahead.

THERESA J. POPEJOY, CSR NO. 756 -- (512)819-9137 or (254)744-0282