APP-33

/2002  16:48   2547765701                    EXECUTIVE SUITES                    PAGE  17

Song: I dont man i L
Artist: R. ...ing

Hey Sweetie,                                    7-7-02
        By the time my notation arrives
I hope you are in the very best of health.
Before I even get into this letter. I know
I tripped out. I really didn't think I would
fuck the nerd up for real. Baby, I'm sorry I hope
you can forgive me. Baby it's Just that
Now that were back together, I'm not taking
any chances on someone trying to take you
from me. I've been through that once I will
not let it happen to me again. So please
understand why I don't want you talking to
anyone a sherun tids... I Love You baby.
I do. I really don't want to lose you. I hope
that this time its Just me & you. Baby,
Please don't go talk to anyone because
I did that. When you get your card.
Call me, I'm not going to mess it up. Baby
like 2 days I've missed your voice. I really
Feel bad for what I did. Baby, I'm
sorry. I Love You baby, I hope we can work
this out. I know you still ... me and g.n.
I don't why you don't ride her calling.
Anyway Baby, I was real upset. Because
I saw myself losing you again. I don't
reason the I'm ...

EXECUTIVE SUITES                    PAGE 18

happen again I told you I'm killing bitches. So, i hope your ready for it. to be me & you baby. Thats the way it should be. i love you. i did know if you love me like i love you. We need to try to regain that life. i really want to be with you. i think long i think of you constantly, now that i hurt you. this killing me on the inside. I know i need to hear your voice. baby i need you. I'm not going to give up until i have you Sherman, you are my world baby. it's always been like that. i stop being with you because, the way you was handling things. then i seen that it made to get over you i was glad that it wasn't too late for us. See baby, it's just the beginning for us. when we brought it was the end. i love you baby, with all my heart & soul. whatever it takes to make things up with you i'm willing to do. I'm getting ready to go work @ starbucks Monday. 3-11pm. So when you call. call before 3pm. Please don't be mad baby. i love you baby more than anything in the world. i mean i hurt all you a letter now. i'm i want going

EXECUTIVE SUITES    PAGE 19

to write you. I miss your voice. Baby, I promise to do things better than i was. I just have to trust you again. It's hard. when I've betrayed me before. I've been trying before all this happen, it wasn't that hard to trust you. I am trying baby. I do love you baby. I miss You with all my heart. Know that Fever Baby I will always

~You

~Me Shd a'You.

Tickls.



Song: I don't mean it
Artist: R-Kelly

Hey Sweetie,                                        7-7-01

         By the time my notation arrives I hope you are in the very
best of health. Before I even get into this letter, I know I tripped
out. I really didn't think I would fuck the card up forreal. Baby, I'm
sorry. I hope you can forgive me. Baby it's just that now that we're
back together, I'm not taking any chances on someone trying to take
you from me. I've been through that once. I will not let it happen to
me again. So please understand why I don't want you talking to anyone.
Sherman Fields...I love you baby. I do. I really don't want to lose you.
I hope that this time it's just me and you. Baby please don't go talk
to anyone because I did that. When you get your card call me. I'm not
going to mess it up. Baby these two days I've missed your voice. I
really feel bad for what I did. Baby, I'm sorry. I love you baby. I
hope we can work this out. I know you still call that girl. I don't
know why you didn't have her call me. Anyway, baby, I was real upset
because I saw myself losing you again. I let it happen the First time,
I'm not going to let it happen again. I told you, I'm killing bitches.
So I hope you're ready for it to be me and you baby. That's the way
it should be. I love you. I don't know if you love me like I love you.
We need to try to regain that love. I really want to be with you. All
day long I think of you constantly. Now that I've hurt you, it's
killing me on the inside. I know I need to hear your voice. Baby I
need you. I'm not going to give up until I have you. Sherman, you are
my world baby. It's always been like that. I stop being with you
because of the way you were handling things. Then I seen that I couldn't
get over you. I was glad that it wasn't too late for us. See baby, it's

Just the beginning for us, when we thought it was the end. I love you baby with all my heart and soul. Whatever it take to make things up with you I'm willing to do. I'm getting ready to go to work. I started Monday 3-11 pm. So when you do call, call before 3 pm. Please don't be mad baby. I love you baby. More than anything in the world. I'm mad I haven't got a letter from you. I wasn't going to write you. I missed your voice. Baby, I promise to do things better than I was. I just have to trust you again. It's hard when you betrayed me before. I've been trying, before all this happened it wasn't that hard to trust you. I am trying baby. I do love you baby. I miss you with all my heart. Know that Forever baby, I will always.

Love,

Mrs. Shalaykea

Fields.

/2002  16:48    2547765781          EXECUTIVE SUITES                    PAGE  13

Mg Incomplete
Artist's improv

Hey my precious prince!                    7·9·03

                    I'm glad to hear you calmed
down. I know I said some pretty FFle shit the
other day. Something I know that you I didn't mean
it baby. I was relieved to get this letter from you.
I was glad to receive it. You made me feel so
better on the inside. I was so afraid of you doing
something to get back at me. I am sorry. You better call
me. I'm not going to fuck off my money! Baby, I
did stop did starting that same shit again I promise
I'm not going to fuck with anyone I haven't even been
to killed. From now on, I'm not going to tell no
more lies. You say you through and you better be.
You need to find somebody to get that shit off
you. I'm going to get your name on my neck when
I get paid. Next Monday. So you need to make some
arrangement for that. You are going to be my husband.
I'm getting your name ASAP. on my neck. Mrs. Sherman,
Shields. So if you doing with me shit I don't want
to make any more mistakes. I already told you I love
somebody get you one. but never again will
I. I love you with all my heart + soul. So
Please baby let's do this I me + you. I need you baby.
I know I have to control my temper. B.J. did
so much shit. Sleep by me, not knowing about
it. It's not going to happen again. Everybody
say I'm stupid because you going to be whole
girl. But I hope we make them into mine.
I want you. I need you. And no stopping. You
know it's like addiction. You haven't seen nothing
yet. I can't begin to explain how deeply I love you.
Baby now, I haven't been doing anything but trying

— Always 3 Dear!          J D H          Sherman is Shabazz Shields

03/08/2002  16:48    2547765781          EXECUTIVE SUITES          PAGE  14

but trying to see how we gon're do this. I know good of knowing you had my cell. She'd never. But fuck over me Sherrin, I've done so much for you within this last year. All I have been is good. Because a few miscommunications mistakes. I never checked on you. No I once. So Baby please take this & run with it. I will show you a better person. I love you. I don't like fighting either. We need to start working on the future that we can do to make things better. I was tripping Baby. I'm ready now. I know where my heart is. I will be waiting for you faithfully. Everything I've done, I told you. That's also real. I just hope I hope you told me & want to be with me like you say. I will be so heart broken. So please don't fuck over me. Baby today is thursday I can't wait to talk to you in the morning. So I can tell you how sorry I am, how much I love you. I tried to stop being so damn insecure. It hurts. You got tatas & shit. Baby that hurts me. Office that I will break down. How could you do that to me. I really don't want to get your name I because you told true. That's why. You never tried off. Real soon. You have to act seriously. Baby, I want to marry you. I'm ready to be mrs. Ticas. On my work badge it say Ericka Ticas. I tell them I was married. Baby you are my everything. We've been through so much still. I'm glad it's over. And we can relax. Waiting to love you faithfully. When you come home I will make it all up to you. I promise you that I will be the best woman to no two. One last time to you. we will do things

a little afraid than the most. I love you always Sherman. Love the hell out of you, baby. Hope to see you real soon. Call me back. Until next time stay strong. Ouest you will be in all my prayers Sincerely.

Your wife

Shalaykea Jordan

PS. I love you, I could never tell you to much. I love you. I miss you so so much. Hurry up and come home baby. I love you.

Song: Incomplete
Artist: Sisqo

Hey my precious prince!                                    7-9-01

            I'm glad to hear you calmed down. I know I said some pretty file shit the other day. Somethings I know I hurt you. I didn't mean it baby. I was relieved to get this letter from you. [I was glad to receive it]. You made me feel so better on the inside. I was so afraid of you doing something to get back at me. I am sorry. You better call me. I'm not going to fuck off my money! Baby, I did tripout starting that same shit again. I promise I'm not going to fuck with anyone. I haven't even been to Killeen. From now on I'm not going to tell no more lies. You say you through and you better be. You need to find somebody to get that shit off you. I'm going to get your name on my neck when I get paid. Next Monday. So you need to make some arrangement for that. You are going to be my husband. I'm getting your name ASAP on my neck, Mrs. Sherman Fields. So if you playing with me, stop. I don't want to make any more mistakes. I already told you, I let somebody get you once, but never again will I. I love you with all my heart and soul. So please baby, let's do this, me and you. I miss you baby. I know I need to control my temper. But I let so much shit slip by me, not knowing about it. It's not going to happen again. Everybody say I'm stupid because you going to be with ole girl. But I hope we make them out of a lie. I want you. I have you. " Ain't no stopping it!" Yea, I know it's like obsession. You haven't seen nothing yet. I can't begin to explain how deeply I love you. Baby now, I haven't been doing anything but trying but trying to see how we gone do this. I know as of today you have my all. That's real. Don't fuck over me Sherman. I've done so much for you within this last year. All I have been is good. Besides a few misdemeanor ass mistakes. I never cheated on you. Not once. So baby please take this and run with it. I will show you a better person. I love you. I don't like fighting either. We need

to start working on the future. What we can do to make things better. I was tripping baby. I'm ready now. I know where my heart is. I will be waiting for you <u>Faithfully</u>. Everything I've done, I told you. That's also real. I just hope hope you love me & want to be with me like you say. I'll be so heartbroken. So please don't fuck over me. Baby today is Thursday I can't wait to talk to you in the morning. So I can tell you how sorry I am, How much I love you. I need to stop being so damn insecure. It's hard. You got tatoos & shit. Baby that hurts me. If I see that I will break down. How could you do that to me. I really don't want to get your name because you have that. That's why you need that off. Real soon. You have to do something. Baby I need to marry you. I'm ready to be Mrs. Fields. On my work badge it say Lakie Fields, I told them I was married. Baby you are my everything. We've been through so much shit. I'm glad it's over. Now we can relax. Wait on each other Faithfully. When you come home I will make it all up to you. I promise you that. I will be the best mother to our kids, the best wife to you. We will do things a little different than the last. I love you always Sherman. I miss the hell out of you, baby. I hope to see you real soon. Call me boo! Until next time stay strong & sweet. You will be in all my prayers sweetie.

Your Wife

Shalaykea Fields



Love You

Shalaykea

Hugs & kisses &

Lots of Love

Sherman

Forever and always until death do us apart

Bye-Bye

Baby

P.S. I love you, I can't never tell you to much. I love you I miss you so so so much. Hurry up and come home baby I need you.