APP-35

Cross-Examination of Shaylakea Scroggins by Mr. Fields-1626

MR. SNYDER: Your Honor, I object to that question unless he can show some basis on how this witness would know what someone else did.

THE COURT: Sustain the objection.

(Conference between Mr. Peterson and Mr. Fields)

BY MR. FIELDS:

Q. Do you recall on November the 5th, 2001 the phone company calling you while me and Shining Star was on the other end of the line?

A. Yes.

Q. And isn't it true that Star told the phone company that you, whom was my ex-girlfriend, went and got your phone cut on in my name and you calling her house threatening her?

MR. SNYDER: Your Honor, Your Honor, I object. First of all, this is hearsay, and, second of all, he's simply testifying under the guise of asking a question.

THE COURT: Sustain the objection.

BY MR. FIELDS:

Q. Ms. Scroggins, did the phone company cut your phone off?

A. No, sir. They didn't.

Q. They didn't?

A. No.

Q. On November the 5th?

A. No. They didn't.