APP-36

Direct Examination of James Blair by Mr. Fields——1927

I correct?

A.    That's one of the tests that we do.  Yes.

Q.    Did you find any blood?

A.    I can't -- I found suspicious stains that could possibly be blood.  So they were collected.

Q.    But were they blood?  Was it blood?

A.    I do not know the results of those tests.

Q.    Mr. Blair, you're aware that if blood were in the car and somebody tried to wipe it off, isn't it true that there's some type of technology or something that could still tell that it was blood there?

A.    Yes, sir.  That's correct.

MR. FIELDS:  Pass the witness, Your Honor.

CROSS-EXAMINATION

BY MR. SNYDER:

Q.    Sir, how long have you been in this business?

A.    I've been an investigator for the police department for 31 years.

Q.    How long does it take to process a car?

A.    An average of six to eight hours.

Q.    And, sir, is -- what you're looking for inside a vehicle is essentially what's called trace evidence, correct?

A.    That's correct.

Q.    And the reason it's called trace evidence, it's not visible to the naked eye most times?