APP-37

W A C O  POLICE  DEPARTMENT
WACO, TEXAS

SUPPLEMENT
Report

Reported Date: 11/08/01  Time: 15:15       Case: 01-074130 (004)  Page: 1
Code: 580000 NO          Crime: INFO ONLY   Class: 580000
Occurrence Date: 11/08/01-    Day: THURSDAY -        Time: 15:15-
Status: CL  CLOSED              Closing Officer: 000740 SPECIAL CRIME
Location: 1034 DELANO, WA                                RD:   104
          ESTELLA MAXEY APT. COMPLEX

======================= NARRATIVE ==========================================
On 11/14/01 I was contacted by ID TECH SANDERS. He told me a car driven by
Sheriff's Department being a RED PONTIAC GRAND AM 2 DR, bearing TX LP#
F02KRT was brought down to the laser lab to be processed. I was told DET.
JANUARY was handling a missing person case in which he suspected foul
play. A request was made to attempt to find blood inside the vehicle.

On first examining the vehicle, the crime scope was used at setting 475.
Both the trunk area and the inside of the vehicle were viewed through the
crime scope. Some dull staining could be seen on the back left floor board
behind the driver's seat. I tested this one stain with TMB solution and I
did not get an immediate reaction indicating this was blood. However, this
piece of carpet will be taken and placed as evidence. . . . . . . . . . . .

After viewing the entire inside of the vehicle for possible blood stains,
it was then fingerprinted. A total of 15 print cards were obtained. Print
cards numbered 1 through 11 will be given to JOANN GUERCIO in fingerprints
to view these prints and see if any of them are of AFIS quality or can be
matched to the suspect. Prints #12 through 15 will be attached to the
laser request form. These prints show very little ridge detail that I could
see that could be used to make an identification.

A trace lift was done of the front passenger's seat, the driver's seat and
the rear seat. Also, a vacuum was done of all the floor mats and also the
trunk carpet was taken for possible trace evidence. The following items
that will be placed in the property room will be:
     ONE PIECE OF CARPET FROM THE BACK LEFT FLOOR BOARD
     THREE TRACE LIFTS
     ONE VACUUM CANISTER WITH TRACE EVIDENCE FIBER
     ONE SACK CONTAINING CARPET FROM THE TRUNK AREA OF THIS PONTIAC

35 mm photographs were taken of the outside and the inside of the vehicle.
This 35 mm film will also be turned in to the photo lab for processing if
needed at a later date.

============================================================================
 A C O   Police Department                                    First Page
============================================================================
Reporting Officer: BLAIR J          Number: 000179  Date: 11/15/01  Time: 09:00
        Typed by: BROUSSARD         Number: 384     Date: 11/16/01  Time: 16:25
Approving Officer: BROUSSARD        Number: 000384  Date: 11/16/01  Time: 16:35

W A C O   POLICE   DEPARTMENT                                    SUPPLEMENT
                        WACO   TEXAS                              Report
Posted Date:  11/08/01   Time:  15:15           Case: 01-074930 (003)  Page 1
Code: 580000 NO          Crime:  INFO ONLY      Class: 580000
Occurrence Date:  11/08/01-                     Day:  THURSDAY
Status: CL  CLOSED                                                Time:  15:15
Location: 1034 DELANO, WA           Closing Officer: 000740 SPECIAL CRIME
           ESTELLA MAXEY APT. COMPLEX                            RD:    104
================================ NARRATIVE ================================

On 11-15-01 after moving this red PONTIAC 2DR and releasing it to MCLENNAN
COUNTY SO, it was found that a large amount of dirt had fallen from inside
the fender wells of this PONTIAC, bearing TX plate F02KRT.  A dirt sample
was taken and will be placed in the property room, along with the other
evidence.

=====================================================================
W A C O   Police Department
=====================================================================
                                                        First Page
=====================================================================
Reporting Officer: BLAIR J
      Typed by: MAUER         Number: 000179   Date: 11/15/01   Time: 11:00
Approving Officer: MAUER      Number: 365      Date: 11/16/01   Time: 16:43
                              Number: 000365   Date: 11/16/01   Time: 16:45

```
                    W A C O   POLICE   DEPARTMENT
                         WACO, TEXAS                              SUPPLEMENT
                                                                 Report
Reported Date: 11/08/01   Time: 15:15        Case: 01-074130 (002)   Page: 1
Code: 580000 NO      Crime: INFO ONLY      Class: 580000
Occurrence Date: 11/08/01-            Day: THURSDAY
Status: CL  CLOSED                                              Time: 15:15-
Location: 1034 DELANO, WA       Closing Officer: 000740 SPECIAL CRIME
          ESTELLA MAXEY APT. COMPLEX                           RD:  104
=============================== NARRATIVE ==================================
```

On 11-15-01 I received eleven latent fingerprint cards from Laser lab
Detective Blair. On these cards there are twelve latent lifts. I find
sufficient quality of print for AFIS submission. Prints are of very good
eye comparison quality. Fingerprints remain on file in the AFIS Lab
until needed.

```
===========================================================================
C.O   Police Department
===========================================================================
                                                            First Page
===========================================================================
rting Officer: GUERCIO          Number: 000361  Date: 11/16/01  Time: 10:45
    Typed by: GUERCIO           Number: 361     Date: 11/16/01  Time: 10:43
ving Officer: MCELYEA M         Number: 000387  Date: 11/17/01  Time: 14:49
```