APP-38

Cross-Examination of Steve January by Mr. Fields———1332—

grass or debris or something that matched the crime scene from where they --

A.    We vacuumed the car.  We fingerprinted the car. There were no identifiable fingerprints.  The -- as far as the analyzation of all the vacuum bags and trace lifters, I did not participate in that.

Q.    And nobody ever told you the results of none of them tests?

A.    Other than the fact that they were negative.

Q.    That they were negative?

A.    Uh-huh.

Q.    So there were no blood stains in the car, correct?

A.    No?

Q.    There was no kind of grass or dirt or nothing in the car that will match the crime scene?

A.    Oh, I think there was probably dirt, grass and assortment of stuff on the carpet and the seats.  I know one car in particular when we moved it there was dirt underneath the car after it was moved.

Q.    Did it -- did it -- did it match the grass or what have you that was at the crime scene?

A.    I did not participate in the comparisons of any of the evidence.

Q.    And nobody told the results of them tests?

A.    Any time that I was made aware of any information is