APP-39

Shae,

It's all over with *..* You give me that mother fucking 32 and if they need you you dam sho'll need there * I aint taking no time * I am finna tell them everything they wanna know for my freedom * I was free trying to have things * Cuddy brought this on his self * He wanted to go rob and kill that girl * thats him *..* Your best bet is to tell them that you gave me that gun * They are gone come ask you and all you gotta do is say that you give me the gun like you did * But whatever they got me charged with tell them to drop that bullshit after it's all over with *

Now Shae, this aint me but being locked up for so years aint me then * So you can play hard if you want to but you best to be real with yourself * Fuck that dum shit * I'm steady telling shit and I gotta think about me * What about you ?!?

Tray Ray

Q*A*

It didn't have no gun so you give me that 35 * You aint and it get in no trouble for giving me that gun * You did that and I let noone get it * I didn't know that he was gonna kill that girl and the man line is "You need to be real or get fucked over *..*" You met with me and Breman so you cant get in trouble * All you did was

Letter from Treyboy to Christian Chae Walker

Shae...

It's all over with!!! You gave me that motherfucking .32 and if they need you you damn show'll need them. I ain't taking no time. I am finna tell them everything they wanna know for my freedom. I was free trying to have thiangs. Cuddy brought this on hisself. He wanted to get out and kill that girl. That's him!!! Your best bet is to tell them that you gave me that gun? [They are gone come ask you and all you gotta do is say that you gave me the gun like you did. But whatever they got you charged with tell them to drop that bullshit after it's all over with.

Now Shae, this ain't me but being locked up for fifty years ain't me either. So you can play hard if you want to but you best to be real with yourself. Fuck that dumb shit. Lakie steady telling shit and I gotta think about me. What about you?!?

Treyboy

P.S.

I didn't have no gun so you gave me that .32. You ain't and can't get in no trouble for giving me that gun. You did that and I let Sherman get it. I didn't know that he was gonna kill that girl and the bottom line is " You need to be real or get fucked over!!!" You wasn't with me and Sherman so you can't get in trouble. All you did was...

(Back side)

...gave me that .32 days before he broke out. Keep it real with yourself and go help your mama and sister them. I am!!!

Shae I'm finna get you over here with me

HOLLAR