APP-40

**OFFICER WARNING STATEMENT**                    CASE# 01-8754

VOLUNTARY STATEMENT OF Christian Shea Walker

I, Chris Walker, after having been first duly warned by Colyer
(Officer's Name)

who is the Detective of McLennan County, Texas at 1043 o'clock A.M., at Hwy 6 Jail
(Title)                                                          (Place of Warning)

on the 30 day of January, 20 02, of the accusation against me in clear language and of the affidavit, if any, filled in support of such accusation;

1) I have the right to retain counsel;
2) I have the right to remain silent and not say anything;
3) I have the right to have an attorney present during any interview with peace officers or officers representing the State;
4) I have the right to terminate the interview at any time;
5) I have the right to request the appointment of counsel if I am indigent and cannot afford counsel;
6) I have the right to an examining trial;
7) I am not required to make any statement and that any statement made by me may be used against me.

I understand my rights as set out in this warning and knowing what they are, I freely and voluntarily, without being forced or compelled by promises, threats, or persuasion, waive these rights and make the following statement in writing to
Colyer

My name is Christian Walker. I live at 4816 Inwood Drive
About one month befor oileds got out I was over on proctor St. an I came in Walter house an Ovtley came over there an he came inside the house a I ask him if he still needed a gun on he told me yes an I let him see it an he told me that he would pay me for the gun in a few more days. The gun was like a gray color but shiny it was a 32 calliber an it had off wite grips. I bought the gun from a guy name Robert it was about four a clock in the morning a 513 proctor an Walters house. I sold Ovtley ho many guns that I realy don't [crossed out] remember how they all look. But after talking to Bubba I did remember the fact of what kind of gun I sold Ovtley.

C.W.

C.W.

I have read this statement consisting of 1 page(s) each of which bears my signature, and I affirm that all the facts and statements contained herein are true and correct. I further affirm that I knowingly, intelligently and voluntarily waived the above rights prior to and during the making of this statement.
THIS STATEMENT WAS COMPLETED AT ___ M. ON THE ___ DAY OF _____, 20 ___.

M_C_____
Witness

x Christian Walker
Signature of person giving statement

_____
Witness