APP-41

Cross-Examination of Christian Walker by Mr. Fields—1780

Q. Well, it's no big deal. I just want --

MR. GLOFF: I'm going to object to the comment, the side-bar.

THE COURT: Sustained.

Just ask questions, Mr. Fields.

MR. FIELDS: Yes, sir, Your Honor.

BY MR. FIELDS:

Q. Okay. Mr. Walker, you sold Mr. Outley a 32-caliber; is this correct?

A. Yes, sir.

Q. Did Mr. -- did Mr. Outley specify what he wanted a gun for?

A. Yes, sir.

Q. Could you tell us?

A. He said he needed him a pistol for some protection.

Q. So all you know is that you sold Mr. Outley a 32-caliber, correct?

A. Yes, sir.

Q. Could you describe this gun again, please?

A. It was like a nickel plated color with pearl white grips on it with a hideaway hammer and it was a seven shot .32 revolver.

Q. Being the big gun expert that you are --

MR. GLOFF: I'm going to object to that.

THE COURT: Sustained.