APP- 42

Direct Examination of Edward Outley by Mr. Snyder——1815

Q.   Did he get -- did he ask you to get him a gun?

MR. FIELDS:   Objection, Your Honor, leading the witness.

THE COURT:   Sustained.

BY THE WITNESS:

A.   Yes, sir.

BY MR. SNYDER:

Q.   You mentioned there was a gun in the house.   Where had you gotten the gun?

A.   Christian Chae Walker.

Q.   Why had you gotten the gun?

A.   He left it over there for me to take it to Sherman, bring it up there to Sherman Fields.

Q.   So that gun there was there for Sherman Fields?

A.   Yes, sir.

Q.   Mr. Outley, did you -- was the gun given to Sherman Fields?

A.   Yes, sir.

Q.   What kind of gun was it?

A.   A .32 revolver.

Q.   Where did -- was the gun given to him?

A.   Right there inside of Alberta apartment.

Q.   Did you obtain a car for him?

A.   Yes, sir.

Q.   Why did you obtain a car for him?

A.   Just basically because I knew him -- you know what