APP- 43

2032

Go ahead, Mr. Snyder.

MR. SNYDER:  The point of it is -- is this:  He will say misstatement after misstatement after misstatement to you.

He has no conscience.  He has no shame.  You want to see what he's made of?  When the medical examiner was on the stand and he stood up and said, "You know I didn't kill that girl. You know I didn't kill her."  How would a pathologist from Dallas, Texas know anything about who she --

MR. FIELDS:  Your Honor, he's still stating facts not in evidence.  When I made that statement, I was talking to the prosecutor.

THE COURT:  Mr. Fields, that would have been totally inappropriate if you'd been doing that.

Overrule the objection.

MR. SNYDER:  He's still trying to get his two cents worth in.  Because you know why?  You remember when Shalaykea was on the stand and I started then using objections?  Remember that? And I know I did it to the point where some of you were probably wondering, what is this guy doing?  Why is he doing this?  To show one thing to you and to have one thing come out, to let you see, and if you looked, you saw it.  He can't stand to not be in control.  The second he's not in control, even in something as technical as the ability to follow the Federal Rules of Evidence, he can't take it.  He can't stand it.

Let's go through some of his I guess you'd call them high