APP-45

Cross-Examination of Edward Outley by Mr. Fields——1847

(Conference between Mr. Fields and Mr. Peterson)

BY MR. FIELDS:

Q.    And, Mr. Outley, at one point -- Mr. Outley, have the government made you any promises, or --

A.    No.  The government hasn't made me any promises. They tried to get me to take a plea in the beginning of this case, and like I say, I wasn't admitting to none of the guns and taking the case to keep from talking on you and seeing Nay-Nay get any time.  I only got to come back when you tried to get me come be an eyewitness to this murder case, man.  You making me come up here like this.

Q.    Mr. Outley, --

A.    Yes.

Q.    -- you indicate in this letter that you could have got a 5K1.  Could you -- could you explain that?  What -- what is that?

MR. SNYDER:  Your Honor, I object to this questioning and this entire line of questioning because that is not relevant.

THE COURT:  Overruled.

MR. SNYDER:  And would he then specify the document that he's saying where this statement was made?

BY MR. FIELDS:

Q.    Mr. Outley.

THE COURT:  What are you referring to, Mr. Fields?

(Document tendered to the witness)