APP-46

\$IR* EDWARD LEE OUTLEY III "TRAY BOY"

MR* SCOTT PETERSON

RE* IN SUPORT OF SHERMAN FIELDS* AS TO ANY UNKNOWN STATEMENTS THAT YOU HAVE* UPOSELY BEN WRITEN BY ME* "\$IR* EDWARD LEE OUTLEY III" TRAY BOY !!!

DEAR SCOTT,

I AM WRITING YOU TODAY CONCERNING THESE UNKNOWN STATEMENTS* THAT YOU HAVE AND I SUPOSELY HAVE WRITTEN* SHERMAN FIELDS IS TELLING ME THAT YOU HAVE SOME STATEMENTS THAT I WROTE* I HAVE NOT WROTE ONE STATEMENT ON SHERMAN FIELDS* I WROTE A STATEMENT CLEARING MY NAME FROM ANY AND ALL CHARGES PENDING ME* I DID NOT DO NO WRONG AND I WAS NOT GONE SIT BACK AND NOT CLEAR MYSELF* THEY SAID THAT I GAVE SHERMAN A FIREARM* BUT THATS A LIE THAT I REFUSED TO TESTIFY TO* I DID NOT GIVE SHERMAN ANY THING* SHERMAN ALSO WANTED YOU TO GET A COPY OF SHALAYKEA SCROGGIN'S LETTER FROM ME IT'S A LETTER THAT'S IN MY FILE STATING THAT THEY WANT ONE OF US TO SAY WE WAS WITH SHERMAN* MR* SCOTT, I WAS NOT WITH SHERMAN* I DID NOT GIVE SHERMAN ANY THING* AND THEY GAVE ME EIGHT YEARS BECAUSE I WOULD NOT LIE SAYING THAT I DID* I COULD HAVE GOT A SKI BUT I DIDN'T GIVE SHERMAN ANY THING AND DON'T NEED NO TIME CUT* I'M NOT SURE REATHER ARE NOT I'LL HAVE TO TESTIFY AT SHERMAN'S TRIAL* BUT I DO KNOW THAT ALL THE STATEMENT YOU HAVE* WERE NOT WRITEN BY ME, AND I'M NOT GONE LIE ON SHERMAN !!!

SINCERELY,
\$IR* Edward Lee Outley III "Tray Boy"
\$IR* EDWARD LEE OUTLEY III "TRAY BOY"
\$IR* Edward Lee Outley III

CC* 10/20/02

SHERMAN L. FIELDS

10-21-02

JEREMY GLOER
NOTARY-PUBLIC
State of Texas
Comm. Exp. 05-08-2006