APP-47

Cross-Examination of Edward Outley by Mr. Fields——1848—

BY MR. FIELDS:

Q.   Mr. Outley, --

A.   Uh-huh.

Q.   -- I want to direct your attention to Defense Exhibit No. 8.  Is that your letter?

A.   Yes.  It is.

Q.   Your handwriting?

A.   Yes.  It is.

Q.   Now could you explain to us what 5K1 is?

MR. SNYDER:  Your Honor, is -- may I see the exhibit?

THE COURT:  Yes, sir.

MR. PETERSON:  Your Honor, may I approach counsel and give him a copy?

THE COURT:  Certainly.

MR. SNYDER:  Sure.  That'd be helpful.  Thank you, counsel.

You can return it to the witness and he can go ahead and answer the question as long as I have something to refer to, Your Honor.  Thank you.

MR. FIELDS:  I ask that Exhibit No. 8 be admitted into evidence.

BY MR. FIELDS:

Q.   Now, Mr. Outley --

MR. FIELDS:  Your Honor, was Exhibit No. 8 admitted into evidence?

Cross-Examination of Edward Outley by Mr. Fields————1849—

THE COURT: Not yet. Mr. Snyder hasn't finished reading it yet, Mr. Fields. He may have an objection to it.

MR. FIELDS: I'm sorry, Your Honor.

MR. SNYDER: Go ahead.

THE COURT: Do you have an objection to Exhibit 8, Mr. Snyder?

MR. SNYDER: No, Your Honor.

THE COURT: It's admitted.

(Exhibit(s) admitted: D8)

BY MR. FIELDS:

Q. Mr. Outley, now will you explain to us what 5K1 is?

A. Okay. A 5K1 supposed to be a down -- some type of form of a downward departure for testimony.

Q. Could you go a little bit further in depth so I can understand?

A. Okay. Well, I could explain it more in my words like this: When I got arrested, the statements that I gave was not on you. It was on the fact of me clearing my name of what was going on and having dealings with anything. I was on level 20, which was 41 to 51 months. I could have took -- accepted responsibilities for this case and, you know, gave the statement to come up here and testify and would have got like 27 to 33 months or something like that on my acceptance of responsibilities and my testimony, but I refused to take the 5K1 or be railroaded, as I feel at that time being railroaded