APP— 49

FILED

JAN 3 0 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §

vs.     §      CRIMINAL ACTION W-01-CR-164

SHERMAN LAMONT FIELDS, (01)   §

JURY NOTE NUMBER  4

Request the testimony (or evidence, if it is available) of the results of DNA testing on the car. A summary of ~~what~~ the testing and results is acceptable.

_Tom Michaelis_
PRESIDING JUROR

1/30/04      1540 hours
DATE and TIME

\* \* \* \* \* \* \* \* \* \*

COURT'S RESPONSE:

See Attachment

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

DATE and TIME

179

443