APP- 50

## Attachment

As I instructed right after you were sworn:

> Under normal circumstances, no written testimony of witnesses can be made available to you during your deliberations; nor, under normal circumstances, can all of any significant portion of a witness's testimony be read to you during your deliberations.

When a jury requests a specific question about a portion of a particular witness's testimony, then that can often be provided. It is, however, quite time consuming. First, the parties and I have to listen to the tape of that testimony, and determine which portion would answer your questions, and then the Court Reporter has to transcribe it. This can take several hours.

I cannot answer the type of question you have asked. However, if you have a specific question about a particular witness's testimony, please send me another note. If not, please continue your deliberations.

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

1/30/04          4:12 p..
DATE AND TIME