51

Johnny Spillman's Grand Jury testimony.                                    5

present at the time and also a gentleman that was asleep named Cream which was the actual father of the child that Suncerey had just had.

Q.  And that child was premature and was in the hospital?

A.  Yes, sir, and she was taking -- she was there taking classes for post-natal care for -- for a premature child --

Q.  Okay.

A.  -- and he came in.  He picks up Cream's cell phone -- cellular phone and starting scrolling through the numbers and -- and at this time became very irate, told her that he needed to talk to her outside, which she did leave with him.  At this time Taniesha Hillard also realized that Suncerey had money that belonged to her that was in -- in her pocket, and she wanted it back.

Q.  In Suncerey's pocket?

A.  Yes, sir, so she went down in -- into the lobby and -- and called them, and she was able to get her money back, and at this time Suncerey and -- and Fields left in the red Grand Am.

During this time my -- my agency -- several agencies was -- was already notified of the escape.  The original -- actual original report was