52

Chris Casson's Grand Jury testimony.                                          6

phone call to the room. He comes back and enters the hospital and goes into the actual room where they are in the IC -- neonatal ward, I think, on the third floor.

In the room is the father of this infant. He is asleep on the bed in the hospital. It's one of these rooms where families can stay. Also in the room is a lady by the name of Taniesha Hillard. She is a relative of Fields, third or fourth cousin down the line. She, coincidentally, also is an employee of the Civogenics jail, the downtown detention facility, who according to her report to us was on maternity leave at if time. She's in the room, and then, of course, you have Suncerey Coleman, a/k/a "Shining Star," in the room.

The father of the baby, a/k/a -- his nick -- his street name is "Cream." I believe his first -- oh, God, I forgot his first name now. Anyway, he is on the bed asleep. Sherman Fields goes into the room, looks at his cell phone, apparently sees numbers on the man's cell phone that he recognizes, becomes, apparently, according to -- according to Ms. Hillard, angry. He and Suncerey Coleman leave the room to get --

Q.   Mr. Fields and --