53

Cross-Examination of Tanesha Hilliard by Mr. Fields—1350

A. No.

Q. Have you ever known me to act violent towards Shining Star?

A. No.

Q. Was I upset when I came to the hospital either the first time or the second time?

A. No.

Q. Have you ever heard me say that I thought Star's baby was mine?

A. No.

Q. Isn't it true that I knew Star's baby was by Cream?

A. Yes.

Q. Ms. Hilliard, do you know why Star's baby was born premature?

A. No.

Q. Isn't it true that Star drunk liquor and vinegar in an attempt to abort --

MR. GLOFF: I'm going to object to that. That's irrelevant. She said she didn't know.

THE COURT: Sustained.

BY MR. FIELDS:

Q. Ms. Hilliard, isn't it true that Star and I made jokes about the issue -- the whole issue of her and Cream?

A. I don't know.

Q. Do you remember Star making a statement, quote, "I