54

# LENNAN COUNTY SHERIFF'S OFFICE
# ILLOW-UP REPORT

MCLENNAN COUNTY
SHERIFF'S OFFICE
219 N 6TH
WACO, TX 76701
254 757-5108

Case No.    01-8754
Report No.    01-8754.28
Report Date:    11/29/01

**1**

Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Subject: | HOMICIDE | | | | |
| Case Report Status | I - IN PROCESS | Date Entered | 11/29/01 9:27:59 AM | Reporting Officer | |
| | | Entered By | 0023 - WILLIS, TAMMA | 1826 COLYER, MORRIS | |
| Occurred On (and Between) | 11/21/01 5:22:00 PM | Date Verified | | | |
| | | Verified By | | | |
| | | Date Approved | | | |
| Location | JERICHO LANE (BETWEEN HILLIARD LN & ESTELLA LN) | Approved By | | Assisted By | |
| Census/Geo Grid | G4 - GRID 4 | Connecting Cases | | | |
| | | Disposition | ACTIVE | | |
| Call Source | OFFICE | Clearance Reason | | | |
| | | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | MCLENNAN COUNTY SHERIFF'S OFFICE | | |
| Vehicle Traveling | | Division | CID | | |
| Cross Street | | Notified | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative

ON 11-27-01, MYSELF AND DET. SPILLMAN DID GO TO HWY 6 JAIL TO SPEAK WITH EDWARD OUTLEY III, AKA TREY BOY. DET. SPILLMAN DID READ OUTLEY HIS MIRANDA WARNINGS AND WE DID BEGIN TO DISCUSS SHERMAN FIELDS.

DURING THE COURSE OF OUR DISCUSSION OUTLEY DID TELL US THAT HE RENTED A RED GRAND AM BELONGING TO ROGER THOMPSON ON THE SAME EVENING FIELDS BROKE OUT OF THE CIVIGENICS JAIL AND ON THAT SAME EVENING OUTLEY TOLD US HE SAW FIELDS A COUPLE OF TIMES. OUTLEY SAID HE SAW FIELDS AT THE NEW ROAD INN WITH SHALAYKEA SCROGGINS. OUTLEY ALSO TOLD ME THAT WHEN THE RENT TIME WAS UP ON THE GRAND AM HE RENTED A BLUE JAGUAR AND GAVE THE KEYS TO THE GRAND AM TO ALVIN FIELDS, AKA BIRD, B/M, DOB 5-13-82.

AT THAT POINT I ASKED TREY BOY IF RENTED THE CAR FOR FIELDS AND HE SAID THAT WHEN HE GAVE THE KEYS TO BIRD HE KNEW THAT SHERMAN WOULD TAKE POSSESSION OF THE CAR AND THAT IS THE REASON HE GAVE THE KEYS TO BIRD.

I HAVE NO FURTHER INFORMATION.

## Offense Detail: 0911 - HOMICIDE - WILLFUL

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 0911 - HOMICIDE - WILLFUL | Location | 13 - HIGHWAY/ROAD/ALLEY | | |
| IBR Code | 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER | | | No. Prem. Entered | |
| IBR Group | A | Offense Completed? | YES | Entry Method | |
| Crime Against | PE | Hate/Bias | 88 - NONE (NO BIAS) | Type Security | |
| Using | | Domestic Violence | NO | Tools Used | |
| Criminal Activity | | | | | |
| Weapons/Force | 95 - UNKNOWN | | | | |

IMS_CR.rtf v2f

Printed: November 29, 2001 - 10:02 AM