55

Cross-Examination of Shaylakea Scroggins by Mr. Fields-1635

Ms. Scroggins, I'm not going to tell you again.  When Mr. Snyder starts making an objection, you don't answer the question.  You wait until I've ruled on it.  Understand?

Go ahead, Mr. Fields.

BY MR. FIELDS:

Q.   Ms. Scroggins, can we talk about this Jaguar for a moment?  What color did you say it was?

A.   Blue.

Q.   It was blue?

A.   Gray blue.  Light blue.

Q.   All right.  Ms. Scroggins, how do you confuse blue with gold?

A.   Gold?

Q.   Yes, ma'am.

A.   Where do gold come from?

Q.   I'm just asking you, how do -- how do you confuse blue with gold?

MR. SNYDER:  Your Honor, this -- this is not a proper question.

THE COURT:  Sustain the objection.

BY MR. FIELDS:

Q.   Ms. Scroggins, isn't it true that you, your sister and Outley conspired to intentionally change the color of the Jaguar because you knew if they found that Jaguar they would then find enough physical evidence to run forensic testing on?