56

—————Direct Examination of Lutrill Payne by Mr. Fields——1936—

MR. GLOFF:  Nothing further, Your Honor.

THE COURT:  You may step down.

MR. FIELDS:  The defense calls Mr. William Young.

(Conference between Mr. Fields and Mr. Swanton)

MR. FIELDS:  Your Honor, can they stop him from getting that witness because one of our other witnesses is back.

THE COURT:  Which one do you want?

MR. FIELDS:  The one out there first.

THE COURT:  Who's that?

MR. FIELDS:  The defense calls Mr. Lutrill Payne.

(The witness was sworn)

DIRECT EXAMINATION

BY MR. FIELDS:

Q.  Mr. Payne, would you state your name and spell it for the court reporter?

A.  Lutrill Payne, L-u-t-r-i-l-l, Payne, P-a-y-n-e.

Q.  Mr. Payne, I want to direct your attention to the night of November the 6th, 2001.  Do you recall renting your car out to an individual?

A.  Sir, at that particular time I was a drug user.  A lot I don't recall.  Particular nights are fuzzy with me.

Q.  But you do rent your car out, correct?

A.  I have done that before, sir.

Q.  Mr. Payne, what color is your car?

A.  It's a Jaguar, gold, sir.

Cross-Examination of Lutrill Payne by Mr. Snyder——1937

Q.   It's a gold Jaguar?

MR. FIELDS:   I pass the witness, Your Honor.

CROSS-EXAMINATION

BY MR. SNYDER:

Q.   Did your daddy used to have a Jaguar?

A.   Yes, sir.

Q.   What color was it?

A.   Blue.

MR. SNYDER:  Nothing further.

REDIRECT EXAMINATION

BY MR. FIELDS:

Q.   Mr. Payne, do you also rent your daddy's Jaguar out?

A.   Sir, my father was killed in 1998 in his Jaguar.

Q.   And the Jaguar was totaled or something?

A.   Sir, he was killed in that car and that car was totalled.

Q.   So on November 2001 you only had the gold Jaguar, correct?

A.   Yes, sir.

MR. FIELDS:  I have no further questions.

RECROSS-EXAMINATION

BY MR. SNYDER:

Q.   But a lot of people knew and saw you in the blue Jaguar, right?

A.   No, sir.

Recross-Examination of Lutrill Payne by Mr. Snyder——1938

Q.   But people had seen it, correct?  You were living with your parents?

A.   Yes, sir.

Q.   And people had seen it?

A.   People may.  Sir, my father had the car for a short time before he was killed in it.

Q.   And, oh, by the way, is -- it was the government that tracked you down, correct, and first came and talked to you about this?

A.   Yes, sir.

MR. SNYDER:  Nothing further.

THE COURT:  You may step down, sir.

MR. FIELDS:  Your Honor, can I ask him one more question?

THE COURT:  All right.

FURTHER REDIRECT EXAMINATION

BY MR. FIELDS:

Q.   Mr. Payne, when the government tracked you down, wasn't it because they got your name off a ledger at a motel?

MR. SNYDER:  Your Honor, not only is that argumentative, but that is just blatantly false.

THE COURT:  It's argumentative.  Sustained.

MR. FIELDS:  I have no further questions, Your Honor.

THE COURT:  You may step down, sir.

THE WITNESS:  Thank you, sir.

MR. FIELDS:  The defense calls Mr. William Young.