*57*

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 1 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Houston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Houston Field Division<br>FY-04<br>Report 020 |
|---|---|

TITLE OF INVESTIGATION:
FIELDS, Sherman Lamont

| CASE NUMBER:<br>782010-02-0042 | REPORT NUMBER:<br>20 |
|---|---|

TYPE OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Douglas J. Kunze | SUBMITTED BY *(Title and Office)*<br>Special Agent, Waco Satellite Office | SUBMITTED BY *(Date)*<br>12/18/2003 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Mark W. Curtin | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Waco Satellite Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Donnie A. Carter | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Houston Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

Interview of Lutrill Amos PAYNE.

## SYNOPSIS:

On October 28, 2003, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Douglas J. Kunze interviewed Lutrill Amos PAYNE (DOB 9/14/70) at 6801 Sanger Avenue, Waco, Texas in reference to this investigation.

## NARRATIVE:

1. On October 28, 2003, S/A Kunze interviewed Lutrill Amos PAYNE (DOB 9/14/70) at 6801 Sanger Avenue, Waco, TX.
2. S/A Kunze explained the reason for the interview with PAYNE was to determine if he owned a Jaguar vehicle and had rented it to anybody in the past. PAYNE was also asked if he remembered renting any motel rooms for an individual in the past.
3. PAYNE stated that he did remember an incident because that was the only time he remembered renting a motel room. It was either in the spring or fall between 1999 and 2001.
4. At the time, he was going to a house at 4th and Proctor in Waco. It was a drug house and the "house guy" (lived in the house) was named Walter Last Name Unknown (LNU). PAYNE described Walter as a black male, 40s to 50s, approximately 5'9" tall, weighing about 180 pounds with a mustache or goatee.
5. PAYNE believed Walter's last known address to be a house on 13th or 14th behind West Elementary School in Waco. Walter was the 'house man' there as PAYNE bought 'crack cocaine' there in the recent past.

IF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
REPORT OF INVESTIGATION

Page 2 of 2

| )RESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| ιecial Agent in Charge | Houston Field Division |
| )uston Field Division | FY-04 |
| | Report 020 |

ITLE OF INVESTIGATION:
ᴴIELDS, Sherman Lamont

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 782010-02-0042 | 20 |

6. When asked how recent, PAYNE stated that he did not want to answer that because he was on State probation and under a motion to revoke from Bell County, TX. PAYNE said he was on probation for burglary of vehicle in Killeen, TX.

7. PAYNE explained that the 'house man' was paid a small amount of money or drugs for allowing the drug dealers to use their house.

8. PAYNE stated that he remembered buying a large amount of 'crack' and renting his Gold Jaguar to a 'crack' dealer. He described the dealer as a black male, under 30 years of age, 5'8" to 6'0", medium afro hair, dark skin, weighing 175-180 pounds. He did not know the dealer's name or street name as he bought from whoever was dealing at the house at the time.

9. He said he never got anything for the car rental because the dealer was supposed to come by later and never showed up. The dealer asked if PAYNE would rent a motel room in his (PAYNE's) name. PAYNE stated that he went with the guy to a nicer, cheap motel on Interstate 35 in Waco. The guy gave PAYNE money for one (1) night and PAYNE rented the room in his name.

10. PAYNE went back to Proctor with the guy and let the guy take his Jaguar. PAYNE believed that an hour or so later another guy came up to him at the house on Proctor. PAYNE was not sure but the guy may have been Walter. The guy said to walk down two blocks to another house. He said another hour or so after that a black male brought his Jaguar back. PAYNE did not believe it was the same guy he originally rented the Jaguar to earlier.

11. S/A Kunze told PAYNE that this interview was related to the investigation of Sherman FIELDS. When asked if he had any further information about FIELDS, PAYNE said he had a conversation with a Marvin POWELL in the McLennan County Jail about September 2003.

12. POWELL told PAYNE that he saw FIELDS during the time he had escaped. POWELL supposedly gave FIELDS $100 and went for a ride with him. POWELL had a firearm in the car and FIELDS took the firearm when the Waco PD chased them.

ATF EF 3120.2 (5-98)