58

## SCOTT PETERSON
### ATTORNEY AT LAW
1701 AUSTIN AVENUE
WACO, TEXAS 76701-1741

BOARD CERTIFIED, CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
STATE BAR OF TEXAS

TELEPHONE (254) 753-3100
TELEFAX (254) 753-5122

February 28, 2002

Sherman Lamont Fields
McLennan County Jail
3201 E. Highway 6
Waco, Texas 76705

RE:    State of Texas v. Sherman Lamont Fields
Case No. 2002-0050-C

U.S.A. vs. Sherman Lamont Fields
Case No. W-01-CR-114

Dear Mr. Fields:

Enclosed is a copy of the state district court's notice that your aggravated assault case has been set for trial on *Monday, May 20, 2002 at 9:00 a.m.* I spoke with the prosecutor about this case to see if he still planned to take it to trial but he was non-committal. I have learned that LaDon King is in prison and they know he is not a very credible witness against you. I must, however, continue to treat the charges against you seriously as the state has other witnesses and the case is set for trial.

With regard to your federal charges, both the escape case and the felon in possession of ammunition and firearm cases are set for trial on *Monday, March 25, 2002 at 9:00 a.m.* The last time we spoke you indicated that you wanted a trail on each case so I have not requested that your cases be removed from the trial docket to the plea docket.

Please recall that both the state and federal prosecutors have mentioned to me that you may be indicted for carjacking and for murder or capital murder. They are unwilling to make any kind of deal on all of these cases at this time, but they are still interested in talking to you. They just are not willing to make any deals. I do not see how talking to them could help you if you intend to go to trial and are not interested in making a deal. I have recently learned from a local attorney that they prosecution is seeking "jailhouse testimony" from certain individuals who you may have shared a cell with in the past. I know you are now in isolation but please do not talk about your cases with anyone.

I will be out of town next week but plan to visit you personally the week of March 11th.

Sincerely,

Scott Peterson

SP/jsp
Enc.