59

Direct Examination of Chance Alexander by Mr. Fields

DIRECT EXAMINATION

BY MR. FIELDS:

Q.   Mr. Alexander, --

A.   Yeah.

Q.   -- would you please state your name and spell it for the court reporter?

A.   Chance Alexander, C-h-a-n-c-e A-l-e-x-a-n-d-e-r.

Q.   Mr. Alexander, first, do you know who I am?

A.   No.

Q.   Mr. Alexander, at one point you went to the -- to law enforcement and told them that you had knowledge about this murder; am I correct?

A.   No.  They came to me and asked me did I know of him.

Q.   Oh, they came to you?

And at this time did you tell them anything specific?

A.   I told them -- they told me somebody knew about it. Somebody told me about it, that I was there with you talking to you.

Q.   And did you tell them that you'll cooperate or something for a deal or something?

A.   No.  It wasn't -- it wasn't just like that, but they told me they'll let me out of jail if I -- they get me out of jail if I told them about you.

Direct Examination of Chance Alexander by Mr. Fields—1931

Q.    But did you tell them you know me?

A.    Yeah.

Q.    And your purpose for telling them that you knew me was so that you could get out of jail; am I correct?

A.    Yeah.

Q.    And you're on the government's witness list; am I correct?

A.    I don't even what that is.

(Conference between Mr. Fields and Mr. Swanton)

BY MR. FIELDS:

Q.    But, Mr. Alexander, for some reason you didn't testify; am I correct?

A.    Say that again.

Q.    For some reason you chose not to testify; am I correct?

A.    I don't even understand what you're trying to say.

Q.    I'm saying for some reason did you choose not to testify against me for the prosecutors?

A.    Yeah.    I've been -- told them that I made that up.

Q.    That you made it up?

A.    Yeah.

MR. FIELDS:    I pass the witness, Your Honor.

CROSS-EXAMINATION