60

Direct Examination of Edward Outley by Mr. Snyder    1826

A.    The exact words was -- I approached him because I heard that he had told Alberta and Shalaykea that he had, you know, murdered her and I told -- I asked him, "Man, you telling these girls that you done murdered this girl, man?" And he say, "Yeah. I messed up." And I stopped him. I told him I don't even want to know what happened, man.

Q.    And why didn't you not want to know what had happened?

A.    Because, you know, it -- it's -- you know, I don't really want to be involved in it, but I was so what kind of like caught up, involved in it because -- you know what I'm saying -- we --

Q.    You had given him the gun?

A.    Yes, sir.

Q.    Is that fair to say?

A.    Yes, sir.

Q.    After that did you try to avoid Sherman Fields?

A.    Yes, sir.

Q.    Why?

A.    Because I didn't -- he had broke out of jail and then talking about this girl was murdered or whatever. I didn't want him around me.

Q.    And in fact -- is -- the law fell all over you, correct?

A.    Yes, sir.