61

NOV-13-2003   4:06PM   US-PRINT, WDIX PROLIGHTSOFFICE   NO. 123   P. 3



\* FAXED - Special Investigative Section a request on 9-9-03  409-626-3703 (1412hc

\* Unit Manager Buddy Parker called 9-11-03  409-727-8188 ext 4311

William Young, Jr.   #56038-080

Interview Conduct VIA TELEPHONE  9-11-03   1310 hrs

Young had previously requested an interview over the phone Concerning Edward Outley, and the Sherman Fields Case.

Young states that Edward Outley, also known as Treyboy was originally sent to his unit and that they had Conversations about what happened in Waco. Outley was trying to impress everyone after his arrival to the Penitentiary where Young is confined. Outley has since been transferred to the Medium Security Unit across from where Young is being housed which is the Maximum Security Unit in Beaumont, Tx.



Young states Outley told him What had gone on Concerning the escape and eventual Killing of the girl.

Young states Outley said Sherman Sent word that he was getting ready to escape and would be needing some things. Outley also told Young that if Outley had Known Sherman was going to do him like that, Outley would not have helped his ass out when he escaped from the Jail. According to Outley, After Sherman Escaped he ran to where Outley was at. Sherman then Asked Outley for a gun and Money. Outley gave Sherman a gun ~~and~~ in case he needed it, but Outley told Sherman not to Kill anyone with it.

Outley Also told Young that Outley ~~and Renea Sister Alber~~ was with his former girlfriends sister Alberta Renea Hampton when sherman Killed that girl. Outley said Sherman took the girl out of the Car and left. Outley heard 2 gunshots

③

Sherman came back to the car and Said "I Killed that Girl." Outley told Young that the girl was shot 2 times in the Head and Young could bet his money on that.

Outley told Young that Outley was the only person to try and hide Sherman, by using Outley's Uncle, Aunt, and friends house but that Someone told on them to get them in trouble.

Young told Outley he read paper and read about a 32 gun being found where Dotson Killed the Baylor Student. Young also told Outley that the gun didn't have anything to do with Dotson's he thought.

Outley got Mad and said, someone had to have lead them to the gun he gave Sherman.

NOV. 13. 2003    4:00PM    US ATTY WDTX PROBATION OFFICE



Young thinks Outley misunderstood what he had told him about the article with the gun.

After Outley read the paper - Outley said her body was found further out and told Young "I thought you said they found Shermans gun where they found Dotsons Roommate.

Young told Outley that was not what he said.