62

Cross-Examination of William Young by Mr. Gloff————1942

A.    No.  He told me the girl was shot in the head two times.

Q.    But he didn't tell you that he was there, did he?

A.    No.

Q.    So when you answered that question awhile ago when Mr. Fields asked you, were you confused about what he was asking you?

A.    Right.

MR. GLOFF:  Pass the witness.

MR. FIELDS:  I have no further questions, Your Honor.

THE COURT:  You may step down, sir.

(Conference between Mr. Fields and defense counsel)

MR. FIELDS:  The defense calls Mr. Timothy Robinson.

(The witness was sworn)

DIRECT EXAMINATION

BY MR. FIELDS:

Q.    Mr. Robinson, --

A.    Yes, sir.

Q.    -- would you please state and spell your name for the court reporter?

A.    Timothy Donnell Robinson, T-i-m-o-t-h-y, D-o-n-n-e-l-l, R-o-b-i-n-s-o-n.

Q.    Mr. Robinson, I want to direct your attention to January 2001.  And at this time you and I were incarcerated together at the McLennan County Jail; am I correct?