63

Cross-Examination of Douglas Kunze by Mr. Gloff————1966

CROSS-EXAMINATION

BY MR. GLOFF:

Q.   Special Agent Kunze, did you have any follow-up conversations with Mr. Young?

A.   Yes.  I did.

Q.   And did that occur as recent as yesterday?

A.   Yes.  It did.

Q.   And did you ask him about the conversation that he had had with you earlier about Mr. Outley?

A.   I did.

Q.   And what did he say?

A.   He said, "Outley?  I don't know any Outley."  I said, "Do you remember the conversation that we had had at Beaumont prison about him and what you told me?"  And he said, "It's a story.  I lied."

MR. GLOFF:  No further questions.

MR. FIELDS:  I have no further questions, either.

THE COURT:  You may step down, sir.

MR. FIELDS:  The defense rests, Your Honor.

(Defendant rests)

THE COURT:  Does the government have any rebuttal evidence?

MR. FIELDS:  We have nothing further, Your Honor.

THE COURT:  I heard that.

MR. SNYDER:  Could we have just a moment, Your Honor?