64

Direct Examination of William Young by Mr. Fields——1939

(The witness was sworn)

DIRECT EXAMINATION

BY MR. FIELDS:

Q.    Mr. Young, will you please state and spell your name for the court reporter?

A.    William Young, Jr.

Q.    Could you spell it for the court reporter?

A.    W-i-l-l-i-a-m Y-o-u-n-g, Jr.

Q.    Mr. Young, do you know a guy named Edward Outley?

A.    Edward? Yes. I do.

Q.    And do he go by any other name?

A.    Trey Boy.

Q.    And how do you know him?

A.    How do I know him?

Q.    Yes, sir.

A.    Well, from the -- from the street when he was a child.

Q.    Where are you housed at now, Mr. Young?

A.    USP Beaumont.

Q.    And how long have you been there?

A.    About six years.

Q.    Were there a time when you and Mr. Outley were at that facility together?

A.    Yeah.

Q.    When?