65

BY MR. FIELDS:

Q.    Mr. Outley, were you at the scene of Shining Star's murder?

A.    No.  I wasn't.

Q.    Do you know a guy named William Young?

A.    No.  I don't know no William Young.

Q.    AKA Skeeter?

A.    Yeah.  I know Skeeter.

Q.    Was y'all cellies in federal?

A.    No.  We wasn't cellies.

Q.    Were you ever living in a federal correctional institute in Beaumont, Texas?

A.    Yes.  I was in the USP with him.

Q.    Did you ever speak to Mr. Young about Shining Star's murder?

A.    No.  I didn't speak with him about Shining Star's murder.

Q.    Did you ever speak with anyone about Shining Star's murder?

A.    No.  I didn't speak with him about the murder.  The confusion was going on about you being hot on the yard or the USP if you tell on somebody between me, Skeeter, your cousin, Timothy Robinson and Antoine Shapell.

Q.    Did you ever tell Mr. Young a different story than what you told the jury today?