66

Page: 1 of 1          Case Number: 01- 75644

STATEMENT OF:

On 11-15-01 I had pulled into the Hilcrest hospital parking lot and started to get out of my car, when I saw a Black male approach me at my driver's side door. The Black male then told me to get back into my car, I kept getting out of my car and pushed him back away from me, he then grabbed me with his left hand around the throat and pulled out a gun with his right hand and tried to point it at me. I grabbed the gun with my left hand and tried to push it away from me, and used my right to try to fight him off, I was screaming and yelling for help the entire time. I was able to get away from his hold and run towards the back of my car, towards the hospital. The Black male then got in my car, backed up and drove off. The male drove through the back of the parking lot then up to the exit at 30th. He then drove South 30th towards Pine then turned east on Pine, then one of the hospital security guards showed me a picture of a Black male and I said that was him, he said this is Sherman Fields. Officer Carrizales also showed me a pic of another Black male, and I said that was the same person the guard showed me. Officer Carrizales told me this pic of a man named Sherman Fields. I will assist the Waco P.D. with the prosecution of this case.

I will assist the WACO POLICE DEPARTMENT IN THE INVESTIGATION AND PROSECUTION of this case. I have been given the opportunity, before signing this statement, to make any additions or deletions I desire in order that this statement be accurate. I have stated all the above is true and correct and happened in WACO, MCLENNAN COUNTY, TEXAS.

Signed this 15th day of November, 2001.

X Tammy Edwards