67

Tammy Edwards deposition.

A.   He was probably about three car lengths away.

Q.   Okay.

A.   And he started walking towards me and I started looking at him and looking at him closer and then once he got all the way close to me --

Q.   Okay.  Let me stop you there.  While he was walking that three car lengths, what were you doing?

A.   I had both of my feet on the ground.

Q.   Were you just sitting there watching him or were you actually continuing to get out of the car?

A.   Actually, I was sitting there waiting for him to just pass so I could get out of my car.

Q.   Was there another car next to you or was it open?

A.   No, there was another car next to me.

Q.   Okay.

A.   And I was sitting there waiting for him to pass so that I could get up and go to work and he just came closer to me and closer.  And then for a moment before he even got all the way up on me, I thought he was just going to ask me the time at first.  Then when he got close to me, it went off in my head like an alarm that that was Sherman Fields.  We've had his picture posted all over Hillcrest. That was Sherman Fields.  So I stood up, just abruptly just stood up.