68

Tammy Edwards deposition.

hand raise and he raised his hand like that.

Q.   Okay.

A.   And I ducked.

Q.   Did you hear anything?

A.   ~~I heard a gunshot.~~   And then I saw him sped away in my car and he almost hit this girl and that's when I got up and ran across the street and all the people in the world showed up then.  Nobody was there when I needed them.

          And then when I got across the street, there was Darrell Hodges that works in the warehouse.  I ran up there and I knew him so I hugged him and I just started crying.

Q.   Okay.  Do you know -- if he shot at you, did it hit the -- did the bullet hit something?

A.   No.

Q.   Any car windows?

A.   I think it was just air but I don't know what it hit, no.

Q.   How full was the parking lot?

A.   There was a lot of cars there because it was seven o'clock.  It was seven o'clock shift, you know.  You relieve the night shift.

Q.   Okay.  And so you said you went -- when you ran toward the trunk of your car.  Right?  Did you cross over