71

```
===============================================================================
                    W A C O   POLICE  DEPARTMENT           | SUPPLEMENT
                         WACO, TEXAS                       | Report
===============================================================================
Reported Date: 11/15/01  Time: 07:35   Case: 01-075644 (007)   PAGE: 1 of 1
Code: 29.03 1F PC          Crime: AGG ROBBERY   Class: 030110  CAD#:      Hate:
Occurrence Date: 11/15/01-         Day: Thursday -           Time: 07:30-07:35
Status: CA   CLEAR ADU AR          Closing Officer: 000201 JANUARY S
Location: 3000 HERRING, WA                                   RD: 335  Beat:
          PARKING LOT
======================= NARRATIVE =============================================
On this case I was asked to do a comparison with subject, SHERMAN FIELDS,
DOB 7/14/74, and CHRISTIAN CHAE WALKER, DOB 10/11/73. On the comparison
there is no match. Latent prints remain on file in the AFIS Lab until
needed.
```

```
===============================================================================
W A C O    Police Department                               First Page
===============================================================================
Reporting Officer: GUERCIO        Number: 000361   Date: 12/11/03   Time:
         Typed by: HUBBARD        Number: 321      Date: 12/16/03   Time: 11:05
Approving Officer: HUBBARD,BETTY  Number: 000321   Date: 12/16/03   Time: 11:07
```