72

DEC. -10' 01 (MON) 16:33   US MARSHAL SERV WACO        TEL:254 750 1575        P: 012

STATEMENT FORM. OFFICER WARNING.
VOLUNTARY STATEMENT OF _____
I, _____, after having been first duly warned
by _____ who is the
                    (Officer Name)
_____ of McLennan County, Texas at
            (Title)
_____ o'clock, _____ M., at _____
                                    (Place of Warning)
on the _____ day of _____ 19 ____, of the accusation
against me in clear language and of the affidavit, if any, filed in support of such accusation;
(1) I have the right to retain counsel;
(2) I have the right to remain silent and not say anything;
(3) I have the right to have an attorney present during any interview with peace officers or
    representing the State;
(4) I have the right to terminate the interview at any time;
(5) I have the right to request the appointment of counsel if I am indigent and cannot
    afford counsel;
(6) I have the right to an examining trial;
(7) I am not required to make any statement and that any statement made by me be used
    against me.
I understand my rights as set out in this warning and knowing what they are I freely and
voluntarily, without being forced or compelled by promises, threats, or persuasion, waive
these rights and make the following statement in writing to _____
My name is _____. I live _____

sked him how did he get out. That's when
e told me about the officer give him a key
r told him not to do it on his shift. So the
ame day the officer gave him the key he left the
arff next morning at about 7:30 he but before he
et he said that he called Tray Boy on his cell
hone an ask him to come an get ___ him cause
e is fixing to leave. But Tray Boy told him no
hat he wasn't going to be apart of C.W. that. then
hat's when I asked him abot Shining Stal and
told me that C.W. she was ok and why was I
hking him that then he told me he don't know
ho to trust so we drove around twon
other hour or two then that's when he droped me
f at my girlfriends house Vicki Cox when he
oped me off it was about 12:30 mindnight.

I have read this statement consisting of __8__ (page(s), each of which bears my signature, and
I affirm that all the facts and statements contained herein are true and correct. I further
affirm that I knowingly, intelligently and voluntarily waived the above rights prior to and
during the making of this statement.
THIS STATEMENT WAS COMPLETED AT 2:00 P.M. ON THIS _____5Th____ DAY OF
December, 2001.

_____                    Christan Walker
WITNESS                              SIGNATURE OF PERSON GIVING STATEMENT

WITNESS _____