73

DEC. -10'01(MON) 16:37    US MARSHAL SERV WACO                    TEL:254 750 1575                    P. 020

01-8754

STATEMENT FORM. OFFICER WARNING.
VOLUNTARY STATEMENT OF _____ Christan Shes Walker
I, _____, after having been first duly warned
by _____, who is the
                    (Officer Name)
_____ of McLennan County, Texas at
    (Title)
_____ o'clock, _____ M., at
                                                    (Place of Warning)
on the _____ day of _____ 19_____, of the accusation
against me in clear language and of the affidavit, if any, filed in support of such accusation;
(1) I have the right to retain counsel;
(2) I have the right to remain silent and not say anything;
(3) I have the right to have an attorney present during any interview with peace officers or representing the State;
(4) I have the right to terminate the interview at any time;
(5) I have the right to request the appointment of counsel if I am indigent and cannot afford counsel;
(6) I have the right to an examining trial;
(7) I am not required to make any statement and that any statement made by me be used against me.
I understand my rights as set out in this warning and knowing what they are I freely and voluntarily, without being forced or compelled by promises, threats, or persuasion, waive these rights and make the following statement in writing to _____
My name is _____. I live _____

he an Star went into the hallway an he ask
er to leave whit him cause he said he needed
o talked to her. Then he told me that he an
tar left to a motel room an had sex. Then
told me that he took he back to the hospital
l left which I did not believe because I
now Star. An I believe she would has called
someone.

C.W.

C.W.

I have read this statement consisting of __2__ (page(s), each of which bears my signature, and
I affirm that all the facts and statements contained herein are true and correct. I further
affirm that I knowingly, intelligently and voluntarily waived the above rights prior to and
during the making of this statement.
THIS STATEMENT WAS COMPLETED AT 2:00 M. ON THE 16 DAY OF
December , 19 2001

_____
WITNESS                                    Christan Walker
                                           SIGNATURE OF PERSON GIVING STATEMENT
WITNESS _____