74

FILED

OCT 18 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CRIMINAL NO. W-01-CR-102 |
| CHRISTIAN CHAE WALKER | * | |

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO SENTENCING GUIDELINE SECTION 5K1.1

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States Attorney for the Western District of Texas, by and through the undersigned Assistant United States Attorney, and files its Motion for Downward Departure pursuant to Section 5K1.1 of the Sentencing Guidelines and would show the Court the following:

I.

On September 5, 2002, Defendant, CHRISTIAN CHAE WALKER, pled guilty to a one count Information. Defendant provided substantial assistance in the investigation or prosecution of another person who has committed an offense.

The defendant's information was truthful, complete, and reliable in the opinion of the case agents. The case agents believe Defendant, CHRISTIAN CHAE WALKER, has been completely truthful in admitting his criminal activities. Defendant agreed to testify against others at any proceeding. The information provided by the Defendant was corroborated by Doug Kunze of the Bureau of Alcohol, Tobacco & Firearms.

Prosecutions have been completed based, in part, on the Defendant's information, including the successful prosecution and conviction of Edward Lee Outley.    On August 27, 2002,

CHRISTIAN CHAE WALKER, testified in the trial of United States v. Edward Lee Outley. Outley was on trial for felon in possession of a firearm and ammunition. Walker testified that he had provided several firearms to Outley, and Outley was convicted by a jury.

On February 26, 2002, Defendant also testified before the Federal Grand Jury investigating Sherman Lamont Fields and Benny Donnell Garrett. Walker is a material witness in the case against Sherman Lamont Fields, and it is anticipated that the Defendant will be required to testify at the trial of Sherman Lamont Fields.

WHEREFORE, the Government moves the Court, in its discretion, to grant this motion and reduce Defendant's sentence commensurate with the interests of justice with respect to the Defendant.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By:    GREGORY S. GLOFF
Assistant United States Attorney

MARK L. FRAZIER
Assistant United States Attorney
700 South University Parks, Suite 770
Waco, TX  76706
(254) 750-1580

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Downward Departure Pursuant to Sentencing Guideline Section 5K1.1 has been forwarded on this _____ day of October, 2002:

Brian R. Pollard
Attorney at Law
5400 Bosque Blvd., Suite 600
Waco, TX 76710

GREGORY S. GLOFF
Assistant United States Attorney