75

Cross-Examination of Christian Walker by Mr. Fields—1777

time riding

Q.    You don't remember?  Okay.

You stated that you didn't want to tell the truth at first because you didn't want to put your family in jeopardy; am I correct?

A.    Yes, sir.

Q.    Could you explain?  What do you mean by that?

MR. GLOFF:  I'm going to object to the form of the question, Your Honor.

THE COURT:  Sustained.

(Conference between Mr. Fields and Mr. Swanton)

BY MR. FIELDS:

Q.    Mr. Walker, in your first statement you told them that you gave me a gun and so forth, the .22 and all this here; am I correct?

A.    Yes, sir.

Q.    But you didn't tell them that I said I took Shining Star's life, correct?

A.    Yes, sir.

Q.    How many of the government witnesses have you talked to?

A.    Nobody.

Q.    You don't talk to Outley?

A.    Yeah, but we don't talk about this case.

Q.    You don't talk to Jerry Reed?