76

Chris Walker's Grand Jury testimony.

20

all that.  Where was the gun during this time?

A.  The one that I gave him?

Q.  Yeah.

A.  He was -- it was in his possession.

Q.  Okay.  Did you have a gun during that time?

A.  No, sir.

Q.  Okay.  Did you all go to any pawn shops while you all -- while you all were on the road?

A.  No, sir.

Q.  Did he ever talk about having to get rid of any kind of gun?

A.  No, sir.

Q.  Okay.  Do you know what happened to that .32 caliber that you gave to Trey Boy?

A.  No, sir, but I do now.

Q.  How do you know now?

A.  Because I talked to Outley when I was down in the holding tank with him for a few -- about an hour ago, and he told me that he let Fields get it.

Q.  Okay, but prior to that you didn't know what happened to it?

A.  That's right.

Q.  You just know that you gave it to him and --

A.  And he let Fields get it.

Q.  Okay.  The time you -- the time you were with