78

Direct Examination of Homero DeLeon by Mr. Snyder——1423—

A.    Yes.

Q.    And first of all -- is -- did you talk about his case?

A.    Yes.  I asked him what he was doing there.  I thought he was here in the county jail at Highway 6.

Q.    And what did he tell you?

A.    He say he tried to escape from there.  That's why they moved him to a higher security place which was Fort Worth.

Q.    And when he told you this, did he say that he knew people that were giving information against him?

A.    Yes.

Q.    In this case?  In the murder case?

A.    Yes.

Q.    And who did he name had given information against him?

A.    Eric Snell, Jarrell Patterson, Steve Sykes, Colin Alvis Smith, Andrea Sykes.

Q.    Did he mention Steve Salazar?

A.    Steve Salazar.

Q.    And you know who Steve Salazar is?

A.    Yes, because he was here with us here in High Five, Glasshouse.

Q.    And he was a trustee there, correct?

A.    Yes, sir.

Q.    And did he testify how he knew these people had given

Direct Examination of Homero DeLeon by Mr. Snyder——1424

information against him?

A.    Yes.

Q.    And what did he say how he knew it?

A.    He said the people that his attorney -- I guess his attorney.  He just say his attorney.

Q.    His attorney told him?

A.    Yes.

Q.    Did he testify what they had done, whether they had given statements or whether they had testified in the grand jury?

A.    Can you repeat that question, please?

Q.    Did he say whether they had just given statements or whether they had testified in the grand jury against him?

A.    That they testify in front of the grand jury.

Q.    And was he in particular mad against any one individual in particular?

A.    Yes.

Q.    And who was that?

A.    Eric Snell.

Q.    And why was he so mad at Eric Snell having testified against him in the grand jury?

A.    Because he say he was one of the biggest snitches in Waco, Texas.

Q.    And after he told you this, did you ask him about how the murder had happened?