79

Cross Examination of Homero DeLeon by Fields —1434—

A. The ones that are in the holding tank with me.

Q. The ones that you named awhile ago?

A. No. I don't know them.

Q. You don't know Eric Snell?

A. Yes. Yeah. Eric Snell.

Q. You don't know --

A. He was with us in High Five in the Glasshouse.

Q. In the High Five?

A. With us. He was a trustee, also.

Q. And he was in Fort Worth with you, too; am I correct?

A. Yes.

Q. And Jerry Reed?

A. No.

Q. You don't know Jerry Reed?

A. No.

Q. The dude that just came in here?

A. I don't know him. I know him from now.

Q. You know him now?

A. I met him at the Glasshouse.

Q. And you know Steve Sykes?

A. Steve Sykes? He was with us in the Glasshouse in 2001.

Q. Who else did you say awhile ago?

A. Jarrell Patterson.

Q. You know Jarrell Patterson?

Cross                                    Fields

~~Redirect~~ Examination of Homero DeLeon by ~~Mr. Dillon~~ —1435—

A.    He was at Fort Worth.

Q.    He was?  Who else?

A.    Alvis Smith.

Q.    You know Alvis Smith?  And who else?

A.    Andrea Sykes.

Q.    Andrea?  I'm not sure who that is.  Could you --

A.    Steve Sykes' sister.

Q.    Oh, Steve Sykes' sister.  Anybody else?

A.    No.

Q.    Nobody else?

All right.  You say -- man, you say I was across from you at Highway 6?

A.    No.  You was across from me in the special housing unit in Fort Worth.

Q.    Oh, I was across from you in Fort -- and when was this?

A.    That was in December of 2002.

Q.    Do you know approximate time?

A.    I arrived there the 4th of December of 2002.

Q.    And I was there already when you got there?

A.    No.  You was -- you arrived there on a weekend.  I remember.

Q.    I came on --

A.    On a Sunday I think.  It was on a weekend because we had fried chicken and I remember you mentioned it that you was