80

# Gordon W. Bulla & Associates
2525 East 21st Street, Suite 106
Tulsa, OK 74114
918 743-4747 (office)
918 743-4749 (fax)
e-mail: bulla@tulsacoxmail.com

April 14, 2010

Jeffrey E. Ellis, Esq.
Law Offices of Ellis, Holmes & Witchley, P.L.LC.
705 Second Avenue, Suite 401
Seattle, WA 98104

Re: **Sherman Lamont Fields v. United States of America**
Our file #272-001

## REPORT OF INVESTIGATION

This report contains a summary of an interview with Frederick Waggoner.

### Frederick Waggoner

On this date, Frederick Waggoner was spoken with over the telephone. He called back after a message was left on his number, 817 366-4890.

Waggoner first advised that he had received permission to speak from the warden at the federal facility he works at in Ft. Worth, TX.

He was first given the names of the three men who were also housed in the same facility with Fields, who later testified at Field's trial. Waggoner admitted that he could not recall the names. He was asked if any men in the facility were plotting or conspiring to get their stories straight, in preparation of testifying against Fields. He was not aware that happening, but he stated that he had an opinion.

It was Waggoner's belief, or observation, that Fields did not speak with the other inmates, except for one. He stated that there was "an old Spanish guy" who was in the cell next to Fields. Waggoner stated that Fields communicated only with this man, himself and some of the other correctional officers. Since their cells were next to each other, they were able to communicate through the vent. Waggoner thought they talked quite a bit. Waggoner also said, "The older guy gave him food."

As the conversation continued, Waggoner was asked if this older Spanish man had been Homero Deleon. Again, Waggoner could not recall his name.

Jeffrey E. Ellis, Esq.
April 14, 2010
Page 2

The conversations between Fields and the older guy could not be heard by anyone out in the hallway, yet Waggoner made it clear that others in cells could often hear those conversations through vents, as voices will carry.

As to speaking with someone across the hall from Field's cell, Waggoner stated that is possible, too. He advised that there is "a little hole" in the cell door one can yell through. If Fields had yelled, though, he would have been heard by just about everyone. Waggoner did not say that he heard any admissions from Fields.

Finally, when discussing his previous testimony, Waggoner was asked if he was prepped for this testimony. He did not think he was, yet, he was a bit uncertain. His recollection was that he was asked to be a character witness, got on the stand and answered a few questions for the defense, and then a few more questions from the prosecutor.