81

Direct Examination of Douglas Kunze by Mr. Gloff——1876

County Sheriff's Office.  He's the evidence officer and then I transferred it to the Texas Department of Public Safety crime lab in Austin.

Q.    So essentially you were the last link in the chain before it got to DPS in Austin?

A.    That's correct.

MR. GLOFF:  Your Honor, we would offer Government's Exhibit No. 10.

MR. FIELDS:  I have no objection, Your Honor.

THE COURT:  10 is admitted.

(Exhibit(s) admitted:  G10)

BY MR. GLOFF:

Q.    Special Agent Kunze, I want to ask you a couple of questions.  First of all, in conducting your investigation, you talked to different witnesses; is that correct?

A.    That's correct.

Q.    Now, I'm not going to talk to you about generally investigations because I want to just talk about this investigation because that's the only one that matters.  Okay?

A.    Yes.

Q.    In this particular investigation when you go to talk to a witness, is it your practice to tell those witnesses how a crime occurred?

A.    No.

Q.    Is it your practice to tell those witnesses what

Direct Examination of Douglas Kunze by Mr. Gloff——1877—

other witnesses have said?

A.   No.

Q.   Is it your practice to tell the witnesses what you want them to say or --

MR. FIELDS:  Objection, Your Honor, bolstering.

THE COURT:  Overruled.

BY THE WITNESS:

A.   No.

BY MR. GLOFF:

Q.   Okay.  And did you do any of those things in this case?

A.   No.  I did not.

Q.   Now, with respect to -- you were here in the courtroom here yesterday when Mr. DeLeon testified; is that correct?

A.   That's correct.

Q.   And you heard him rattle off a name -- bunch of names of people that testified before the grand jury?

A.   Yes.

Q.   Did you give lists to witnesses during the investigation on who testified before the grand jury?

A.   No.

Q.   Who are the people that had those names available to them besides the government prosecutors and the case agents?

A.   The defense attorneys.

———Direct Examination of Douglas Kunze by Mr. Gloff———1878—

Q.    And those were provided to the defense attorneys, the grand jury witnesses and their transcripts very early on in this case; is that correct?

A.    That's correct.

Q.    So, to your knowledge, did -- were any witness lists -- did you provide them to anybody or were they floating around out there in the public?

A.    No.  They were not.

Q.    By the way, based on your investigation, was Mr. Fields out on the streets during the '91 and most of '92 time frame?

A.    Yes.

Q.    You also heard Jerry Keith Reed testify yesterday. You were present in his testimony?

A.    Yes.

Q.    Now, did you interview Jerry Keith Reed at the Federal Medical Center in Fort Worth?

A.    Yes.  I did.

Q.    And approximately what was the date of that interview?

A.    March 19th, 2003.

Q.    And you wrote a report about what was reflected in that interview?

A.    Yes.

MR. GLOFF:  Could -- I need the ELMO.  Exhibit No. 46.  I