83

Direct Examination of Parnell McNamara by Mr. Gloff—1556

holding up or hiding out in Apartment 54 at 707 Ruby and we proceeded to that location and there were officers from several different agencies on the task force that were there.

Q.   Okay.

A.   And at one point several officers and I approached the apartment at which time Officer Mason with the Waco Police Department got on the loud speaker in his patrol car and ordered Mr. Fields to come out of the apartment with his hands up.

Q.   Did Mr. Fields comply?

A.   Yes, sir. He did.

Q.   And what happened?

A.   We approached Mr. Fields. As he was walking toward us, we affected the arrest and handcuffed Mr. Fields at that time.

Q.   Okay. Now, at that time did anyone read Mr. Fields or give Mr. Fields his constitutional protections?

A.   Yes, sir. I did.

Q.   And that's commonly known as Miranda warnings?

A.   Yes, sir.

Q.   And you gave those to Mr. Fields?

A.   Yes, sir. I did.

Q.   After giving him his Miranda warnings or his constitutional protections, what, if anything, did you ask him?

A.   I asked Mr. Fields if he had a gun in the apartment.

Direct Examination of Parnell McNamara by Mr. Gloff——1557

Q.    And what did Mr. Fields say?

A.    He said, yes, he did.

Q.    Did he say anything else?

A.    I asked him where the gun was located and he said under the carpet.  I asked him where under the carpet.  He said under the carpet under the table in front of the couch.

Q.    Okay.  Now, based on that information, was a gun recovered?

A.    Yes, sir.  Mr. Fields stated it was a .22 automatic, and that was the type of firearm that was recovered from that location.

Q.    Okay.  Did Mr. Fields say anything else?

A.    At the time of his arrest as soon as we put the handcuffs on him, he turned to me and asked two questions.  He asked, "Where's my mama?"  "Is my mama out there?"

Q.    Okay.  And that's all he said?

A.    Yes.

MR. GLOFF:  Pass the witness.

MR. FIELDS:  I have no questions, Your Honor.

THE COURT:  You may step down.

MR. GLOFF:  May this witness be excused, Your Honor?

THE COURT:  Yes, sir.

MR. GLOFF:  Government calls Ben Burch.

(The witness was sworn)

DIRECT EXAMINATION