84

Hubert Steadman's Grand Jury testimony.

20

they got on the loud speaker, and they told Fields that he needs to turn on all the lights and that he needs to get -- come out slow and get on the ground, and pretty much he did everything they told him to do, and -- and they apprehended him, handcuffed him, and put him in the car, and they had came back to me and asked me could they search my apartment, because I had told him, "He has a gun, a black gun," because I seen the gun --

Q. Right.

A. -- you know, and they went in, and I told them probably under the couch, because that's where he was, you know, when he was in the apartment, and they were looking all up under the coach. When I came back in, they couldn't find it, so I pulled the -- I got -- I had this big Chinese -- China -- China rug on my floor. I pulled it back, and that's where he had put the gun, up and under the rug, and he left the keys to the Lumina in the kitchen. They -- they didn't even know the keys there, because they found the car. They'd already picked up the car. They said they was waiting to see who was going to come back to the car. They'd already picked up the car, and I seen the keys laying on my -- my kitchen table, and I gave them the keys, as well --

Q. Okay.