85

# MCLENNAN COUNTY SHERIFF'S OFFICE
# FOLLOW-UP REPORT

MCLENNAN COUNTY
SHERIFF'S OFFICE
219 N 6TH
WACO, TX 76701
254 757-5108

**1**

Page 1 of 2

Case No.    01-8754
Report No.    01-8754.15
Report Date:    11/27/01

| | |
|---|---|
| Subject: | **HOMICIDE** |
| Case Report Status | **I - IN PROCESS** |
| Occurred On (and Between) | **11/21/01 5:22:00 PM** |
| Location | **JERICHO LANE (BETWEEN HILLIARD LN & ESTELLA LN)** |
| Census/Geo Grid | **G4 - GRID 4** |
| Call Source | **OFFICE** |
| Vehicle Activity | |
| Vehicle Traveling | |
| Cross Street | |
| Means | |
| Other Means | |
| Motive | |
| Other Motives | |

| | |
|---|---|
| Date Entered | **11/27/01 1:40:40 PM** |
| Entered By | **0023 - WILLIS, TAMMA** |
| Date Verified | |
| Verified By | |
| Date Approved | |
| Approved By | |
| Connecting Cases | |
| Disposition | **ACTIVE** |
| Clearance Reason | |
| Date of Clearance | |
| Reporting Agency | **MCLENNAN COUNTY SHERIFF'S OFFICE** |
| Division | **CID** |
| Notified | |

Reporting Officer
**1826 - COLYER, MORRIS**

Assisted By

**Report Narrative**

ON 11-24-01, AT APPROXIMATELY 3:15 AM, I RECEIVED A CALL FROM DEPUTY US MARSHALL MIKE MCNAMARA SAYING THAT HE HAD INFORMATION PERTAINING TO THE DEATH OF SUNCEREY COLEMAN. MIKE MCNAMARA TOLD ME AT THE TIME HE AND PARNELL MCNAMARA AND SEVERAL WACO UNITS WERE AT SANGER AND VALLEY MILLS WATCHING AN APARTMENT BEHIND THE DIAMOND SHAMROCK ON RUBY STREET.

I DID ARRIVE AT THE SCENE AT WHICH TIME SGT. GRADER WITH WACO PD HAD THE PERIMETER SECURED AND HE WAS TALKING TO A BLACK MALE SUBJECT NAMED HUBERT STEADMAN, DOB 1-21-72. THE APARTMENT THAT WAS BEING WATCHED HUBERT STEADMAN ACTUALLY RENTS THIS APARTMENT.

I THEN SPOKE WITH HUBERT STEADMAN AND HE TOLD ME THAT FIELDS CAME OVER TO HIS APARTMENT EARLIER IN THE EVENING. STEADMAN SAID THAT HIS GIRLFRIEND AND 2 SMALL BABIES WERE STILL IN THE APARTMENT. AT THIS TIME 2 BLACK FEMALES PUSHING A BABY STROLLING CAME TO THE DIAMOND SHAMROCK PARKING LOT. I DID ASK HUBERT STEADMAN'S GIRLFRIEND, TIEMIKA SIMMONS, B/F, DOB 7-5-82, IF SHERMAN FIELDS WAS THE ONE STILL IN THE APARTMENT AND TIEMIKA DID NOD YES TO ME.

WACO PD OFFICER STAN MASON DID COME TO THE SCENE IN AN ATTEMPT TO TALK TO FIELDS. WHILE MASON STARTED A DIALOGUE WITH FIELDS OVER HIS INTERCOM SYSTEM, MYSELF AND DEPUTY US MARSHALL PARNELL MCNAMARA DID MOVE CLOSER TO THE APARTMENT WHEN THE FRONT DOOR CAME OPEN. AT THIS TIME ALL I COULD SEE WAS AN IMAGE OF A MAN STANDING IN THE DOORWAY. I IDENTIFIED MYSELF AND PARNELL MCNAMARA UNTIL MASON COULD GET INTO BETTER POSITION. AT WHICH TIME IT WAS CONFIRMED THAT THIS WAS SHERMAN FIELDS STANDING IN THE DOORWAY. MASON THEN CONTINUED COMMANDS UNTIL FIELDS WAS CUFFED BY MASON. FIELDS WAS TRANSPORTED TO THE JAIL.

I THEN ASKED HUBERT STEADMAN IF FIELDS HAD A GUN AND HE TOLD ME YES HE

Printed: November 27, 2001 - 1:52 PM