86

## II. PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor **beyond a reasonable doubt**; answer "NO" if you do not so find:

(A)    The defendant, Sherman Lamont Fields, committed the offense after substantial planning and premeditation to cause the death of the victim, Suncerey Coleman.

Unanimously    YES _____

NO ___✓___

(B)    The death , or the injury resulting in death, of the victim, Suncerey Coleman, occurred during the commission or attempted commission of an offense, that is, escape.

Unanimously    YES ___✓___

NO _____

(C)    The defendant, Sherman Lamont Fields, has previously been convicted of a federal or state offense punishable by a term of imprisonment of more than one year involving the use or the attempted or threatened use of a firearm against another person.

Unanimously    YES ___✓___

NO _____

4

143