IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

FILED
DISTRICT
NAPOLIS DIV

16 OCT 26 PM 4:51

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

SHERMAN LAMONT FIELDS,
                    Petitioner,

v.

ATTORNEY GENERAL LORETTA LYNCH,
                    Respondent.

2:16-cv-0418 JMS -MJD

---

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

---

Petitioner asks leave to file the attached petition(s) for Writ of Conspiracy and/or Writ of error coram nobis and/or an original Habeas petition without prepayment of costs and to proceed in forma pauperis.

Petitioner has previously been granted leave to proceed in forma pauperis in the District of Columbia only to be told that they don't have Jurisdiction to hear the issues.

Petitioner concedes that he currently have $20.23 in his prison trust fund account and have no other funds, income or assets anywhere else

Executed on this 24th day of  October  2016

(Signature)

*Sherman L. Fields*