

Sherman L. Fields
# 15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

LEGAL MAIL....

Media Mail

LEGAL MAIL.... Clerk of the U.S. District Court
The office of The
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

UNITED STATES POSTAL SERVICE

USPS TRACKING #

RECEIVED
OCT 26 2016