UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
)
Petitioner )
)
v. ) No. 2:16-cv-00418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes

the following rulings:

1.      The petitioner's custodian is the sole proper respondent and is now **substituted** for

the official originally designated as respondent.

2.      The request to proceed *in forma pauperis* [dkt 2] is **granted.**

IT IS SO ORDERED.

Date: November 29, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

SHERMAN LAMONT FIELDS
15651-180
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808