IN RE: SHERMAN LAMONT FIELDS V. LORETTA LYNCH, 2:16-cv-00418-JMS-MJD

Can you tell me what is the current status of the above styled case?

Respectfully,

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                47808

FILED
2016 DEC -7 PM 3: 11
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK