# *** PUBLIC DOCKET ***

HABEAS,PROSE

## U.S. District Court
## Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:16-cv-00418-JMS-MJD

FIELDS v. WARDEN
Assigned to: Judge Jane Magnus-Stinson
Referred to: Magistrate Judge Mark J. Dinsmore
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 10/26/2016
Jury Demand: None
Nature of Suit: 535 Death Penalty - Habeas Corpus
Jurisdiction: U.S. Government Defendant

**Petitioner**

**SHERMAN LAMONT FIELDS**

represented by **SHERMAN LAMONT FIELDS**
15651-180
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808
PRO SE

V.

**Respondent**

**LORETTA LYNCH**
*Attorney General*
*TERMINATED: 11/29/2016*

represented by **LORETTA LYNCH**
.
PRO SE

**Respondent**

**WARDEN**
*USP TERRE HAUTE*

represented by **WARDEN**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2016 | 1 | PETITION for Writ of Habeas Corpus, filed by SHERMAN LAMONT FIELDS. (No fee paid with this filing) (DJH) (Additional attachment(s) added on 10/28/2016: # 1 Exhibit 1 letter, # 2 Exhibit 2 Western District of Texas order, # 3 Exhibit 3 Motion to Proceed Pro Se, # 4 Exhibit 4 letter from Court of Appeals, # 5 Exhibit 5 Freestanding Actual Innocence Brief, # 6 Exhibit 6 |

Motion to Seal Brief, # 7 Exhibit 7 Motion to Bar, # 8 Exhibit 8 Post Conviction Motion, # 9 Exhibit 9 Response to Pro Se Motion, # 10 Exhibit 10 Order from Court of Appeals, # 11 Exhibit 11 letter from Court of Appeals, # 12 Exhibit 12 letter from Court of Appeals, # 13 Exhibit 13 letter from Court of Appeals, # 14 Exhibit 14 Motion for Reconsideration, # 15 Exhibit 15 Motion to Reurge Filings) (DJH). (Additional attachment(s) added on 10/28/2016: # 16 Exhibit 16 letters from Court of Appeals, # 17 Exhibit 17 Motion Appealing Order from the Fifth Circuit, and Motion to United States Supreme Court, # 18 Exhibit 18 Motion Pursuant to Rule 60, # 19 Exhibit 19 letter from US Supreme Court, # 20 Exhibit 20 letter to Clerk, # 21 Exhibit 21 Page Nos. 51-55 from court document, # 22 Exhibit 22 Judgment from DC Circuit Court of Appeals, # 23 Exhibit 23 page of transcript for voir dire examination, # 24 Exhibit 24 pages of transcript, # 25 Exhibit 25 Examination of Ms. Scroggins by Mr. Fields, # 26 Exhibit 26 Shalaykea Scroggins Grand Jury testimony, # 27 Exhibit 27 Statement of Shalaykea Scroggins, # 28 Exhibit 28 Direct Examination of Edward Outley by Mr. Snyder, # 29 Exhibit 29 Cross-Examination at Shaylakea Scroggins by Mr. Fields, # 30 Exhibit 30 Douglas Kunze Grand Jury testimony) (DJH). (Additional attachment(s) added on 10/28/2016: # 31 Exhibit 31 Motion to Recuse the Hon. Edith Jones, # 32 Exhibit 32 Page 56 of court document, # 33 Exhibit 33 letters, # 34 Exhibit 34 pages of transcript, # 35 Exhibit 35 Cross Examination of Shaylakea Scroggins by Mr. Fields, # 36 Exhibit 36 Direct Examination of James Blair by Mr. Fields, # 37 Exhibit 37 Police Report, # 38 Exhibit 38 Cross-Examination of Steve January, # 39 Exhibit 39 letters, # 40 Exhibit 40 Officer Warning Statement, # 41 Exhibit 41 Cross-Examination by Christian Walker by Mr. Fields, # 42 Exhibit 42 Direct Examination of Edward Outley by Mr. Snyder, # 43 Exhibit 43 Page of Transcript, # 44 Exhibit 44 Re-Cross Examination of Edward Outley by Mr. Fields, # 45 Exhibit 45 Cross-Examination of Edward Outley by Mr. Fields, # 46 Exhibit 46 letter from Edward Lee Outley III "TreyBoy", # 47 Exhibit 47 Cross-Examination of Edward Outley by Mr. Fields, # 48 Exhibit 48 Motion for Discovery, Production, and Inspection of Evidence filed in Western District of Texas, # 49 Exhibit 49 Request by juror filed in Western District of Texas, # 50 Exhibit 50 judge response to juror request) (DJH). (Additional attachment(s) added on 10/28/2016: # 51 Exhibit 51 Johnny Spillman grand jury testimony, # 52 Exhibit 52 Chris Casson grand jury testimony, # 53 Exhibit 53 Cross-Examination of Tanesha Hilliard by Mr. Fields, # 54 Exhibit 54 Sheriff's Office follow-up report, # 55 Exhibit 55 Cross-Examination of Shaylakea Scroggins by Mr. Fields, # 56 Exhibit 56 Direct Examination of Lutrill Payne by Mr. Fields, # 57 Exhibit 57 Report of Investigation, # 58 Exhibit 58 letter from attorney, # 59 Exhibit 59 Direct Examination of Chance Alexander, # 60 Exhibit 60 Direct Examination of Edward Outley by Mr. Snyder, # 61 Exhibit 61 Interview conduct via telephone, # 62 Exhibit 62 Cross-Examination of William Young by Mr. Gloff, # 63 Exhibit 63 Cross-Examination of Douglas Kunze by Mr. Gloff, # 64 Exhibit 64 Direct Examination of William Young by Mr. Fields, # 65 Exhibit 65 Cross-Examination of Edward Outley by Mr. Fields, # 66 Exhibit 66 Statement of Danny Edwards, # 67 Exhibit 67 Tammy Edwards deposition, # 68 Exhibit 68 Tammy Edwards deposition, # 69

| | | |
|---|---|---|
| | | Exhibit 69 Direct Examination of Steve January by Mr. Snyder, # 70 Exhibit 70 police report, # 71 Exhibit 71 police report narrative, # 72 Exhibit 72 Statement of Christian Walker) (DJH). (Additional attachment(s) added on 10/28/2016: # 73 Exhibit 73 Statement of Christian Walker, # 74 Exhibit 74 Government's Motion for Downward Departure filed in Western District of Texas, # 75 Exhibit 75 Cross-Examination of Christian Walker by Mr. Fields, # 76 Exhibit 76 Chris Walker's grand jury testimony, # 77 Exhibit 77 letter to US Attorney from Homero DeLeon, # 78 Exhibit 78 Direct Examination of Homero DeLeon by Mr. Snyder, # 79 Exhibit 79 Cross Examination of Homero DeLeon by Fields, # 80 Exhibit 80 Report of Investigation, # 81 Exhibit 81 Direct Examination of Douglas Kunze by Mr. Gloff, # 82 Exhibit 82 letter from attorney Scott Peterson, # 83 Exhibit 83 Direct Examination of Parnell McNamara by Mr. Gloff, # 84 Exhibit 84 Hubert Steadman's grand jury testimony, # 85 Exhibit 85 Sheriff's Office follow-up report, # 86 Exhibit 86 jury findings on Statutory Aggravating Factors, # 87 Exhibit 87 page from court document, # 88 Envelope) (DJH). (Entered: 10/27/2016) |
| 10/26/2016 | 2 | MOTION for Leave to Proceed in forma pauperis, filed by Petitioner SHERMAN LAMONT FIELDS. (DJH) (Additional attachment(s) added on 10/28/2016: # 1 Envelope) (DJH). (Entered: 10/27/2016) |
| 10/26/2016 | 3 | MOTION for Writ of Conspiracy/Writ of Error Coram Nobis filed by Petitioner SHERMAN LAMONT FIELDS. (DJH) (Additional attachment(s) added on 10/28/2016: # 1 Envelope) (DJH). (Entered: 10/27/2016) |
| 10/27/2016 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DJH) (Entered: 10/27/2016) |
| 11/29/2016 | 5 | Entry Concerning Selected Matters: The petitioner's custodian is the sole proper respondent and is now substituted for the official originally designated as respondent. 2.The request to proceed in forma pauperis [dkt 2 ] is granted. Copy sent to Petitioner via US Mail. Signed by Judge Jane Magnus-Stinson on 11/29/2016. (DW) (Entered: 11/29/2016) |

Case #: 2:16-cv-00418-JMS-MJD