Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

05 DEC 2016 PM 7 L

RECEIVED

DEC 0 2016

U.S. CLERK
INDIANAPOLIS

THE OFFICE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

Special Mail
28 C.F.R. § 540.18

46204-199999