The United States District Court
For the Southern District of Indiana
The Honorable Judge Jane Magnus-Stinson

FILED

17 JAN 25 PM 5: 18

IN RE: Update

Have the Government been given a time frame to respond to my filings in No. 2:16-cv-00418-JMS-MJD? I'm inquiring for two reasons: One: My mail is sometimes given to other inmates by accident, I believe it has always been rerouted to me, but if in fact I've been notified of a timeline for the governments response I haven't received it. And Two: As you know I'm on Death Row without any appeals, not withstanding this action and a new administration is coming in along with a new attorney general and my situation now is very very dire and dangerous. The Justice system have failed me thus far and one more failure would result in a fundamental miscarriage of Justice and complete and utter violation of the United States Constitution because it will mean that I will be murdered in the pretense of justice. I'm an innocent man, the evidence clearly supports that, and my conviction and death sentence is undoubtedly due to fraud, racism and bias and crminal acts committed against me by the police, the prosecution and their witnesses, and it is my hope that this Court intervene and correct this miscarriage of Justice.

Sincerely/Respectfully

Sherman Lamont Fields   1-22-17
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
            47808