Sherman Fields
#15651-180
U.S.P Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808

RECEIVED

JAN 25 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE IDENTIFICATION CONFIRMED

SPECIAL MAIL
28 C.F.R. § 540.18

To the Clerk
United States District Court
105 U.S. Courthouse
46 EAST OHIO Street
Indianapolis, Indiana
46204

INDIANAPOLIS IN 460
23 JAN 2017 PM 6 L

FOREVER USA

46204-199999