UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-418-JMS-MJD |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The first question in this proceeding brought by a federal inmate confined in this District will be to determine whether the petitioner has selected an available route by which to file an additional collateral challenge to his conviction. That question is must first be answered, and if answered in the affirmative, then the merits of the petitioner's claims will be assessed. Therefore, his motion for a writ of conspiracy/writ of error coram nobis is premature. Being premature, the motion [dkt 3] is **denied without prejudice.**

2. A copy of the docket sheet shall be included with the petitioner's copy of this Entry.

3. An Order to Show Cause is being issued concurrent with this Entry. The petitioner's motion for deadlines is therefore **denied as moot.**

IT IS SO ORDERED.

Date: <u>February 6, 2017</u>

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

SHERMAN LAMONT FIELDS
15651-180
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808