**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

SHERMAN FIELDS, )
)
              Petitioner, )
)
v. ) No. 2:16-cv-418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
              Respondent. )

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.      The respondent shall have **through April 18, 2017** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

IT IS SO ORDERED.

Date:   February 6, 2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

SHERMAN LAMONT FIELDS
15651-180
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808