**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (Terre Haute)**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, USP TERRE HAUTE,<br>　　　　　　Respondent. | No.  16-cv-00418-JMS-MJD<br><br>NOTICE OF APPEARANCE OF COUNSEL AND REQUEST TO EXTEND TIME TO AMEND PETITION |

Jeffrey Ellis hereby appears as counsel for Mr. Fields in this action.[1]  Mr. Ellis has represented Mr. Fields in various proceedings attacking his current convictions and death sentence since 2008.  Consequently, he is familiar with the issues in this case.

In addition, counsel requests until April 28, 2017, to amend the petition that Mr. Fields filed pro se.  Counsel understands Respondent does not object.

DATED this 4th day of April, 2017.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
503.222.9830 (ph)
JeffreyErwinEllis@gmail.com

---

[1] Mr. Ellis will seek admission to the S.D. of Indiana.