SHERMAN FIELDS, )
)
      Petitioner, )
)
    v. ) Cause No. 2:16-cv-00418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
      Respondent. )

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by James R. Wood, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ James R. Wood
     James R. Wood
     Assistant United States Attorney
     Office of the United States Attorney
     10 W. Market St., Suite 2100
     Indianapolis, Indiana 46204-3048
     Telephone: (317) 226-6333
     Fax: (317) 226-6125
     E-mail: Bob.Wood@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2017, a copy of the foregoing NOTICE OF

APPEARANCE was filed electronically and that a copy was mailed, by first

class U.S. Mail, postage prepaid and properly addressed to the following:

Sherman Lamont Fields
Reg. No. 15651-180
TERRE HAUTE U.S. PENITENTIARY
P.O. Box 33
Terre Haute, IN 47808

By:   <u>s/ James R. Wood</u>
      James R. Wood
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Bob.Wood@usdoj.gov