SHERMAN LAMONT FIELDS,   )
                                 )
          Petitioner,     )
                                 )
     v.             )   Cause No. 2:16-cv-00418-JMS-MJD
                                 )
WARDEN, USP TERRE HAUTE,  )
                                 )
         Respondent.    )

## MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of thirty (30) days after the filing of the Petitioner's Amended Petition for Writ of Habeas Corpus to file his response to the amended petition.

In support of its motion, the Respondent advises as follows:

1. On October 26, 2016, Petitioner Sherman Lamont Fields filed a petition for a writ of habeas corpus. (Dkt. 1.) The Respondent's response to the petition is currently due April 18, 2017. (Dkt. 9.)

2. On April 4, 2017, counsel for Fields filed his appearance and moved to file an amended petition for writ of habeas corpus. (Dkt. 10.) The Court granted the motion and Fields's amended petition is due April 28, 2017. (Dkt. 11.)

3.　　An extension of time is required to review the anticipated amended petition and to prepare a complete response to the allegations raised in the amended petition.

4.　　The requested extension is not sought for any purposes of delay but only to allow counsel for the Respondent sufficient time to prepare a full, complete and appropriate response to Fields's claims.

WHEREFORE the Respondent respectfully prays that it be granted thirty (30) days after the filing of the anticipated amended petition to file his response.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:　s/ James R. Wood

James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN　46204
Telephone: (317) 226-6333
E-mail: Bob.Wood@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 14, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

In addition, I certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Sherman Lamont Fields
Reg. No. 15651-180
TERRE HAUTE U.S. PENITENTIARY
P.O. Box 33
Terre Haute, IN 47808

s/ James R. Wood
James R. Wood

Chief, Appeals Division
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: (317) 226-6333
E-mail: Bob.Wood@usdoj.gov