UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS, )
)
Petitioner, )
)
v. ) Cause No. 2:16-cv-00418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

## **ORDER**

This matter having is before the Court on the Respondent's motion for an extension of time of thirty (30) days after the filing of the anticipated Petitioner's Amended Petition for Writ of Habeas Corpus to file his response. (Dkt. 11.)

The Court, being duly advised in the premises, now GRANTS the motion, finding it to be made for good cause.

The Respondent shall have thirty (30) days after the filing of the Petitioner's Amended Petition for Writ of Habeas Corpus to file his response to the amended petition.

So ORDERED this \_\_\_\_ day of April 2017.

Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification and to:

Sherman Lamont Fields
Reg. No. 15651-180
TERRE HAUTE U.S. PENITENTIARY
P.O. Box 33
Terre Haute, IN 47808