To the Court: In Re:

SHERMAN LAMONT FIELDS

v.                              CASE No. 2:16-CV-0418-JMS-MJD

WARDEN USP TERRE HAUTE

FILED
17 APR 19 PM 6:00
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

I Just received a Motion to Extend time to file a response from AUSA James R. Wood in Indianapolis. the Motion States that on April 4, 2017 "Counsel for Fields" filed his Appearance And the Court granted it. Petitioner And counsel have discussed the possibility of them amending Fields' Habeas Petition with a "Johnson Issue" but there have been no Agreement that Counsel will "take over" As Counsel for Petitioner in regards to the Issues currently pending. Petitioner filed his Habeas Corpus Pro Se And fully intends to respond himself to the Governments response. If

this court will allow Counsel to amend the petition with the "Johnson Issue" and respond to the "Johnson Issue" alone, then that's fine, but Petitioner intends to respond to the issues filed Pro Se himself.

Respectfully,
Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, IN
47808

C.C. AUSA James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204