Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, In
47808

RECEIVED

APR 19 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

18 APR 2017 PM 11

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

46204-199999