UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JMS-MJD |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF EX PARTE TELEPHONIC CONFERENCE**

A telephonic conference will be conducted on **May 30, 2017 at 2:00 p.m.**, Eastern Time.

Participants shall call 317-229-3670, from which they will be connected to the conference.

The participants in the conference will be the petitioner, the petitioner's counsel of record

and the undersigned. The subject of the conference is the petitioner's representation and the claims

asserted in the amended petition for writ of habeas corpus. The conference will not be conducted

publicly, but *in camera* and *ex parte*. A court reporter will report the conference, with the transcript

thereafter to remain under seal.

The conference is expected to last up to ½ hour. A separate Order will issue directing the

respondent to make the petitioner available to participate.

IT IS SO ORDERED.

Date: 5/11/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov