UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JMS-MJD |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

To:     Warden (c/o Counselor Andrew Sutton)
        United States Penitentiary – Terre Haute

### ORDER TO MAKE PETITIONER AVAILABLE TO
### PARTICIPATE IN EX PARTE TELEPHONIC CONFERENCE

A telephonic conference has been set for May 30, 2017 at 2:00 o'clock p.m., Eastern Time.

The petitioner will participate in the conference.

You or your designee(s) are **ORDERED** to make **Sherman Fields** available to participate

in the conference just described and to place a call to the Court at 317-229-3670 at the time set for

the conference.

|   |   |
|---|---|
| <u>Inmate:</u> | Sherman Fields<br>Reg. No. 15651-180 |
| <u>Date:</u> | May 30, 2017 |
| <u>Time:</u> | 2:00 p.m. (Eastern) |

Expected Duration of Court Proceeding: ½ hour.   The Court will place the call to Mr. Sutton at

812-244-4572.  Upon docketing, a staff attorney shall forward a copy of this Order to the following:

(1) asutton@bop.gov and (2) Katherine.Siereveld@usdoj.gov.

IT IS SO ORDERED.

Date: 5/16/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov