**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **SHERMAN LAMONT FIELDS,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | Case No. 2:16-CV-00418-JMS-MJD |
| | § | |
| **WARDEN, USP TERRE HAUTE,** | § | |
| **Respondent.** | § | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its undersigned counsel and hereby gives notification that Special Assistant United States Attorney Jennifer S. Freel will be co-counsel for the Government in the above-captioned case. It is requested that service of copies of all notices, pleadings, and other papers be effected upon and addressed to Jennifer S. Freel, Special Assistant United States Attorney for the Southern District of Indiana, and current counsel for the Government, James Robert Wood, Assistant United States Attorney for the Southern District of Indiana.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By     s/ Jennifer S. Freel
Jennifer S. Freel
Special Assistant United States Attorney
Southern District of Indiana
816 Congress Avenue, Suite 1000
Austin, TX 78701
Tel: 512/916-5858
Email: jennifer.freel@usdoj.gov
Texas State Bar No. 24051327

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of May 2017, a true and correct copy of the forgoing

instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which

will transmit notification of such filing to the following CM/ECF participants:

Jeffrey E. Ellis
Oregon Capital Resource Center
621 SW Morrison St.
Suite 1025
Portland, OR 97205
(206) 218-7076
Email: jeffreyerwinellis@gmail.com

Peter J. Isajiw
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212 556-2235
Fax: 212-556-2222
Email: pisajiw@kslaw.com

Attorneys for Sherman Lamont Fields

In addition, I certify that a copy was mailed, by first class U.S. Mail, postage prepaid and

properly address to the following:

Sherman Lamont Fields
Reg. No. 15651-180
Terre Haute U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

                                   s/ Jennifer S. Freel
                                   JENNIFER S. FREEL
                                   Special Assistant United States Attorney