Judge Walter Smith
United States District Court for the
Western District of Texas
800 Franklin Avenue
Waco, Texas 76701

W-01-CR-164

FILED

APR 01 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

This missive is to inform the Court that I will be proceeding to the 5th Circuit pro se. I have the evidence to prove that the governments entire case against me is a lie and that the prosecutors and their witnesses deliberately, knowingly, intentionally and with premeditation engaged in a criminal conspiracy to murder me via lethal injection, yet my attorney(s) have not taken the necessary steps to bring this to light and as a direct result the government have continued the deception by and through their briefs and motions to the court sustaining the harm while tarnishing my reputation and assassinating my character.

The evidence further suggests that you ( Judge Walter Smith) knew all along what the prosecution and their cabal was up to and you knowingly aided and abetted their criminal endeavors; For the reasons above I will be proceeding pro se to the 5th Circuit Court of Appeals...

Respectfully/Sincerely

Sherman L. Fields #15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

**RECEIVED**

MAR 2 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

Case 6:01-cr-00164-LY   Document 363   Filed 04/01/13   Page 2 of 2

Sherman Fields
#15691-180
USP Terre Haute
P.O. Box 33
Terre Haute, In
47808

INMATE
IDENTIFICATION
CONFIRMED

LEGAL MAIL...

LEGAL MAIL   INDIANAPOLIS IN 460

19 MAR 2013 PM 4 L

Judge Walter Smith
United States District Court
for the Western District of
Texas.
800 Franklin Avenue
Waco, Texas 76701

78701193476