No. 13-70025     USA V. Sherman Fields

USDC No. 6:09-CV-9

USDC No. 6:01-CR-164-1



U.S. COURT OF APPEALS
RECEIVED
NOV 12 2013
FIFTH CIRCUIT

To the Clerk of said Court.....

Today. 11/6/13 I received A notice from the Court informing me that my motion to bar the named and unnamed Conspirators from having any contact with each other have been forwarded to my Attorney and the Courts will take no action on it because "Only my Attorney can file motions or other documents on my behalf". You didn't mention the Freestanding Actual Innocence Brief, accompanying Appendix, Motion to Seal and Brady Motion that I also filed. In Addition my Attorney didn't inform me that you forwarded Anything to him. I emailed him And Asked him if you'd received my filings And he told me that you received it, but will not Address it until they file "Along with it" in two weeks. But this is where I'm At: For years I've sat here An innocent man on Death Row due to a government conspiracy allowing my "lawyers" to expose this conspiracy and get me the relief I deserve to no Avail. What my "lawyers" file or don't file is the difference between exposing this conspiracy And me living or death. If you're telling me that I don't have the right to file on my own behalf because I have a lawyer then it's a no brainer for me,

I'll proceed Pro Se without the lawyers, letting my filings stand alone. I know the evidence, when presented right not only proves my innocence, but proves the government conspiracy as well. I filed my Motions and Brief before the Deadline, along with my Pro Se Motion and I didn't give my consent for you to forward it to the Attorney, "if that means that you won't Allow it to Stand", and I humbly and respectfully ask this Court to accept my Brief and Motions in addition to what the Attorney choose to file. or if that won't be Allowed then I respectfully relieve the Attorney(s) of their duty and I'll proceed Pro Se with what I've filed.

Respectfully

Sherman L. Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
47808