# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 13-70025
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

SHERMAN LAMONT FIELDS,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

Before KING, JONES, and SMITH, Circuit Judges.

PER CURIAM:

A member of this panel previously denied appellant's motion for leave to proceed pro se. The panel has considered appellant's motion for reconsideration. IT IS ORDERED that the motion is DENIED.