UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
)
Petitioner, )
)
v. ) No. 2:16-cv-00418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

**Entry for Conference of May 30, 2017**

A telephonic conference was conducted on May 30, 2017. The petitioner participated in person and his counsel of record also participated. As previously determined, the conference was *ex parte* and *in camera.* The court reporter was Jean Knepley.

The question of the petitioner's representation was discussed. Having considered such matter, and being duly advised, the Court rules as follows:

1. The representation of counsel of record for the petitioner shall **continue.**

2. The petitioner's request that his desire to have the opportunity to submit a pro se supplemental brief dkt [15] is **granted in part**. The petitioner may submit his response, through counsel, who will attach it to the brief submitted by counsel. The Rule 11 consequences of such submission lie with the petitioner himself, not with his attorneys. The petitioner shall not file material directly with the Court and material received directly from the petitioner, if submitted, shall be returned unfiled.

3. While the Court will allow this hybrid briefing approach, counsel's brief may augment, but not contradict, any argument made by petitioner.

4. The petitioner shall have **through July 20, 2017** in which to submit the combined reply to the respondent's answer to the amended petition for writ of habeas corpus, mislabeled in docket item 21 as answer to amended complaint.

IT IS SO ORDERED.

Date: 5/31/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Jennifer Freel
UNITED STATES ATTORNEY'S OFFICE
jennifer.freel@usdoj.gov