To the Court:

This letter is in regards to case No. 2:16-cv-00418-JMS-MJD. I filed the above mentioned case Pro Se. At or about 4/17/17 I received a letter from a Mr. James Wood from the Indianapolis U.S. Attorney's office informing me that he would be representing the government in this case. And it was in that letter that I found out for the first time that on 4/4/17 Attorney's Jeffrey Ellis and Peter Isijiw had filed to appear as counsel for me and to amend my petition.

I immediately wrote the Court and Mr. Wood informing both that I had talked to the Attorney's about adding a " Johnson Issue " but that I would remain Pro Se in case No. 2:16-cv-00418-JMS-MJD.

I have yet to receive the " Johnson Issue " that the Attorney supposedly filed and I've asked them on three different occasions to send it to me. I was told, " I sent it..."; Then: " I'll send it again..."; Then: " If you don't get it by Friday 5/26/17 I'll send it again with a tracking slip..."

It's 5/27/17 and I still haven't received it. In the letter from Mr. Wood he informed me that the amended petition was due /4/28/17 and then he (Mr. Wood) would have 30 days thereafter to respond, which would make the governments petition due tomorrow on Sunday, 5/28/17. There is no way they can get the petition to me on a Sunday, and I still have no ideal what my attorney's filed.

Once again, my Attorney's didn't have permission to alter or tamper with my petition in any way, with the exception of adding a " Johnson Issue ", and I'm alarmed that they keep making excuses for why I haven't received said " Johnson Issue ".

My attorney's came to me and informed me that they've been in contact with a Ms. Jennifer Freel, an Assistant U.S. Attorney from Austin, Texas. First I was told that Ms. Freel offered to give me a Life sentence if I dropped two of my issues: " The Death Penalty is Illegal and Unconstitution and The Antiterrorism and Effective Death Penalty Act is Illegal and Unconstitutional." I rejected that offer.

Then my attorney's came back and said that Ms. Freel would give me a Life sentence if I dismiss the " Johnson issue ". I said that I would do that only if I can proceed with my Habeas Petition and all issues currently in the Habeas Petition.

Then this Tuesday, 5/23/17 I was told that Ms. Freel said that she would give me Life if I dropped my entire petition. I refused. I'm innocent, Ms. Freel have checked the evidence in my petition by now and

she too know that I'm innocent, and when you're innocent Life is no better than Death. The only right, Just and Constitutional thing to do is admit that the police and prosecutors down in Waco, Texas framed me and let me go home to my family. I've been incarcerated sixteen years for something that they know I didn't do, and have known all along that I didn't do. This is what's wrong with the Justice system and why the Death penalty is illegal and Unconstitutional, because prosecutors have this perverse need to defend their colleagues at all cost, even at the expense of an innocent man's Life, even when they know that what their colleagues did to put me here was/is illegal and Unconstitutional.

Your Honor, I want the government to do the right thing; I want them to admit that I was framed and I'm innocent, dismiss the charge(s) against me and let me go home. Also I want the government to inform the Waco PD, the McLennan County Sheriff Department, ATF Agent Douglas Kunze and U.S. Marshal Mcnamara that if they murder me they will be prosecuted for Premeditated murder. ( Pre trial  they would all stand outside my cell calling me " The Green Mile  " and saying that if I "beat" the case they were going to shoot me and say that they thought my cell phone was a gun.) If the government isn't going to do that then I wish for my Petition to proceed as filed with me retaining my Pro Se status  and I pray that the Court will do the right thing.

Sincerely/Respectfully

Sherman lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                    47808

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2017, a true and correct copy of the foregoing instrument was mailed to the following participants:


JENNIFER S. FREEL
Special Assistant United States Attorney
Southern District of Indiana
(Western District of Texas)
816 Congress Avenue, Suite 1000
Austin, Texas 78701


JAMES R. WOOD
Chief, Appeals Division
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204


Sincerely/Respectfully

Sherman Lamont Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
                    47808