Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, IN
47808

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

30 MAY 2014 PM 11

Legal Mail

**RECEIVED**

MAY 3 1 2011

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

The office of the
Clerk of the U.S. Distr Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

46204-199999