UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN FIELDS, )
)
Petitioner, )
)
v. ) No. 2:16-cv-00418-JMS-MJD
)
WARDEN, USP TERRE HAUTE, )
)
Respondent. )

**ENTRY AND NOTICE**

Consistent with the Entry of May 31, 2017, issued following the conference of May 30, 2017, Mr. Fields' *pro se* filing of May 31, 2017 is **stricken** and shall be returned to his counsel of record with a copy of this Entry.

IT IS SO ORDERED.

Date: 6/8/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Jennifer Freel
UNITED STATES ATTORNEY'S OFFICE
jennifer.freel@usdoj.gov