UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,              )
                                   )
                Petitioner,        )
                                   )
        v.                         )        No. 2:16-cv-00418-JMS-MJD
                                   )
WARDEN, USP TERRE HAUTE,            )
                Respondent.        )
                                   )

**Entry Discussing *Pro Se* Submission**

The Court received a *pro se* submission directly from the petitioner in this action even though he is represented by counsel. The Court previously stated that "[t]he petitioner shall not file material directly with the Court and material received directly from the petitioner, if submitted, shall be returned unfiled." Filing No. 22 at 2. Accordingly, the clerk is **directed** to return the petitioner's submission to him unfiled.

**IT IS SO ORDERED.**

Date: 7/20/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

SHERMAN LAMONT FIELDS
15651-180
USP TERRE HAUTE
U.S. PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN 47808

Electronically Registered Counsel