| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JMS-MJD |
| | ) | |
| WARDEN USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Directing Briefing Schedule**

Presently before the Court is the petitioner's Motion for Immediate Release. The respondent have **through September 8, 2017**, in which to file a response brief. The petitioner shall have **through September 15, 2017**, in which to file a reply brief.

**IT IS SO ORDERED.**

Date: 8/25/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

Jennifer Freel
UNITED STATES ATTORNEY'S OFFICE
jennifer.freel@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov