To the Court: In Re: Case No. 2:16-cv-00418-JMS-MJD

This Court have entered an Order that I have to accept Attorney(s) whose position
appears to be decidedly different from my own, and for that reason and the reason(s)
given during a phone conference between the Judge, myself and Attorney Jeff Ellis.
Fields again asks this Court to allow Fields to remain Pro Se and be allowed to
file directly to the Court.

In the Governments opposition brief to Counsels Motion for Immediate Relief, the
governments counsel, on page 6 of Document 29 falsely claim that " Fields' motion
for immediate relief in no way suggests he is innocent." However, as stated, that is
blatantly false. In Fields' Pro Se original 2241 (Pending under the same case
number) Fields' issues are; (1) Fields was unconstitutionally denied his right to file
a Pro Se brief and Motions; (2) The safeguards put in place in Gregg v. Georgia, 428
U.S. 153, 49 L.Ed. 2d 859, 96 S.Ct. 2909 and its progency failed to protect Fields
from Judicial Bias; (3) The 5th Circuits failure to accept Fields' timely Pro Se brief
allowed the prosecutions violation of Brady v. Maryland to go unadjudicated; And the
safeguards in Gregg and its progency failed to protect Fields from these illegal and
Unconstitutional action.

In the governments response to Fields' 2241 the government claimed that there were
no pictures and it was just conjecture on Fields' part, although their own forensics
report states that the pictures are indeed on file; effectively proving (a) The violaton
of Brady is indeed meritorious; (b) The Courts refusal in the Western District of Texas
and the 5th Circuit Court of appeals proves that Fields' Judicial Bias claims are
meritorious; and (c) It proves that the safeguards in Gregg and its progency cannot
protect against intentional and deliberate human error and thus the Death Penalty is
Illegal and Unconstitutionakl; (4) Fields is Actually Innocent; (5) The safeguards in
Gregg and its progency failed to protect Fields from criminal act(s) perpetrated
against him by the government; (6) The safeguards in Gregg and its progency failed to
protect Fields from Fraud On the Court; And what the government fails to recognize is
that a Fraud On the Court can be brought at anytime if the Fraud can be proven.
See Fields' original 2241.

(7) The safeguards in Gregg and its progency failed to protect Fields from a convict-
ion and death sentence influenced by passion, prejudice and/or other arbitrary
factors; (8). The Antiterrorism and Effective Death penalty Act is Illegal and
Unconstitutional; (9) The Death penalty is Illegal and Unconstitutional.

Thus the pending petition lays out in great detail Fields' Actual Innocence
and the governments path to frame Fields for the crime(s) of conviction. Furthermore
Fields also layed out undeniable evidence of his innocence in regards to the

alleged carjacking that the government claim is a stumbling block for Fields. (i.e)
The alleged carjacking victim Mrs. Tammy Edwards first said that she didn't know who
the black male was who supposedly took her car. Then two years later she said that
she "recognized Fields" as soon as she saw him. Also two years after the fact she said
" Oh, he shot at me too." There were fingerprints found in the alleged carjacking
vehicle, those prints were checked against Fields' prints and they didn't match.  Yet
the jury or no Court have ever heard that because  the government defrauded the Courts
claiming " there was no fingerprints or nothing, the car was clean."
It's obvious here that the government have no respect for the rule of law and/or their
duty of honesty to the Court(s). Instead of admitting that they withheld evidence
and  framed Fields for the crime(s) of conviction they continue on their path of
deception. Their intent to defraud this Court, just as they've done in previous Courts
throughout this process should leave this Court no doubt that this Court should hand
down a very strong  opinion in favor of Fields in order to deter any further illegal
conduct. Fields deserves the ultimate relief and the evidence supports that. The
government attorney(s) criminal act(s) pre trial, at trial, on appeal and their
attempt to keep this case on track in lew of their criminal violations coupled with
a bias trial Judge and a bias appelate Judge not only proves that Fields deserves
the ultimate relief, it also proves that the Antiterrorism and Effective Death Penalty
Act and the Death penalty is Illegal and Unconstitutional.
Furthermore, if this Court do indeed grant Fields the relief requested then the
decision in Sessions v. Dimaya, No. 15-1498 is irrelevant to Fields' case.

Respectfully Submitted

Sherman Lamont Fields
#15651-180
USP Terre haute
P.O. Box 33
Terre Haute, Indiana 47808

I hereby certify that on the 5th day of Sept. 2017 a true and correct copy of
this document was sent to:

Jennifer S. Freel
Special Assistant Attorney United States
Attorney Southern District of Indiana
816 Congress Ave, Suite 1000
Austin, Texas 78701

Josh J. Minkler
United States Attorney
10 W. Market St. Suite 2100
Indianapolis, IN 46204-3048