Sherman Fields
#15651-180
USP Terre Haute
P.O. Box 33
Terre Haute, Ind 47808

INMATE
IDENTIFICATION
CONFIRMED

LEGAL MAIL

RECEIVED

SEP 08 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

The office of the Clerk
of the U.S. District Court
105 U.S. COURTHOUSE
46 EAST OHIO STREET
Indianapolis, Ind 46204

INDIANAPOLIS IN 460

05 SEP 2017 PM 5 L

462041999 C009