UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JMS-MJD |
| | ) | |
| WARDEN USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Notice**

Consistent with the Entry of May 31, 2017, issued following the conference of May 30, 2017, Mr. Fields's pro se filing of September 8, 2017, dkt. [30], is **stricken** and shall be returned to his counsel of record with a copy of this Entry. The clerk is **directed** to terminate this filing as a pending motion on the docket.

**IT IS SO ORDERED.**

Date: 9/15/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

Jennifer Freel
UNITED STATES ATTORNEY'S OFFICE
jennifer.freel@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov