Reported Date: 11/08/01  Time: 15:15          Case: 01-074130 (004)   Page: 1
Code: 58.0000 NO          Crime: INFO ONLY     Class: 580000
Occurrence Date: 11/08/01-        Day: THURSDAY -            Time: 15:15-
Status: CL  CLOSED           Closing Officer: 000740 SPECIAL CRIME
Location: 1034 DELANO, WA                                   RD:   104
         ESTELLA MAXEY APT. COMPLEX

============================= NARRATIVE =============================================

On 11/14/01 I was contacted by ID TECH SANDERS. He told me a car driven by Sheriff's Department being a RED PONTIAC GRAND AM 2 DR bearing TX LP# FO2KRT was brought down to the laser lab to be processed. I was told DET. JANUARY was handling a missing person case in which he suspected foul play. A request was made to attempt to find blood inside the vehicle.

On first examining the vehicle, the crime scope was used at setting 475. Both the trunk area and the inside of the vehicle were viewed through the crime scope. Some dull staining could be seen on the back left floor board behind the driver's seat. I tested this one stain with TMB solution and I did not get an immediate reaction indicating this was blood. However, this piece of carpet will be taken and placed as evidence.

After viewing the entire inside of the vehicle for possible blood stains, it was then fingerprinted. A total of 15 print cards were obtained. Print cards numbered 1 through 11 will be given to JOANN GUERCIO in fingerprints to view these prints and see if any of them are of AFIS quality or can be matched to the suspect. Prints #12 through 15 will be attached to the laser request form. These prints show very little ridge detail that I could f.. that could be used to make an identification.

A trace lift was done of the front passenger's seat, the driver's seat and the rear seat. Also, a vacuum was done of all the floor mats and also the trunk carpet was taken for possible trace evidence. The following items that will be placed in the property room will be:
        ONE PIECE OF CARPET FROM THE BACK LEFT FLOOR BOARD
        THREE TRACE LIFTS
        ONE VACUUM CANISTER WITH TRACE EVIDENCE FIBER
        ONE SACK CONTAINING CARPET FROM THE TRUNK AREA OF THIS PONTIAC

35 mm photographs were taken of the outside and the inside of the vehicle. This 35 mm film will also be turned in to the photo lab for processing if needed at a later date.

============================================================================
 A C O   Police Department                              First Page
============================================================================
Reporting Officer: BLAIR J        Number: 000179  Date: 11/15/01  Time: 09:00
        Typed by: BROUSSARD       Number: 384      Date: 11/16/01  Time: 16:25
Approving Officer: BROUSSARD      Number: 000384  Date: 11/16/01  Time: 16:35

```
==========================================================================
                    W A C O   POLICE   DEPARTMENT
                        WACO, TEXAS                          SUPPLEMENT
                                                             Report
```

Reported Date: 11/08/01   Time: 15:15              Case: 01-074130 (002)   Page: 1
Code: 580000 NO            Crime: INFO ONLY         Class: 580000
Occurrence Date: 11/08/01-                 Day: THURSDAY -               Time: 15:15-
Status: CL  CLOSED                    Closing Officer: 000740 SPECIAL CRIME
Location: 1034 DELANO, WA                                        RD:   104
          ESTELLA MAXEY APT. COMPLEX

```
======================== NARRATIVE =====================================
```

On 11-15-01 I received eleven latent fingerprint cards from Laser lab
Detective Blair. On these cards there are twelve latent lifts. I find
sufficient quality of print for AFIS submission. Prints are of very good
eye comparison quality.  Fingerprints remain on file in the AFIS Lab
until needed.

rting Officer: GUERCIO        Number: 000361   Date: 11/16/01   Time: 10:45
    Typed by: GUERCIO         Number: 361      Date: 11/16/01   Time: 10:43
ving Officer: MCELYEA M       Number: 000387   Date: 11/17/01   Time: 14:49

W A C O   P O L I C E   D E P A R T M E N T
WACO, TEXAS
SUPPLEMENT
Report

Reported Date: 11/08/01   Time: 15:15          Case: 01-074130 (005)   Page: 1
Code: 580000 NO          Crime: INFO ONLY       Class: 580000
Occurrence Date: 11/08/01              Day: THURSDAY          Time: 15:15
Status: CL  CLOSED                  Closing Officer: 000740 SPECIAL CRIME
Location: 1034 DELANO, WA
         ESTELLA MAXEY APT. COMPLEX                         RD:   104

================= NARRATIVE ================================================

On 11-15-01 after moving this red PONTIAC 2DR and releasing it to MCLENNAN
COUNTY SO, it was found that a large amount of dirt had fallen from inside
the fender wells of this PONTIAC, bearing TX. plate F02KRT. A dirt sample
was taken and will be placed in the property room, along with the other
evidence.

W A C O    Police Department

                                                              First Page

Reporting Officer: BLAIR J           Number: 000179  Date: 11/15/01  Time: 11:00
        Typed by: MAUER             Number: 365      Date: 11/16/01  Time: 16:43
Approving Officer: MAUER            Number: 000365   Date: 11/16/01  Time: 16:45