A. Same -- same thing, fingerprinted, trace lifters, vacuuming.

Q. And had it vacuumed and everything, correct?

A. I believe they vacuumed it. Yes.

Q. And when you say vacuumed it, you're looking for trace evidence, correct?

A. Yes.

Q. Hairs, fibers, anything you can find?

A. Yes.

Q. And the results of that was this thing was clean, correct?

A. That is correct.

Q. Now, did you obtain a set of keys that were in evidence at the Waco Police Department?

A. Yes. I did.

Q. And these keys were -- the keys had been found in the apartment on Ruby; is that correct?

A. Yes. It is.

Q. And what did you do with these keys after you removed them from evidence?

A. This particular car had -- I took the keys out of the property room is what I did.

Q. Okay.

A. It had an electronic chip in the key itself and -- which indicated it would only start one specific ignition. And