==================================================================
Reported Date: 11/15/01   Time: 07:35        Case: 01-075644 (003)PAGE: 1 of 2
Code: 29.03 1F PC       Crime: AGG ROBBERY   Class: 030110
Occurrence Date: 11/15/01-         Day: THURSDAY -          Time: 07:30-07:35
Status: AC  ACTIVE INVES           Closing Officer: 000201 JANUARY S
Location: 3000 HERRING, WA                                 RD:   335
          PARKING LOT
=========================== NARRATIVE ==============================

On 11/28/01 on coming to work, I found inside the Waco PD Laser Lab at 721 N. 4TH was a GRAY CHEVROLET LUMINA, 4DR, with TX tags D95MFG. I contacted ID TECH SANDERS, who put the vehicle in the lab and he told me DET. JANUARY found this vehicle which was used in an AGGRAVATED ROBBERY and requested printing of the vehicle to see if any prints could be found. On processing the outside of the vehicle, found a lot of water marks, some smudging, no good ridge detail on the inside. On dusting the inside of the trunk area, I found a set of plates that were F84KRK. On running the 28 on these plates, it came back to this 1999 CHEVROLET LUMINA. The plates that were on this vehicle were one rear plate being D95MFG. This also comes back to a 1999 CHEVROLET, but not with the same VIN# of this LUMINA. This one plate that did not belong to the vehicle was removed and printed. Results will be further in this report. The two plates that were found in the trunk area that belonged to this vehicle; one was put on the back and the other one was left in the sack in the trunk area. Also, there was a FORD key with a remote key ring on it. This will also be taken and placed in the property room as evidence. The inside of the vehicle, the windows and the mirrors were fingerprinted with the following results:

CARD # 1 - PRINTS FROM THE INSIDE DRIVER'S SIDE WINDOW

CARD # 2 - PRINTS FROM THE INSIDE DRIVER'S WINDOW, AFIS QUALITY

CARD # 3 - INSIDE BACK RIGHT PASSENGER WINDOW. APPEARS TO BE A PARTIAL
           PALM

CARD # 4 - AFIS QUALITY PRINTS FROM THE INSIDE DRIVER'S WINDOW

CARD # 5 - PRINT OVER PRINTS FROM INSIDE DRIVER'S WINDOW

CARD # 6 - PRINT OVER PRINTS. SOME OF THESE DO SHOW GOOD RIDGE DETAIL FROM
           THE INSIDE DRIVER'S WINDOW

CARD # 7 - VERY LIGHT PRINTING FROM THE INSIDE DRIVER'S WINDOW

CASRD # 8 - PRINT OVER PRINTS, SOME RIDGE DETAIL FROM THE INSIDE BACK
            PASSENGER WINDOW BEHIND DRIVER'S SEAT

CARD # 9 - TWO SMUDGE PRINTS FROM INSIDE BACK LEFT PASSENGER WINDOW BEHIND
           DRIVER

CARD #10 - LIGHT PRINTING AND SMUDGING FROM INSIDE BACK LEFT WINDOW

CARD #11 - PARTIAL PRINT FROM BACK OF LP# D95MFG

```
======================================================================================
              W A C O   POLICE  DEPARTMENT                    | Continuation
                        WACO, TEXAS                           | Page
======================================================================================
```
Reported Date: 11/15/01  Time: 07:35        Case: 01-075644 (003)PAGE: 2 of 2
Code: 29.03 1F PC          Crime: AGG ROBBERY    Class: 030110

CARD #12 - PARTIAL PRINT FROM BACK OF LP # D95MFG

The other plates that belong to the vehicle also printed, F84KRK; however, only smudging could be detected and no prints were located. The LP D95MFG will be placed in the property room along with the FORD KEY and the 12 print cards will be given to JOANN in fingerprints.

I notified DET. JANUARY, who was going to contact the owner of this 1999 CHEVROLET LUMINA nad have them come retrieve their vehicle from the laser lab.

```
======================================================================================
W A C O    Police Department                    .               Continuation Page
======================================================================================
```
Reporting Officer: BLAIR J        Number: 000179   Date: 11/29/01   Time: 12:30
        Typed by: BROUSSARD       Number: 384      Date: 11/29/01   Time: 13:11
Approving Officer: BROUSSARD      Number: 000384   Date: 11/29/01   Time: 13:22

=========================================================================
                W A C O   POLICE   DEPARTMENT            | SUPPLEMENT
                        WACO, TEXAS                      | Report
=========================================================================

Reported Date: 11/15/01  Time: 07:35        Case: 01-075644 (006)PAGE: 1 of 1
Code: 29.03 1F PC       Crime: AGG ROBBERY   Class: 030110
Occurrence Date: 11/15/01-       Day: THURSDAY -          Time: 07:30-07:35
Status: AC  ACTIVE INVES      Closing Officer: 000201 JANUARY S
Location: 3000 HERRING, WA                     RD:   335
          PARKING LOT
======================= NARRATIVE =======================================

On 11-29-01 I received twelve latent fingerprint cards from Laser lab
Officer Blair. On these cards there are twelve latent lifts. I find
quality of print for AFIS submission. Prints are of good eye comparison
quality. Fingerprints will be entered in AFIS and remain on file in the
AFIS Lab until needed.

Reporting Officer: GUERCIO     Number: 000361  Date: 11/30/01  Time: 12:10
      Typed by: GUERCIO      Number: 361     Date: 11/30/01  Time: 12:02
Approving Officer: MCELYEA M   Number: 000387  Date: 12/03/01  Time: 08:17