SHERMAN FIELDS
#15651-180
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, INDIANA
47808

SPECIAL MAIL...
28 C.F.R 3 540.18

INMATE
IDENTIFICATION
CONFIRMED

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT CO
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA
46204



USPS TRACKING #

9114 9014 9645 0604 8802 07

Label 400 Jan. 2013
7690-16-000-7948

RECEIVED

OCT 25 2017