# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:16-cv-00418-JMS-MJD |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Please take note that Assistant United States Attorney Jennifer Freel, undersigned counsel, will depart from the United State's Attorney's Office today, November 2, 2017. Accordingly, effective immediately, she will no longer appear in this matter. AUSA Bob Wood will remain as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By     s/ Jennifer S. Freel
Jennifer S. Freel
Special Assistant United States Attorney
Southern District of Indiana
816 Congress Avenue, Suite 1000
Austin, TX 78701
Tel: 512/916-5858
Email: jennifer.freel@usdoj.gov
Texas State Bar No. 24051327

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of November 2017, a true and correct copy of the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

Jeffrey E. Ellis
Oregon Capital Resource Center
621 SW Morrison St.
Suite 1025
Portland, OR 97205
(206) 218-7076
Email: jeffreyerwinellis@gmail.com

Peter J. Isajiw
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212 556-2235
Fax: 212-556-2222
Email: pisajiw@kslaw.com


In addition, I certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly address to the following:


Sherman Lamont Fields
Reg. No. 15651-180
Terre Haute U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

 s/ Jennifer S. Freel
JENNIFER S. FREEL
Special Assistant United States Attorney
