The Hon. Jane Magnus-Stinson

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE

| | |
|---|---|
| SHERMAN FIELDS,<br><br>              Petitioner,<br><br>v.<br><br>WARDEN, USP TERRE HAUTE,<br><br>              Respondent. | NO. 2:16-cv-00418-JMS-MJD<br><br>MOTION FOR APPOINTMENT<br>OF COUNSEL |

Petitioner, Sherman Fields, a federal prisoner who is under a death sentence and is incarcerated at USP Terre Haute, seeks appointment of undersigned counsel to represent him in the above-entitled matter. Mr. Fileds is indigent. He has been found indigent in every proceeding related to this matter, beginning at the trial stage and continuing through appeal and post-conviction relief. Mr. Ellis, along with Peter Isawji (who represents Fields on a pro bono basis) has continuously represented Mr. Fields since his appointment as 2255 counsel nearly a decade a go. As a result, Mr. Ellis is familiar with the record in this case and is willing to accept a CJA appointment in this case. Undersigned counsel has contacted the local federal defender who indicate they are unable to accept an appointment on this case.

Fields seeks appointment of counsel pursuant to 18 U.S.C. § 3599, which mandates the appointment of counsel for all federal prisoners seeking post-conviction relief. While that provision does not reference section 2241 relief, 18 U.S.C. §

3006(a)(2)(B) expressly allow for the appointment of counsel at any stage of the proceedings.

As a result, this Court should authorize the appointment of Mr. Ellis to represent Mr. Fields in this proceeding.

DATED this 13th day of December 2017.

/s/Jeffrey E. Ellis
Jeffrey E. Ellis, WSBA #17139
*Attorney for Mr. Fields*
Law Offices of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com

## CERTIFICATE OF SERVICE

I, Jeffrey Ellis, certify that on today's date, I served Respondent with a copy of the attached motion by filing it electronically causing a copy to be sent to:

bob.wood@usdoj.gov

December 13, 2017//Portland, OR          /s/Jeffrey Ellis
Date and Place                            Jeffrey Ellis