# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE

| | | |
|---|---|---|
| SHERMAN L. FIELDS, | ) | NO. 2:16-cv-00418-JMS-MJD |
| Petitioner, | ) | ORDER AUTHORIZING |
| | ) | APPOINTMENT OF |
| v. | ) | COUNSEL |
| | ) | |
| WARDEN, USP Terre Haute | ) | |
| Respondent. | ) | |

## ORDER APPOINTING COUNSEL UNDER CJA

It is hereby ordered that Jeffrey Ellis of the Law Office of Alsept & Ellis, LLC is appointed as counsel for Petitioner, Sherman L. Fields, in the above-entitled matter. Payment is authorized pursuant to the CJA plan. It is counsel's responsibility to provide necessary documents to the Court's finance department in order establish a local account in Evoucher.

Date: 12/21/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov


Finance Department