UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,　　　　　§
　　　Petitioner,　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　v.　　　　　　　　　　　　　　　　　§　　　No. 2:16-CV-418-JMS-MJD
　　　　　　　　　　　　　　　　　　　§
WARDEN, USP TERRE HAUTE,　　　　　§
　　　Respondent.　　　　　　　　　　　§

## NOTICE OF APPEARANCE

Special Assistant United States Attorney Zachary C. Richter will appear as co-counsel for Respondent in this case. Please send copies of all pleadings and court papers to him at the address below, as well as to current counsel for Respondent, Assistant United States Attorney James Robert Wood.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:　*s/ Zachary C. Richter*
　　　ZACHARY C. RICHTER
　　　Special Assistant United States Attorney
　　　816 Congress Avenue, Suite 1000
　　　Austin, Texas 78701
　　　(512) 916-5858 (phone)
　　　(512) 916-5854 (fax)
　　　Zachary.C.Richter@usdoj.gov

*Attorneys for Respondent*

**Certificate of Service**

       I certify that on December 21, 2017, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

> Jeffrey E. Ellis
> jeffreyerwinellis@gmail.com
>
> Peter J. Isajiw
> pisajiw@kslaw.com
>
> *Attorneys for Petitioner*

and mailed this document by United States Postal Service to:

> Sherman Lamont Fields
> Reg. No. 15651-180
> U.S. Penitentiary Terre Haute
> P.O. Box 33
> Terre Haute, Indiana 47808.

>  *s/ Zachary C. Richter*
> ZACHARY C. RICHTER
> Special Assistant United States Attorney

Notice of Appearance - Richter                                           2