The Hon. Jane Magnus-Stinson

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE

| | |
|---|---|
| SHERMAN FIELDS,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN, USP TERRE HAUTE,<br><br>          Respondent. | NO. 2:16-cv-00418-JMS-MJD<br><br>MOTION TO EXTEND TIME<br>TO FILE PLEADING RE:<br>DECISION IN DIMAYA |

## MOTION TO EXTEND TIME

Petitioner, Sherman Fields brings this habeas action pursuant to 28 U.S.C. § 2241.  Mr. Fields challenges three convictions (Counts 3, 5, and 7) on vagueness grounds.  On August 24, 2017, Mr. Fields filed a motion for immediate relief regarding these three convictions, including the sole capital count, which are premised on 18 U.S.C. § 924(c)'s residual clause.  *Dkt* 27.

This Court postponed resolution of Fields' claim pending the outcome of *Sessions v. Dimaya*, __ U.S.__, 2018 WL 1800371 (April 17, 2018), directing Fields by no later than twenty-eight days after *Dimaya* is decided to "file a brief regarding how the Supreme Court's decision in *Dimaya* impacts the issue in this case.  *Dkt* 33.

MOET--1

*Dimaya* was decided on April 17, 2018.  *Dimaya* applied *Johnson v. United States*, 576 U.S.__ (2015), and held that 18 U.S.C. § 16 was unconstitutionally vague.  While *Dimaya* was pending, the Supreme Court held numerous petitions for writ of certiorari challenging the constitutionality of Section 924(c).  In many of those cases, the parties are filing additional briefs discussing the impact of *Dimaya*.

Mr. Fields seeks an additional 30 days (until June 14, 2018) to file his brief regarding the impact of *Dimaya* on this case.  Respondent does not object.

DATED this 2nd day of May 2018.

/s/Jeffrey E. Ellis
Jeffrey E. Ellis, WSBA #17139
*Attorney for Mr. Fields*
Law Offices of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com

**CERTIFICATE OF SERVICE**

I, Jeffrey Ellis, certify that on today's date, I served Respondent with a copy of the attached motion by filing it electronically causing a copy to be sent to:

bob.wood@usdoj.gov;
zachary.c.richter@usdoj.gov

May 2, 2018//Portland, OR                    /s/Jeffrey Ellis
Date and Place                               Jeffrey Ellis

MOET--2