**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE**

| | |
|---|---|
| SHERMAN FIELDS,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN, USP TERRE HAUTE,<br><br>          Respondent. | NO. 2:16-cv-00418-JMS-MJD<br><br>ORDER EXTENDING TIME |

Petitioner, Sherman Fields is granted an extension of time until June 14, 2018, to file his brief regarding the impact of *Dimaya* on this case. Respondent has fourteen days after the petitioner's brief is filed to file a response.

DATED this ____day of May 2018.

_____
The Hon. Jane Magnus-Stinson