# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

SHERMAN FIELDS,

      Petitioner,

v.

WARDEN, USP TERRE HAUTE,

      Respondent.

NO. 2:16-cv-00418-JMS-MJD

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Petitioner, Sherman Fields is granted an extension of time until June 14, 2018, to file his brief regarding the impact of *Dimaya* on this case. Respondent has fourteen days after the petitioner's brief is filed to file a response [40].

Date: 5/3/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel via the court's CM/ECF system.