UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 2:16-CV-418-JMS-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
| Respondent. | § | |

## RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING

Respondent respectfully moves this Court to extend by 40 days, until August 6, 2018, the time to file a response to Petitioner Sherman Fields's supplemental briefing on the effect of the decision in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018).

1.     Fields has filed a petition for habeas corpus under 28 U.S.C. § 2241 attacking his multiple convictions under 18 U.S.C. § 924(c). Fields escaped from federal custody and committed a series of violent crimes, including murder. He was sentenced to death on one count of conviction and imprisonment on other counts.

2.     This Court directed the parties to file supplemental briefing on the effect of *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018). (*See* ECF No. 33.) Having received a 30-day extension of his 28-day period to file, Fields submitted his supplemental briefing on June 13, 2018. (*See* ECF Nos. 41, 42.) A response to this supplemental briefing is currently due June 27, 2018.

3.     Good cause supports extending the time to respond.

a.     Because this case involves a rapidly evolving area of the law and convictions for an extremely serious set of violent crimes resulting in the death of a young woman, careful consideration and coordination within the Department of Justice will be necessary.

b.    The Special Assistant United States Attorney assigned to this matter faces a pre-existing deadline to file an appellate brief and an oral argument in an expedited appeal in the next three weeks. In addition, the assigned Special Assistant United States Attorney will be away from the office for portions of July on travel arranged before Respondent's current deadline was set.

4.    Respondent does not seek this extension to delay but to allow sufficient time to prepare a full, complete, and appropriate response to assist this Court.

5.    Counsel for Respondent has conferred with Fields's attorney, and this motion is unopposed.

Therefore, Respondent respectfully moves this Court to extend by 40 days, until August 6, 2018, the time to file a response to Fields's supplemental briefing.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

*Attorneys for Respondent*

Respondent's Motion To Extend Time                                                    2

## Certificate of Service

I certify that on June 18, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

> Jeffrey E. Ellis
> jeffreyerwinellis@gmail.com
>
> Peter J. Isajiw
> pisajiw@kslaw.com
>
> *Attorneys for Petitioner.*

> *s/ Zachary C. Richter*
> ZACHARY C. RICHTER
> Special Assistant United States Attorney

Respondent's Motion To Extend Time                                    3