UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
|     Petitioner, | § | |
| | § | |
| | § | |
|     v. | § | No. 2:16-CV-418-JMS-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
|     Respondent. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, this Court grants Respondent an extension of time until August 6, 2018, to file a response to Petitioner Sherman Fields's supplemental briefing on the effect of the decision in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018).


Date: _____


_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

Electronically registered counsel via the Court's CM/ECF system.