UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | No. 2:16-CV-418-JMS-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
| Respondent. | § | |

**RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE SUPPLEMENTAL BRIEFING**

Respondent respectfully moves this Court to extend by 7 days, until August 13, 2018, the time to file a response to Petitioner Sherman Fields's supplemental briefing on the effect of the decision in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018).

1.    Fields has filed a petition for habeas corpus under 28 U.S.C. § 2241 attacking his multiple convictions under 18 U.S.C. § 924(c). Fields escaped from federal custody and committed a series of violent crimes, including murder. He was sentenced to death on one count of conviction and imprisonment on other counts.

2.    This Court directed the parties to file supplemental briefing on the effect of *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018). (*See* ECF No. 33.) Having received a 30-day extension of his 28-day period to file, Fields submitted his supplemental briefing on June 13, 2018. (*See* ECF Nos. 41, 42.) A response to this supplemental briefing is currently due, after one extension, on August 6, 2018. (*See* ECF No. 44.)

3.    Good cause supports extending the time to respond.

a.    Attorneys for the parties are scheduled to meet on August 2, 2018, to discuss this case. The additional week requested will allow the parties to submit, and this Court to consider, any joint requests that may arise from those discussions before further briefing occurs.

b.   Because of the complexity of the issues involved, which have spawned ongoing briefing in multiple circuit courts of appeal, one additional week will be necessary to complete the government's supplemental briefing.

4.   Respondent does not seek this extension to delay but to allow sufficient time to prepare a full, complete, and appropriate response to assist this Court.

5.   Counsel for Respondent has conferred with Fields's attorney, and this motion is unopposed.

Therefore, Respondent respectfully moves this Court to extend by 7 days, until August 13, 2018, the time to file a response to Fields's supplemental briefing.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

*Attorneys for Respondent*

Respondent's Motion To Extend Time                                         2

**Certificate of Service**

I certify that on July 27, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

Jeffrey E. Ellis
jeffreyerwinellis@gmail.com

Peter J. Isajiw
pisajiw@kslaw.com

*Attorneys for Petitioner.*


 *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney