UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,                    §
    Petitioner,                       §
                                      §
    v.                                §          No. 2:16-CV-418-JMS-MJD
                                      §
WARDEN, USP TERRE HAUTE,                   §
    Respondent.                       §

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This Court grants Respondent's motion for an extension of time, dkt. [48], until August 13, 2018, to file a response to Petitioner Sherman Fields's supplemental briefing on the effect of the decision in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018).

Date: 8/2/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel via the Court's CM/ECF system.