UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 2:16-CV-418-JMS-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
| Respondent. | § | |

## RESPONDENT'S NOTICE OF MANUAL FILING

At the direction of the Clerk of Court, Respondent has submitted for manual filing the attachment to Respondent's Supplemental Brief on *Sessions v. Dimaya*, a DVD containing transcripts from the criminal trial in *United States v. Sherman Lamont Fields*, No. W-01-CR-164 (W.D. Tex.). Names that appear to be those of minor children have been redacted after the initial letter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

*Attorneys for Respondent*

**Certificate of Service**

I certify that on August 13, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to the following attorneys by electronic mail, and directed that a copy of the manually filed be sent to the following attorneys by Federal Express.

Jeffrey E. Ellis
Oregon Capital Resource Center
621 Southwest Morrison Street, Suite 1025
Portland, Oregon  97205
jeffreyerwinellis@gmail.com

Peter J. Isajiw
King & Spalding LLP
1185 Avenue of the Americas
New York, New York  10036
pisajiw@kslaw.com

*Attorneys for Petitioner*

 *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney

Respondent's Notice of Manual Filing                                                              2