The Hon. Jane Magnus-Stinson

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE

| | |
|---|---|
| SHERMAN FIELDS, <br><br>            Petitioner, <br><br> v. <br><br> WARDEN, USP TERRE HAUTE, <br><br>            Respondent. | NO. 2:16-cv-00418-JMS-MJD <br><br> UNOPPOSED MOTION FOR STAY PENDING SETTLEMENT DISCUSSIONS |

## UNOPPOSED MOTION FOR STAY

Sherman Fields, Petitioner, moves this Court for an order staying these proceedings to allow the parties to attempt to reach an agreed resolution. Respondent does not oppose this motion.

To briefly explain, over the last several weeks the parties have been discussing a possible settlement. Counsel for both parties met in person on August 2, 2018. While no agreement has been reached, both parties are working on the details of a possible resolution.

Mr. Fields seeks a brief stay of proceedings to enable those discussions to continue. If this Court grants a stay, Mr. Fields is willing to file a report

every 30 days regarding the status of those negotiations, although both parties are committed to moving these discussions forward as expeditiously as possible.

If either party believes an agreed settlement cannot be reached, that party shall notify this Court promptly so that the stay can be dissolved. The parties agree that the issuance of a stay will not support a request for any change in Petitioner Fields's current Bureau of Prisons designation or institutional setting.

DATED this 15th day of August 2018

Respectfully Submitted:

/s/Jeffrey E. Ellis
JEFFREY E. ELLIS
LAW OFFICE OF ALSEPT & ELLIS
621 SW Morrison St., Ste 1025
Portland, OR 97205


PETER J. ISAJIW
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

*Attorneys for Mr. Fields*