**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE**

SHERMAN FIELDS,

          Petitioner,

v.

WARDEN, USP TERRE HAUTE,

          Respondent.

NO. 2:16-cv-00418-JMS-MJD

ORDER STAYING PROCEEDINGS

## ORDER STAYING PROCEEDINGS

This Court orders a stay of these proceedings to allow the parties to attempt to reach an agreed resolution.  Mr. Fields shall file a report every 30 days regarding the status of negotiations. If either party reports that an agreed settlement cannot be reached, this Court shall dissolve the stay.

DATED this ____ day of August 2018

_____
The Hon. Jane Magnus-Stinson