

Sherman Lamont Fields, Petitioner v. Warden, USP Terre Haute, Respondent No. 2:16-CV-418-JMS-MJD

Attachment to Respondent's Supplemental Brief on Sessions v. Dimaya: Trial Transcripts from United States v. Fields, No. W-01-CR-164 (W.D. Tex.)