



ORIGIN ID:AUSA        (512) 916-5858
ANNA RODGERS
DEPT OF JUSTICE/EOUSA
816 CONGRESS AVENUE

AUSTIN, TX 78701
UNITED STATES US

SHIP DATE: 13AUG18
ACTWGT: 0.30 LB
CAD: 100066088/INET4040

BILL SENDER

TO   **CLERK'S OFFICE**
**US DISTRICT COURT**
**46 EAST OHIO STREET**
**BIRCH BAYH FEDERAL BUILDING & U.S.**
**INDIANAPOLIS IN 46204**
(317) 229-3700              REF: FIELDS
INV:
PO:                                    DEPT:

**FedEx**
Express



**TUE - 14 AUG 3:00P**
**STANDARD OVERNIGHT**

TRK#
0201   **7729 4889 5503**

**XH GSHA**          IN-US   **46204**
                             **IND**

FedEx Ship Manager - Print Your Label(s)

FedEx carbon-neutral
envelope shipping

8/10/2018