# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE

SHERMAN FIELDS,

          Petitioner,

v.

WARDEN, USP TERRE HAUTE,

          Respondent.

NO. 2:16-cv-00418-JMS-MJD

ORDER STAYING PROCEEDINGS

## ORDER STAYING PROCEEDINGS

This Court orders a stay of these proceedings to allow the parties to attempt to reach an agreed resolution [52]. Mr. Fields shall file a report every 30 days regarding the status of negotiations. If either party reports that an agreed settlement cannot be reached, this Court shall dissolve the stay.

Date: 8/16/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel via the Court's CM/ECF system.