**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| SHERMAN L. FIELDS,<br>                    Petitioner,<br>     v.<br><br>WARDEN, USP TERRE HAUTE,<br>                    Respondent. | No. 2:16-cv-00418-JMS-MJD<br><br>PETITIONER'S STATUS REPORT<br><br><br><br>*THIS IS A CAPITAL CASE |

STATUS REPORT

On August 16, 2018, this Court ordered a stay of these proceedings to allow the parties to attempt to reach an agreed resolution. *Dkt*. 54.  This Court directed Mr. Fields to file a report every 30 days regarding the status of negotiations.

The parties are continuing to discuss the possibility of an agreed settlement.  Mr. Fields respectfully requests that the stay remain in place.

DATED this 16th day of September 2018.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
JeffreyErwinEllis@gmail.com