UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,                    )
                                          )
                    Petitioner,           )
                                          )
          v.                              )      No. 2:16-cv-00418-JMS-MJD
                                          )
WARDEN,                                   )
                                          )
                    Respondent.           )

### Entry Striking Pro Se Filing

Consistent with the Entry of May 31, 2017, issued following the conference of May 30, 2017, Petitioner Sherman Field's pro se filing of October 9, 2018, dkt. [57], is **stricken**.  The clerk is **directed** to add an *ex parte* restriction to this filing.

**IT IS SO ORDERED.**

Date: 10/11/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov