# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| SHERMAN L. FIELDS,<br>           Petitioner,<br>   v.<br><br>WARDEN, USP TERRE HAUTE,<br>          Respondent. | No. 2:16-cv-00418-JMS-MJD<br><br>PETITIONER'S SECOND STATUS REPORT<br><br><br><br>*THIS IS A CAPITAL CASE |

## STATUS REPORT

On August 16, 2018, this Court ordered a stay of these proceedings to allow the parties to attempt to reach an agreed resolution. *Dkt.* 54.  This Court directed Mr. Fields to file a report every 30 days regarding the status of negotiations.

The parties continue to discuss the possibility of an agreed settlement. Mr. Fields respectfully requests that the stay remain in place.

DATED this 15th day of October 2018.

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis
*Attorney for Mr. Fields*
Law Office of Alsept & Ellis
621 SW Morrison St., Ste 1025
JeffreyErwinEllis@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, a copy of the foregoing Status Report was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

October 15, 2018/Portland, OR                    s/Jeffrey Erwin Ellis