# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

46 East Ohio Street, Room 105
Indianapolis, Indiana
46204

101 Northwest MLK Boulevard
Evansville, Indiana
47708

921 Ohio Street
Terre Haute, Indiana
47807

121 West Spring Street
New Albany, Indiana
47150

November 13, 2018

Re: FIELDS v. WARDEN
Cause Number: 2:16−cv−00418−JPH−MJD

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1(f), the above matter was reassigned from Judge Jane Magnus−Stinson to Judge James Patrick Hanlon on November 13, 2018. The cause number has been changed to reflect the newly assigned Judge. Please note that cause number **2:16−cv−00418−JPH−MJD** must be used on all future filings.

All case schedules and deadlines before the District Judge and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Carrie Denny
Carrie Denny, Deputy Clerk