UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
|     Petitioner, | § | |
| | § | |
| | § | |
|     v. | § | No. 2:16-CV-418-JPH-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
|     Respondent. | § | |

## ORDER MODIFYING STAY

The stay of proceedings in this case shall remain in effect with the following modifications. First, the requirement that Fields file a report every 30 days about the status of settlement negotiations is lifted. Second, the stay shall remain in effect until the Supreme Court has issued a decision in *United States v. Davis*, No. 18-431. The petitioner must file a brief about how the Supreme Court's decision in *Davis* affects this case no later than 28 days after the Supreme Court issues that decision. The respondent has 14 days after the petitioner's brief is filed to file a response.

Date: _____

_____
Hon. James Patrick Hanlon
United States District Judge

Distribution:

Electronically registered counsel via the Court's CM/ECF system.