UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 2:16-CV-418-JPH-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
| Respondent. | § | |

**REPLY IN SUPPORT OF RESPONDENT'S MOTION TO MODIFY STAY**

A modified stay—including both the claims implicated by *United States v. Davis* and Fields's pro se claims—presents the most efficient way for this Court and the parties to resolve this case.

1.  The Seventh Circuit has now stayed its own consideration of 18 U.S.C. § 924(c)(3)(B) until the Supreme Court has resolved *Davis*. *See* Order 2, *United States v. Jackson*, No. 15-3693 (7th Cir. Jan. 18, 2019). The Seventh Circuit's decision further supports staying the portions of this case that hinge on § 924(c)(3)(B).

2.  Because key portions of the case should be stayed, a stay of the entire case, after which this Court could address all claims at once, would be far more efficient than addressing Fields's various claims piecemeal.

3.  In no event is there any need for this Court to set a briefing schedule on Fields's pro se claims. Fields invites such a briefing schedule (Resp. 5, ECF No. 68), but he offers no reason that further briefing of these claims is necessary. Fields has already laid out his claims at length. (Pet. 1-55, ECF No. 1.) His attorneys have had a chance to expand on them. (Entry Granting Extension, ECF No. 11; Am. Pet. 3 n.2, ECF No. 16.) The government has addressed them. (Return 12-18, ECF No. 21.) And Fields and his attorneys have had an opportunity to reply. (Reply in Supp. of Pet. 2 n.1, 10-26, ECF No. 25.) This existing briefing will be more than sufficient to resolve Fields's pro se claims after the stay has expired.

Therefore, this Court should continue the stay of all proceedings in this case but modify the stay to run until the Supreme Court has issued a decision in *Davis*.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

*Attorneys for Respondent*

## Certificate of Service

I certify that on January 29, 2019, I electronically filed this document and all attachments with the Clerk of Court using the CM/ECF system, which will send notification to

Jeffrey E. Ellis
jeffreyerwinellis@gmail.com

Peter J. Isajiw
pisajiw@kslaw.com

*Attorneys for Petitioner.*

 s/ Zachary C. Richter
ZACHARY C. RICHTER
Special Assistant United States Attorney