UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,                        )
                                              )
                    Petitioner,               )
                                              )
          v.                                  )          No. 2:16-cv-00418-JPH-MJD
                                              )
WARDEN,                                       )
                                              )
                    Respondent.               )

**ORDER REGARDING FILINGS FROM THE PETITIONER**

The Court held an *ex parte* telephonic conference with the petitioner and his counsel on May 30, 2017, to discuss counsel's representation of the petitioner.  Among other things, the Court ordered that counsel shall continue representing the petitioner and that "the petitioner shall not file material directly with the Court and material received directly from the petitioner, if submitted, shall be returned unfiled."  Dkt. 22 at 1.

The Clerk's Office received material directly from the petitioner on February 28, 2019. The material includes a motion regarding his counsel and a document entitled "Writ of Actual Innocence."  The petitioner is again reminded that all filings must be submitted by his counsel.

The Clerk is **ordered** to send this material, unfiled, to the petitioner's counsel with counsel's copy of this Order.  Any material the petitioner may attempt to submit directly to the Court in the future will be sent, unfiled, to the petitioner's counsel.  Any such material that is inadvertently filed will be stricken.

**SO ORDERED.**

Date: 3/6/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov