# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 15, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 19-1708

Caption:
SHERMAN L. FIELDS,
Petitioner

v.

T. J. WATSON, Warden,
Respondent

District Court No: 2:16-CV-00418-JPH-MJD
Clerk/Agency Rep Laura A. Briggs
District Judge James P. Hanlon

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)