# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## ORDER

April 24, 2019

*Before*

MICHAEL S. KANNE, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 19-1708 | SHERMAN L. FIELDS,<br>Petitioner<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent |

| **Petition for Extraordinary Writ** |
|---|
| District Court No: 2:16-cv-00418-JPH-MJD<br>District Judge James P. Hanlon |

The following are before the court:

1.  **PETITION FOR OTHER EXTRAORDINARY WRIT**, filed on April 15, 2019, by the pro se petitioner.

2.  **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on April 15, 2019, by the pro se petitioner.

**IT IS ORDERED** that the petition and the motion to proceed in forma pauperis are **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit