UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JPH-MJD |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Lifting Stay and Directing Further Proceedings**

The Court stayed this action pending the Supreme Court's resolution of *United States v. Davis*, No. 18-431.  The Supreme Court issued a decision in *Davis* on June 24, 2019.  Accordingly, this action is no longer stayed.

Respondent shall have **through August 9, 2019**, in which to file a supplemental brief addressing how the Supreme Court's decision in *Davis* impacts the issues in this action.  Petitioner shall have **through September 6, 2019**, to file a responsive supplemental brief.

The clerk is **directed** to re-open this action on the docket.

**SO ORDERED.**

Date: 6/26/2019

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

1

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov