UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,            )
    Petitioner,            )
                        )
                        )            No. 2:16-CV-418-JPH-MJD
                        )
WARDEN, USP TERRE HAUTE            )
    Respondent.            )

## MOTION FOR SUBSTITUTION OF COUNSEL

Petitioner, Sherman Lamont Fields, an indigent federal prisoner who is under a death sentence and is incarcerated at USP Terre Haute, respectfully requests that the Indiana Federal Community Defender ("IFCD") be substituted for undersigned counsel, Jeffrey E. Ellis.  In support of this motion, Mr. Fields states as follows:

1.  Undersigned counsel began representing Mr. Fields in 2008, following the denial by the United States Supreme Court of his petition for certiorari after direct appeal, and has represented Mr. Fields continuously since that time.  Most recently, pursuant to the Criminal Justice Act, this Court appointed the undersigned to represent Mr. Fields in the litigation of his petition for post-conviction relief filed pursuant to 28 U.S.C. § 2241. *See* ECF No. 38 (12/21/17).

2.  Over the course of the past year and a half, however, irreconcilable differences have developed between Mr. Fields and the undersigned. Despite concerted efforts to overcome these differences, the undersigned and Mr. Fields are at an impasse and their differences now threaten to interfere with the litigation of Mr. Fields' § 2241 claims. Neither the undersigned nor Mr. Fields foresee that this situation will change.

3.  Mr. Fields has presented substantial claims for which continued legal representation is necessary and appropriate.

4.   The IFCD has confirmed that it is willing and able to accept appointment and substitute as counsel.  The IFCD has a division of its office that is staffed and funded precisely for litigation of the sort presented in Mr. Fields' case.

5.   The IFCD has the training and resources to represent Mr. Fields in this matter. Its attorneys are well-qualified federal practitioners with experience in all aspects of capital litigation, including both guilt/innocence and sentencing, and in § 2241 practice and procedure. The IFCD has litigated claims arising from *Johnson v. United States*, 135 S. Ct. 2551 (2015), and pertaining to 18 U.S.C.§ 924(c), on behalf of federal prisoners across Indiana. In addition, the IFCD has experienced investigators, paralegals and administrative assistants on staff.  And the IFCD's proximity to USP Terre Haute will allow its attorneys to more easily and frequently conduct legal visits with Mr. Fields than the undersigned, who resides in Oregon.

6.   Moreover, because it operates under a sustaining grant, the IFCD will not bill the Court for any of its time or expenses incurred representing Mr. Fields.  Thus, substituting the IFCD for undersigned counsel will reduce costs for the Court.

7.   Mr. Fields has been consulted about this motion and he consents to the appointment of the IFCD as substitute counsel for the undersigned.

For the foregoing reasons, Mr. Fields respectfully requests that this Court grant this motion for substitution of counsel.

DATED this 28th day of June 2019.

Respectfully submitted,

/s/ Jeffrey E. Ellis
Jeffrey E. Ellis, WSBA #17139
Law Offices of Alsept & Ellis
621 SW Morrison St., Ste 1025
Portland, OR 97205
JeffreyErwinEllis@gmail.com

2

CERTIFICATE OF SERVICE

I, Jeffrey Ellis, certify that on today's date I electronically filed the attached motion and a proposed order by using the ECF filing system causing a copy to be sent to opposing counsel.

June 28, 2109//Portland, OR                                     s/Jeffrey Ellis