UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,       )
    Petitioner,              )
                            )
                            )   No. 2:16-CV-418-JPH-MJD
                            )
WARDEN, USP TERRE HAUTE       )
    Respondent.              )

PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

Jeffrey Ellis is hereby permitted to withdraw and the Indiana Federal Community

Defender ("IFCD") is substituted as counsel to represent Sherman Fields in the above-entitled

matter.

DATED this ____ day of June 2019.


_____
Judge James Patrick Hanlon