UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,              )
                                    )
                    Petitioner,     )
                                    )
          v.                        )          No. 2:16-cv-00418-JPH-MJD
                                    )
WARDEN,                             )
                                    )
                    Respondent.     )

**Order Granting Motion for Substitution of Counsel**

Petitioner's motion for substitution of counsel, dkt. [75], is **granted**.  Jeffrey Ellis is permitted to withdraw and the Indiana Federal Community Defender ("IFCD") is substituted as counsel to represent Petitioner in this action.

Petitioner and IFCD are reminded that the Court's Order dated May 31, 2017, permitted Petitioner to file a pro se supplemental brief, but otherwise prohibited Petitioner from filing material directly with the Court except through counsel.  This Order remains in force even though Petitioner is represented by new counsel.  The Court has already received Petitioner's pro se supplemental brief, and thus will not permit any more pro se filings by Petitioner.

**SO ORDERED.**

Date: 7/16/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jeffrey E. Ellis
LAW OFFICE OF ALSEPT & ELLIS
jeffreyerwinellis@gmail.com

1

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov

Courtesy Copy by U.S. Mail:

Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204