UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHERMAN LAMONT FIELDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:16-cv-00418-JPH-MJD |
| | ) |
| | ) |
| WARDEN, USP TERRE HAUTE, | ) |
| | ) |
| Respondent. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Victoria Bailey Casanova, Indiana Federal Community Defenders, Inc., as counsel for the Petitioner.


 Dated: July 17, 2019

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on July 17, 2019, a copy of the foregoing Appearance was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.


*Victoria Bailey Casanova*
Victoria Bailey Casanova