UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS,<br>    Petitioner,<br><br>v.<br><br>WARDEN, USP TERRE HAUTE,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 2:16-CV-418-JPH-MJD |

### Respondent's Unopposed Motion to Extend Time for Supplemental Briefing

Respondent moves this Court to extend by 28 days, until September 6, 2019, the government's time to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019).

1.  Federal inmate Sherman Fields has petitioned under 28 U.S.C. § 2241 to vacate his multiple convictions under 18 U.S.C. § 924(c). In *Davis*, the Supreme Court addressed one component of § 924(c). *See* 139 S. Ct. at 2336. This Court has allowed the government until August 9, 2019, to file a supplemental brief about the effect of *Davis* on Fields's petition. (*See* ECF No. 74.)

2.  Good cause supports extending the government's time to respond. *Davis* implicates part of a frequently charged statute. Ensuring that the government's position on *Davis* remains consistent nationwide will require guidance from multiple components of the Department of Justice in Washington, D.C. Those components have not yet released nationwide guidance on *Davis*.

3.  The government does not seek this extension to delay but to allow sufficient time to prepare a complete and accurate brief.

4.  Counsel for the government has conferred with Fields's attorney, who does not oppose the extension requested and who agrees that October 7, 2019, will be an appropriate deadline for a responsive supplemental brief.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    *s/ Zachary C. Richter*
       ZACHARY C. RICHTER
       Special Assistant United States Attorney
       903 San Jacinto Boulevard
       Austin, Texas 78701
       (512) 916-5858 (phone)
       (512) 916-5854 (fax)
       Zachary.C.Richter@usdoj.gov

       *Attorneys for Respondent*

## Certificate of Service

I certify that on July 25, 2019, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

Victoria Bailey Casanova
(victoria_casanova@fd.org),

*Attorney for Petitioner.*

 *s/ Zachary C. Richter*
ZACHARY C. RICHTER
Special Assistant United States Attorney