UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
|    Petitioner, | § | |
| | § | |
| | § | |
|    v. | § | No. 2:16-CV-418-JPH-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
|    Respondent. | § | |

**Order Granting Motion to Extend Time**

For good cause shown, this Court grants Respondent until September 6, 2019, to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019). Petitioner shall have through October 7, 2019, to file a responsive supplemental brief.


Date: _____


_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana


Distribution:

Electronically registered counsel via the Court's CM/ECF system.