UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,          §
   Petitioner,                 §
                                §
   v.                           §          No. 2:16-CV-418-JPH-MJD
                                §
WARDEN, USP TERRE HAUTE,        §
   Respondent.                 §

### Order Granting Motion to Extend Time

For good cause shown, this Court grants Respondent until September 6, 2019, to file a supplemental brief on the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019). Petitioner shall have through October 7, 2019, to file a responsive supplemental brief.

**SO ORDERED.**

Date: 7/30/2019

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Electronically registered counsel via the Court's CM/ECF system.