# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| SHERMAN LAMONT FIELDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:16-cv-00418-JPH-MJD |
| | ) |
| | ) |
| WARDEN, USP TERRE HAUTE, | ) |
| | ) |
| Respondent. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Florence Italia Patti, Indiana Federal Community Defenders, Inc., as counsel for the Petitioner.


Dated: August 14, 2019

_____Florence Italia Patti_____
Florence Italia Patti
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on August 14, 2019, a copy of the foregoing Appearance was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.


_____*Florence Italia Patti*_____
Florence Italia Patti