UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,    )
    )
    Petitioner,    )
    )
    v.    )    2:16-cv-00418-JPH-MJD
    )
    )
WARDEN, USP TERRE HAUTE,    )
    )
    Respondent.    )

**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS SUPPLEMENTAL BRIEF**

Petitioner Sherman Lamont Fields, by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves this Court for an Order extending by sixty (60) days, to and including December 6, 2019, the deadline for him to file his supplemental briefing regarding the impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on this case.   As good cause in support of his motion, Mr. Fields respectfully informs the Court as follows:

1.    On June 26, 2019, this Court lifted the stay previously entered in Mr. Fields' case and ordered the parties to file supplemental briefing "addressing how the Supreme Court's decision in [*Davis*] impacts the issues in this action." [Dkt. 74].

2.    On July 16, 2019, this Court appointed the Indiana Federal Community Defender ("IFCD") as counsel for Mr. Fields upon a Motion for Substitution of Counsel filed by Mr. Fields' previous attorney, Jeffrey Ellis, who had represented Mr. Fields since 2008 [Dkt. 75, 76].

3.      Undersigned counsel filed her appearance on Mr. Fields' behalf on July 17, 2019 [Dkt. 77].   Undersigned counsel's co-counsel, Florence Italia Patti, filed her appearance on Mr. Fields' behalf on August 14, 2019 [Dkt. 80].

4.      After requesting and receiving a 28-day extension of time, the government filed its supplemental *Davis* brief on September 6, 2019 [Dkt. 78, 79, 81]. The current deadline for filing Mr. Fields' supplemental brief is October 7, 2019 [Dkt. 79].

5.      Since being appointed to represent Mr. Fields, undersigned counsel and co-counsel have been working to get up to speed on the factual and procedural background of Mr. Fields' case.   Much of this effort has been focused obtaining and reviewing predecessor counsels' files.

6.      To date, counsel has received in excess of 8.4 GB of electronic data from Attorney Ellis and his co-counsel on Mr. Fields' § 2255 case, Peter Isajiw.   Despite the large volume of data already received, counsel does not believe she has received Mr. Fields' entire file.

7.      Counsel needs the extension of time sought herein to continue gathering and reviewing Mr. Fields' file so that she and co-counsel can develop the familiarity with Mr. Fields' case necessary to file a competent and appropriate supplemental brief.

8.      On September 17, 2019, counsel spoke with Special Assistant United States Attorney Richter who indicated that the government does not oppose the 60-day extension of time sought herein.

WHEREFORE, for all the foregoing reasons, Petitioner Sherman Fields respectfully moves this Court for an Order extending the deadline for him to file his supplemental *Davis* briefing to and including December 6, 2019.

Dated: September 18, 2019

_Victoria Bailey Casanova_
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on September 18, 2019, a copy of the foregoing Unopposed Motion for an Extension of Time was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

_Victoria Bailey Casanova_
Victoria Bailey Casanova