## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER GRANTING EXTENSION OF TIME

This matter is before the Court upon Petitioner's Unopposed Motion for an Extension of Time to File his Supplemental Brief, filed with the Court on September 18, 2019.

The Court, after having considered the Motion and being duly advised, now finds the Motion well taken and that the Motion should be **GRANTED** for the reasons stated therein.

**IT IS THEREFORE ORDERED** that Petitioner Sherman Lamont Fields has through December 6, 2019 to file his supplemental *Davis* brief.

Dated: _____

_____
HON. James Patrick Hanlon
UNITED STATES DISTRICT JUDGE

Distribution to all registered counsel via electronic notification