# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| SHERMAN LAMONT FIELDS | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 2:16–cv–00418–JPH–MJD |
| | ) |
| WARDEN | ) |
| Defendant(s) | ) |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT UNDER SEAL

Notice is hereby given that an official transcript of the Ex Parte Telephonic Conference held on 5–30–17, has been filed by the court reporter in the above–captioned action. Pursuant to court policy, this transcript shall be and remain **SEALED**. The Clerk and Court Reporter have been instructed by the Court that such transcript shall not be made available to the public through PACER after the customary ninety (90) day time period. Any party to this action may purchase a copy of the transcript from the court reporter.

DATE: <u>September 19, 2019</u>          <u>s/   Jean Knepley</u>
                                                           Court Reporter

## Certificate of Service

I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non–registered participants by first–class U.S. Mail, postage prepaid.

<u>s/   Jean Knepley</u>
Court Reporter