UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS SUPPLEMENTAL BRIEF

Petitioner Sherman Lamont Fields, by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(a), respectfully moves this Court for an Order extending by thirty-one (31) days, to and including January 6, 2020, the deadline for him to file his supplemental briefing regarding the impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on this case.   As good cause in support of his motion, Mr. Fields respectfully informs the Court as follows:

1.     On June 26, 2019, this Court lifted the stay previously entered in Mr. Fields' case and ordered the parties to file supplemental briefing "addressing how the Supreme Court's decision in [*Davis*] impacts the issues in this action." [Dkt. 74].

2.     On July 16, 2019, this Court appointed the Indiana Federal Community Defender ("IFCD") as counsel for Mr. Fields upon a Motion for Substitution of Counsel filed by Mr. Fields' previous attorney, Jeffrey Ellis, who had represented Mr. Fields since 2008 [Dkt. 75, 76].

3. Undersigned counsel filed her appearance on Mr. Fields' behalf on July 17, 2019 [Dkt. 77]. Undersigned counsel's co-counsel, Florence Italia Patti, filed her appearance on August 14, 2019 [Dkt. 80].

4. After requesting and receiving a 28-day extension of time, the government filed its supplemental *Davis* brief on September 6, 2019 [Dkt. 78, 79, 81].

5. On September 18, 2019, undersigned counsel filed an unopposed motion requesting a 60-day extension of time to file Mr. Fields' supplemental *Davis* brief [Dkt. 82]. Pursuant to this Court's Order granting that motion, the current deadline for Mr. Fields to file his supplemental *Davis* brief is December 6, 2019 [Dkt. 85].

6. As the Court is aware, Mr. Fields case has proceeded through a death penalty trial (guilt and penalty phases), a direct appeal, proceedings pursuant to 28 U.S.C. § 2255, and a request for leave to file a second or successive motion pursuant to 28 U.S.C. § 2255 to the 28 U.S.C. § 2241 case currently pending before this Court.

7. During the just over four-month period since undersigned counsel filed her appearance, she and her co-counsel have worked diligently to familiarize themselves with the background of and issues in Mr. Fields case – including gathering and reviewing the trial, direct appeal, and § 2255 records, as well as the files received from Mr. Fields's prior attorneys.

8. As this Court has ordered the parties to address "how the Supreme Court's decision in [*Davis*] impacts the issues in this action," undersigned counsel believes she and co-counsel must be adequately familiar with the issues in Mr. Fields' case before they can file a competent and appropriate supplemental brief per this

Court's Order.

9.    On November 21, 2019, Special Assistant United States Attorney Richter indicated that the government does not oppose the 31-day extension of time sought herein.

WHEREFORE, for all the foregoing reasons, Petitioner Sherman Fields respectfully moves this Court for an Order extending the deadline for him to file his supplemental *Davis* briefing to and including January 6, 2020.

Dated: November 21, 2019

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on November 21, 2019, a copy of the foregoing Unopposed Motion for an Extension of Time was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Victoria Bailey Casanova*
Victoria Bailey Casanova
