**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE HIS SUPPLEMENTAL BRIEF**

Petitioner Sherman Lamont Fields, by counsel and pursuant to Federal Rule

of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(a), respectfully moves this Court for

an Order extending by fifteen (15) days, to and including January 21, 2020, the

deadline for him to file his supplemental brief regarding the impact of *United States*

*v. Davis*, 139 S. Ct. 2319 (2019) on this case.   As good cause in support of his motion,

Mr. Fields respectfully informs the Court as follows:

1.     On November 26, 2019, this Court granted Mr. Fields' Second

Unopposed Motion for an Extension of Time to File his Supplemental Brief, thereby

extending the deadline for Mr. Fields to file his supplemental brief addressing the

impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on the issues raised in his §

2241 case [Dkt. # 86, 87].

2.     On December 19, 2019, undersigned counsel contacted Special Assistant

United States Attorney Zachary Richter via email to inform him of Mr. Fields'

intention to file a motion asking to stay his § 2241 proceedings before this Court and

hold his case in abeyance while he pursues relief on his *Davis*-related claims via an application for leave to file a second or successive § 2255 motion to be filed in the United States Court of Appeal for the Fifth Circuit.

3.  Counsel's email to SAUSA Richter also requested he indicate the Government's position on Mr. Fields' motion to stay and hold his § 2241 case in abeyance so counsel could include the Government's position in Mr. Fields' motion.

4.  On December 23, 2019, undersigned counsel and SAUSA Richter spoke by telephone about Mr. Fields' motion to stay and hold his § 2241 case in abeyance. Both undersigned counsel and SAUSA Richter agreed that the parties would like additional time to further consider and/or discuss the details of the motion Mr. Fields plans to file and that, because of the upcoming holidays, Mr. Fields should request a third extension of time to give the parties time to complete their discussions.

5.  As indicated above, per SAUSA Richter, the Government does not oppose the fifteen-day extension of time requested herein.

WHEREFORE, for all the foregoing reasons, Petitioner Sherman Fields respectfully moves this Court for an Order extending the deadline for him to file his supplemental *Davis* briefing to and including January 21, 2020.

Dated: December 23, 2019

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on December 23, 2019, a copy of the foregoing Unopposed Motion for an Extension of Time was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Victoria Bailey Casanova*
Victoria Bailey Casanova