UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,    )
                          )
       Petitioner,        )
                          )
v.                        )          2:16-cv-00418-JPH-MJD
                          )
                          )
WARDEN, USP TERRE HAUTE,  )
                          )
       Respondent.        )

## ORDER GRANTING EXTENSION OF TIME

This matter is before the Court upon Petitioner's Third Unopposed Motion for an Extension of Time to File his Supplemental Brief, filed with the Court on December 23, 2019.

The Court, after having considered the Motion and being duly advised, now finds the Motion well taken and that the Motion should be **GRANTED** for the reasons stated therein.

**IT IS THEREFORE ORDERED** that Petitioner Sherman Lamont Fields has through January 21, 2020 to file his supplemental *Davis* brief.

**SO ORDERED.**

Date: _____

_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF