UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER STAYING PROCEEDINGS AND HOLDING CASE IN ABEYANCE

This matter is before the Court upon Petitioner's Motion to Stay Proceedings and Hold Case in Abeyance, filed with the Court on January 7, 2020.

The Court, after having considered the Motion, as well as the Government's Response and Petitioner's Reply, and being duly advised, now finds the Motion well taken and that the Motion should be **GRANTED** for the reasons stated therein.

**IT IS THEREFORE ORDERED** that this action is **STAYED** pending the completion of any second or successive § 2255 proceedings. Petitioner shall file a report with this Court every _____ days regarding the status of his second or successive § 2255 proceedings.

**SO ORDERED.**

Date: _____

_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All electronically registered counsel of record via CM/ECF