UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,            )
                                 )
       Petitioner,               )
                                 )
       v.                        )          2:16-cv-00418-JPH-MJD
                                 )
                                 )
WARDEN, USP TERRE HAUTE,          )
                                 )
       Respondent.               )

**PETITIONER'S FOURTH UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS SUPPLEMENTAL BRIEF**

Petitioner Sherman Lamont Fields, by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1(a), respectfully moves this Court for an Order extending the deadline for him to file his supplemental brief regarding the impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on this case, currently due to be filed by January 21, 2020, to seven (7) days following the issuance of this Court's ruling on Mr. Fields' Motion to Stay Proceedings and Hold Case in Abeyance, which he filed on January 7, 2020.  As good cause in support of his motion, Mr. Fields respectfully informs the Court as follows:

1.     On November 26, 2019, this Court granted Mr. Fields' Second Unopposed Motion for an Extension of Time to File his Supplemental Brief, thereby extending the deadline for Mr. Fields to file his supplemental brief addressing the impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) on the issues raised in his § 2241 case to January 6, 2020 [Dkt. # 86, 87].

2.     On December 19, 2019, undersigned counsel contacted Special Assistant United States Attorney Zachary Richter via email to inform him of Mr. Fields' intention to file a motion asking to stay his § 2241 proceedings before this Court and hold his case in abeyance while he pursues relief on his *Davis*-related claims via an application for leave to file a second or successive § 2255 motion to be filed in the United States Court of Appeal for the Fifth Circuit.

3.     Counsel's email to SAUSA Richter also requested he indicate the Government's position on Mr. Fields' motion to stay and hold his § 2241 case in abeyance so counsel could include the Government's position in Mr. Fields' motion.

4.     On December 23, 2019, undersigned counsel and SAUSA Richter spoke by telephone about Mr. Fields' motion to stay and hold his § 2241 case in abeyance. Both undersigned counsel and SAUSA Richter agreed that the parties would like additional time to further consider and/or discuss the details of the motion Mr. Fields planned to file and that, because of the upcoming holidays, Mr. Fields should request a third extension of time to give the parties time to complete their discussions.

5.     Mr. Fields filed his Third Unopposed Motion for an Extension of Time later that same day, December 23, 2019, requesting a new filing deadline of January 21, 2020 [Dkt. # 88].

6.     On December 31, 2019, the Court granted that motion [Dkt. # 89].

7.     On January 7, 2020, undersigned counsel spoke with AUSA Richter, indicated her intention to file Mr. Fields' Motion to Stay, and requested he indicate the Government's position.   SAUSA Richter asked undersigned counsel to indicate

in Mr. Fields' motion that the Government reserved its right to oppose the motion and would file a response within the time allowed.

8.    Mr. Fields filed his Motion to Stay Proceedings and Hold Case in Abeyance on January 7, 2020 and indicated the Government's position as set out by SAUSA Richter [Dkt. #90].

9.    Pursuant to Local Rule 7.1(c)(3)(A), the Government's response to Mr. Fields' Motion to Stay is due to be filed on or before January 21, 2010, which is the same day that Mr. Fields' supplemental *Davis* brief is due to be filed.

10.    This Court's ruling on Mr. Fields' Motion to Stay will impact how Mr. Fields will proceed with litigating his claims.   If this Court grants Mr. Fields' Motion to Stay, it may be unnecessary for the Court to address the impact of *Davis* on Mr. Fields' case, depending on how the issue is resolved through successive § 2255 proceedings before the 5th Circuit and/or the District Court for the Western District of Texas.

11.    Accordingly Mr. Fields respectfully moves the Court for an Order extending the deadline for him to file his supplemental *Davis* brief until after the Court rules on his Motion to Stay.   If the Court were to deny Mr. Fields' Motion to Stay, undersigned counsel would be prepared to file Mr. Fields' supplemental *Davis* brief within seven (7) days of the Court issuing such an Order.

12.    On January 16, 2020, undersigned counsel contacted SAUSA Richter about the extension of time sought herein and he indicated the Government does not oppose this Motion.

WHEREFORE, for all the foregoing reasons, Petitioner Sherman Fields respectfully moves this Court for an Order extending the deadline for him to file his supplemental *Davis* briefing until after this Court rules on his Motion to Stay Proceedings and Hold Case in Abeyance. Specifically, Mr. Fields' moves the Court for an Order indicating that Mr. Fields' supplemental *Davis* brief shall be due seven (7) days following the issuance of the Court's ruling on Mr. Fields' Motion to Stay should the Court deny that motion.

Dated: January 16, 2020

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on January 16, 2020, a copy of the foregoing Unopposed Motion for an Extension of Time was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Victoria Bailey Casanova*
Victoria Bailey Casanova