UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING EXTENSION OF TIME

This matter is before the Court upon Petitioner's Fourth Unopposed Motion for an Extension of Time to File his Supplemental Brief, filed with the Court on January 16, 2019.

The Court, after having considered the Motion and being duly advised, now finds the Motion well taken and that the Motion, dkt. [91], should be **GRANTED** for the reasons stated therein.

**IT IS THEREFORE ORDERED** that if the Court denies Petitioner's Motion to Stay Proceedings and Hold Case in Abeyance, Petitioner's supplemental *Davis* brief shall be due seven (7) days following issuance of that ruling.

**SO ORDERED.**

Date: 1/21/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF