UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING

Petitioner Sherman Lamont Fields, by counsel, hereby gives notice of the filing, on April 30, 2020, of the attached Motion for Authorization to File Successive Motion Pursuant to 28 U.S.C. § 2255 in light of *United States v. Davis*, 139 S. Ct. 2319 (2019) in the United States Court of Appeals for the Fifth Circuit.

On January 7, 2020, Mr. Fields moved to stay these proceedings and hold his case in abeyance pending litigation of a motion for authorization to file a successive § 2255 motion in the Fifth Circuit [Dkt. 90]. The Warden filed his response on January 21, 2020, indicating he did not oppose a stay [Dkt. 93]. Mr. Fields filed his Reply in support of his request for a stay on January 28, 2020 [Dkt. 94]. The Court has not yet ruled on Mr. Fields' motion.

Respectfully submitted,

Dated: May 5, 2020

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on May 5, 2020, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Victoria Bailey Casanova*
Victoria Bailey Casanova