UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,          )
                               )
        Petitioner,            )
                               )
v.                             )          2:16-cv-00418-JPH-MJD
                               )
                               )
WARDEN, USP TERRE HAUTE,       )
                               )
        Respondent.            )

## MOTION TO WITHDRAW APPEARANCE

Pursuant to S.D. Ind. L.R. 83-7(b), Attorney Victoria Bailey Casanova, counsel for Sherman Fields, respectfully moves the Court to withdraw her appearance as counsel for Mr. Fields.   In support of her motion, Attorney Casanova respectfully informs the Court as follows:

1.      On July 16, 2019, this Court appointed the Indiana Federal Community Defenders Office ("IFCD") to represent Mr. Fields in proceedings filed pursuant to 28 U.S.C. § 2241.

2.      On July 17, 2019, Attorney Casanova of the IFCD filed her appearance on Mr. Fields' behalf.

3.      On August 14, 2019, Attorney Florence Italia Patti of the IFCD also filed her appearance on Mr. Fields' behalf.

4.      Attorney Casanova is leaving her position with the IFCD effective July 1, 2020 and respectfully moves to withdraw her appearance as counsel for Mr. Fields.

5.      IFCD and Attorney Patti will continue as counsel for Mr. Fields.

WHEREFORE, for all the forgoing reasons, Attorney Victoria Bailey Casanova respectfully moves the Court to withdraw her appearance as counsel for Mr. Fields.

Respectfully submitted,

Dated: June 26, 2020

*Victoria Bailey Casanova*
Victoria Bailey Casanova
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520 (phone)
(317) 383-3525 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Victoria Bailey Casanova*
Victoria Bailey Casanova