UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,           )
                                 )
        Petitioner,              )
                                 )
v.                               )          2:16-cv-00418-JPH-MJD
                                 )
                                 )
WARDEN, USP TERRE HAUTE,         )
                                 )
        Respondent.              )

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter is before the Court upon Attorney Victoria Bailey Casanova's Motion to Withdraw her appearance as counsel for Mr. Fields, filed with the Court on June 26, 2020.

The Court, after having considered the Motion now finds the Motion well taken and that the Motion should be **GRANTED** for the reasons stated therein.

**IT IS THEREFORE ORDERED** that the Appearance of Victoria Bailey Casanova as counsel for Mr. Fields is hereby withdrawn.

**SO ORDERED.**

Date:                                    _____
                                         James Patrick Hanlon
                                         United States District Judge
                                         Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF