UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,                    )
                                          )
                    Petitioner,           )
                                          )
             v.                           )        No. 2:16-cv-00418-JPH-MJD
                                          )
WARDEN,                                   )
                                          )
                    Respondent.           )

**ORDER**

This matter comes before the Court on counsel's Motion to Withdraw Appearance. [Dkt. 96.]  The Court, being duly advised, hereby **GRANTS** the motion.  The appearance of Victoria Bailey Casanova on behalf of Sherman Fields is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated:  29 JUN 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.