UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,       )
                             )
        Petitioner,          )
                             )
        v.                   )          2:16-cv-00418-JPH-MJD
                             )
                             )
WARDEN, USP TERRE HAUTE,     )
                             )
        Respondent.          )

## STATUS REPORT

Petitioner Sherman Lamont Fields, by counsel, submits the following status report regarding his § 2255 proceedings, pursuant to this Court's July 27, 2020, order. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

The United States Court of Appeals for the Fifth Circuit has not yet ruled on Mr. Fields's Motion for Authorization to File Successive Motion Pursuant to 28 U.S.C. § 2255 in Light of *United States v. Davis*, 139 S. Ct. 2319 (2019). Mr. Fields filed his Motion for Authorization on April 30, 2020.[1] On June 15, 2020, the Fifth Circuit ordered the Government to respond by July 15, 2020. On July 15, 2020, the Government filed its Response. The case remains pending before the Fifth Circuit.

The United States District Court for the Western District of Texas has also not issued a ruling in Mr. Fields's case. On June 15, 2020—not having received a

---

[1] On May 5, 2020, while Mr. Fields's motion for a stay was pending in this Court, Mr. Fields informed this Court that he had filed the Motion for Authorization in the Fifth Circuit, and attached the Motion for Authorization as an exhibit. *See* Doc. 95 (Notice of Filing).

decision from the Fifth Circuit, and with the statute of limitations approaching—

Mr. Fields filed his Successive Motion for Collateral Relief and to Vacate

Convictions and Sentences Pursuant to 28 U.S.C. § 2255 and in Light of *United

States v. Davis*, 139 S. Ct. 2319 (2019) in the Western District of Texas. Along with

his Successive Motion for Collateral Relief, Mr. Fields Filed an Unopposed Motion

to Hold Case in Abeyance Pending Authorization from the Court of Appeals or, in

the Alternative, Motion to Transfer Successive § 2255 Motion to the Court of

Appeals. The Western District of Texas has not ruled on the Motion to Hold in

Abeyance or taken any action on the Successive Motion for Collateral Relief.

Pursuant to this Court's July 27, 2020 Order, Mr. Fields will file another

status report in sixty days (if the § 2255 proceedings have not been resolved by that

time). *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.


DATED: September 25, 2020                    Indiana Federal Community
                                             Defenders, Inc.

                               By:    <u>F. Italia Patti</u>
                                      Indiana Federal Community
                                      Defenders, Inc.
                                      111 Monument Circle, Suite 3200
                                      Indianapolis, IN 46204
                                      Telephone: (317) 383-3520
                                      Facsimile: (317) 383-3535
                                      italia_patti@fd.org

                                      *Attorney for Petitioner Sherman
                                      Fields*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2020, this Status Report was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

F. Italia Patti
F. Italia Patti