UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## STATUS REPORT

Petitioner Sherman Lamont Fields, by counsel, submits the following status report regarding his § 2255 proceedings, pursuant to this Court's July 27, 2020, order. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

On October 23, 2020, the United States Court of Appeals for the Fifth Circuit granted in part and denied in part Mr. Fields's Motion for Authorization to File Successive Motion Pursuant to 28 U.S.C. § 2255 in Light of *United States v. Davis*, 139 S. Ct. 2319 (2019). *In re Fields*, No. 20-50351 (5th Cir. 2020) (ECF No. 405). On November 12, 2020, the United States District Court for the Western District of Texas ordered the Government to file an answer or response to Mr. Fields' Motion to Vacate within sixty days, and ordered Mr. Fields to file any reply within sixty days from receipt of the answer or response. The order also dismissed as moot Mr. Fields' Motion to Hold Case in Abeyance. *Fields v. United States*, No. 6:20-CV-00527-ADA, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 408).

1

Pursuant to this Court's July 27, 2020 Order, Mr. Fields will file another status report in sixty days (if the § 2255 proceedings have not been resolved by that time). *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

DATED: November 24, 2020              Indiana Federal Community
                                     Defenders, Inc.

                              By:    F. Italia Patti
                                     Indiana Federal Community
                                     Defenders, Inc.
                                     111 Monument Circle, Suite 3200
                                     Indianapolis, IN 46204
                                     Telephone: (317) 383-3520
                                     Facsimile: (317) 383-3535
                                     italia_patti@fd.org

                                     *Attorney for Petitioner Sherman Fields*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2020, this Status Report was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

                                     F. Italia Patti
                                     F. Italia Patti