UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## STATUS REPORT

Petitioner Sherman Lamont Fields, by counsel, submits the following status report regarding his § 2255 proceedings, pursuant to this Court's July 27, 2020, order. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

Since Mr. Fields's last status update, there has been significant progress in Mr. Fields's Western District of Texas proceedings. Those proceedings are approaching resolution, but are not yet fully resolved. On January 11, 2021, the parties filed a Joint Advisory recommending that the United States District Court for the Western District of Texas dismiss the portion of Mr. Fields's Successor Motion for Collateral Relief addressing Count Five, grant the portion of the Motion addressing Counts Three and Seven, vacate Mr. Fields's convictions and sentences on Counts Three and Seven, and resentence Mr. Fields to life imprisonment. *Fields v. United States*, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 409). Following that advisory, on January 19, 2021, the court granted in part and dismissed in part Mr.

1

Fields's Successor Motion for Collateral Relief. Specifically, that court dismissed the portion of the Motion addressing Count Five, granted the portion of the motion addressing Counts Three and Seven, and vacated Mr. Fields's convictions and sentences on Counts Three and Seven, as the parties had recommended. *Fields v. United States*, No. 6:20-CV-00527-ADA, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 411, 412). The Western District of Texas scheduled Mr. Fields's resentencing for April 7, 2021 via videoconferencing. *Fields v. United States*, No. 6:20-CV-00527-ADA, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 410, 412).

Pursuant to this Court's July 27, 2020 Order, Mr. Fields will file another status report in sixty days. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2. This March 2021 report will be filed a few weeks before the scheduled date for the resentencing hearing.

DATED: January 25, 2021                     Indiana Federal Community
                                                                                    Defenders, Inc.

                                                              By:    F. Italia Patti
                                                                         Indiana Federal Community
                                                                         Defenders, Inc.
                                                                         111 Monument Circle, Suite 3200
                                                                         Indianapolis, IN 46204
                                                                         Telephone: (317) 383-3520
                                                                         Facsimile: (317) 383-3535
                                                                         italia_patti@fd.org

                                                                         *Attorney for Petitioner Sherman Fields*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2021, this Status Report was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

F. Italia Patti<br>
F. Italia Patti