UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## STATUS REPORT

Petitioner Sherman Lamont Fields, by counsel, submits the following status report regarding his § 2255 proceedings, pursuant to this Court's July 27, 2020, order. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

Mr. Fields's resentencing via videoconferencing by the Western District of Texas remains scheduled for April 7, 2021. *Fields v. United States*, No. 6:20-CV-00527-ADA, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 410, 412); *see also* Doc. 101 (Jan. 25, 2021 Status Report).

DATED: March 24, 2021                          Indiana Federal Community
                                               Defenders, Inc.

                                      By:      F. Italia Patti
                                               Indiana Federal Community
                                               Defenders, Inc.
                                               111 Monument Circle, Suite 3200
                                               Indianapolis, IN 46204
                                               Telephone: (317) 383-3520
                                               Facsimile: (317) 383-3535
                                               italia_patti@fd.org

                                               *Attorney for Petitioner Sherman
                                               Fields*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2021, this Status Report

was filed electronically. Service of this filing will be made on all ECF-registered

counsel by operation of the court's electronic filing system. Counsel for Respondent

may access this filing through the court's system.

                                               F. Italia Patti
                                               F. Italia Patti