UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## STATUS REPORT

Petitioner Sherman Lamont Fields, by counsel, submits the following status report regarding his § 2255 proceedings, pursuant to this Court's July 27, 2020, order. *See* Doc. 98 (Order Granting Unopposed Mot. to Stay) at 2.

Mr. Fields's resentencing by the Western District of Texas was held on April 7, 2021. *Fields v. United States*, 6:01-CR-00164-ADA (W.D. Tex. 2020) (ECF 420). Mr. Fields was sentenced to Life on Count 5 and a term of years on Counts 1, 2, 4, and 6. *Id.* (ECF. 418).

1

DATED: May 21, 2021                          Indiana Federal Community
                                             Defenders, Inc.

                               By:    F. Italia Patti
                                      Indiana Federal Community
                                      Defenders, Inc.
                                      111 Monument Circle, Suite 3200
                                      Indianapolis, IN 46204
                                      Telephone: (317) 383-3520
                                      Facsimile: (317) 383-3535
                                      italia_patti@fd.org

                                      *Attorney for Petitioner Sherman
                                      Fields*


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2021, this Status Report was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

                                      F. Italia Patti
                                      F. Italia Patti