UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 2:16-CV-418-JPH-MJD |
| | § | |
| WARDEN, USP TERRE HAUTE, | § | |
| Respondent. | § | |

**Warden's Unopposed Motion to Lift Stay**

Respondent moves this Court under the terms of its previous order to lift the stay of proceedings in this case.

1.  Petitioner Sherman Fields escaped from federal custody and committed a series of violent crimes, including murder. *United States v. Fields*, 483 F.3d 313, 323-24 (5th Cir. 2007). A jury convicted him of multiple federal offenses, including conspiracy, escape, carjacking, and using and carrying firearms during and in relation to crimes of violence in violation of 18 U.S.C. § 924(c). *Fields*, 483 F.3d at 324. He was sentenced to death on one count of conviction and imprisonment on the other counts. *Id.*

2.  In 2016, Fields filed a pro se petition in this Court for habeas corpus under 28 U.S.C. § 2241. (Pet., ECF No. 1.) A few months later, Fields's attorneys filed an amended petition "incorporat[ing]" his pro se arguments and adding a claim that his counts of conviction under § 924(c) were invalid because part of that statute was unconstitutionally vague. (Am. Pet. 3 n.2, 6-11, ECF No. 16.) The government addressed both Fields' pro se claims and those argued by counsel. (Return 7-18, ECF No. 21; *see also* Warden Suppl. Br. 9-10 & n.4, ECF No. 81.)

3.  This Court postponed resolution several times to await the results of settlement discussions and developments pertinent to the arguments about the validity of § 924(c)(3)(B). (Entry Denying Mot. for Immediate Relief 2, ECF No. 33; Order Staying Proceedings, ECF No. 54; Order Granting Mot. to Modify Stay, ECF No. 71.)

Most recently, following the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), this Court stayed proceedings to allow Fields to assert his arguments about § 924(c) in a successive motion under 28 U.S.C. § 2255 in the court of conviction. (Order Granting Unopposed Mot. to Stay Proceedings, ECF No. 98.)

4.  Fields pursued that motion. *See* Successive Mot. for Collateral Relief, *United States v. Fields*, No. 6:01cr164 (W.D. Tex. June 15, 2020), ECF No. 401. The parties to those proceedings, Fields and the government, jointly recommended that the court vacate Fields's convictions and sentences on two of the three § 924(c) counts, including the death-eligible count. *See* Joint Advisory 5-9, *United States v. Fields*, No. 6:01cr164 (W.D. Tex. Jan. 11, 2021), ECF No. 409. The parties also agreed that resentencing to a life term of imprisonment would be appropriate. *See id.* at 9-10. The parties recognized that this resolution "should result in the dismissal of claims Fields pursued in his habeas action in Indiana that were based on the argument that § 924(c)(3)(B) is unconstitutionally vague." *Id.* at 4 n.1. Adopting this resolution, the court vacated two § 924(c) counts, vacated the death sentence, and resentenced Fields to a life term on the surviving § 924(c) count and terms of years on the other surviving counts. *See* Judgment 1-2, *United States v. Fields*, No. 6:01cr164 (W.D. Tex. Apr. 8, 2021), ECF No. 418.

5.  The deadline for a notice of appeal from the court of conviction's judgment has now passed, that court cannot further extend Fields's deadline, and the government will not ask the court to extend its deadline. *See* Fed. R. App. P. 4(b)(1), (4). Therefore, Fields's § 2255 motion has been finally resolved (including any appeals), and this Court should lift the stay. (Order Granting Unopposed Mot. to Stay Proceedings 2, ECF No. 98.)

6.  Counsel for the government has conferred with an attorney for Fields, and this motion is unopposed.

Respectfully submitted,

John E. Childress
Acting United States Attorney

By:    */s/ Zachary C. Richter*
          Zachary C. Richter
          Special Assistant United States Attorney
          903 San Jacinto Boulevard
          Austin, Texas 78701
          (512) 916-5858 (phone)
          (512) 916-5854 (fax)
          Zachary.C.Richter@usdoj.gov

          *Attorneys for Respondent*

## Certificate of Service

I certify that on May 26, 2021, I electronically filed this document and all attachments with the Clerk of Court using the CM/ECF system, which will send notification to

Florence Italia Patti
(italia.patti@fd.org),

*Attorney for Petitioner.*

*Zachary C. Richter*
Zachary C. Richter
Special Assistant United States Attorney