UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,      §
   Petitioner,      §
                  §
                  §
   v.      §      No. 2:16-CV-418-JPH-MJD
                  §
WARDEN, USP TERRE HAUTE,      §
   Respondent.      §

## <u>ORDER LIFTING STAY</u>

This Court stayed proceedings in this case pending resolution of Petitioner Sherman Fields's successive motion under 28 U.S.C. § 2255 in the Western District of Texas. (Order Granting Unopposed Mot. to Stay Proceedings, ECF No. 98.) That motion has been finally resolved, and neither party has appealed. Therefore, Respondent's unopposed motion to lift the stay is GRANTED.

Date: _____

_____
Hon. James Patrick Hanlon
United States District Judge

Distribution:

Electronically registered counsel via the Court's CM/ECF system.