UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00418-JPH-MJD |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER LIFTING STAY AND DIRECTING FURTHER PROCEEDINGS**

This Court stayed proceedings in this case pending resolution of Petitioner Sherman Fields's successive motion under 28 U.S.C. § 2255 in the Western District of Texas. Dkt. 98. That motion has been finally resolved, and neither party has appealed. Respondent's unopposed motion to lift the stay in this action, dkt. [104], is therefore **GRANTED**, and this action is no longer stayed. The **clerk is directed** to reopen this action on the docket.

Mr. Fields shall have **through July 30, 2021**, to file a supplemental brief addressing *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* dkt. 74 (directing parties to file supplemental briefs); dkt. 81 (government's supplemental brief).

**SO ORDERED.**

Date: 6/29/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Florence Italia Patti
INDIANA FEDERAL COMMUNITY DEFENDERS
italia.patti@fd.org

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov