UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,                    )
                                          )
                    Petitioner,           )
                                          )
            v.                            )     No. 2:16-cv-00418-JPH-MJD
                                          )
WARDEN,                                   )
                                          )
                    Respondent.           )

## FINAL JUDGMENT

The Court now enters final judgment. The petition for writ of habeas corpus is **DISMISSED**.

Date:  9/19/2022

Roger A.G. Sharpe, Clerk of Court

By: _James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

By: _Pam Pope_
     Deputy Clerk

Distribution:

Florence Italia Patti
INDIANA FEDERAL COMMUNITY DEFENDERS
italia.patti@fd.org

Zachary Carl Richter
UNITED STATES ATTORNEY'S OFFICE
zachary.c.richter@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov