UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHERMAN LAMONT FIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00418-JPH-MJD |
| | ) | |
| | ) | |
| WARDEN, USP TERRE HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## DOCKETING STATEMENT

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of Appeals for the Seventh Circuit, Petitioner-Appellant Sherman Fields hereby submits his Docketing Statement:

(1) The jurisdiction of the United States District Court for the Southern District of Indiana in the above-captioned matter is based upon 28 U.S.C. § 2241.

(2) The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this matter pursuant to 28 U.S.C. § 2253(a), in that this is an appeal from a final judgment and order in a habeas corpus proceeding. The order sought to be reviewed, and judgment thereon, were entered on September 19, 2022 (Dkts. 107 &108). The Notice of Appeal in this matter was filed on October 3, 2022.

(3) This appeal is from a final judgment.

(4) There are no prior related appellate proceedings.

(5) There is prior litigation in the district court that, although not appealed, arises out of the same criminal conviction: 2:14-cv-00315-WTL-WGH. The petition was voluntarily withdrawn, and the district court dismissed the action without prejudice. Dkt. Nos. 20 & 21.

(6) Mr. Fields is currently confined at the Federal Transfer Center Oklahoma City.

(7) This appeal does not require a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Bush v. Pitzer*, 133 F.3d 455, 456 (7th Cir. 1997) (certificate of appealability not required for federal prisoner appealing denial of writ of habeas corpus under 28 U.S.C. § 2241; "Under 28 U.S.C. § 2253(c)(1)(B), a federal prisoner needs a certificate of appealability only when appealing from the denial of relief under 28 U.S.C. § 2255.")

Respectfully submitted,

DATED: October 3, 2022

F. Italia Patti
F. Italia Patti
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3535
italia_patti@fd.org
*Attorney for Petitioner Sherman Fields*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on October 3, 2022. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

F. Italia Patti

F. Italia Patti
Indiana Federal Community
Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3535
italia_patti@fd.org
*Attorney for Petitioner Sherman Fields*