UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,     )
           )
     Petitioner,          )
           )
     v.            )          2:16-cv-00418-JPH-MJD
           )
           )
WARDEN, USP TERRE HAUTE,     )
           )
     Respondent.        )

## MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

Petitioner Sherman Fields respectfully moves this Court for leave to proceed on appeal *in forma pauperis*. In support of this motion, Petitioner states as follows:

(1) Petitioner is an indigent life-sentenced prisoner currently at FTC-Oklahoma City. His BOP Register Number is 15651-180.

(2) Petitioner was previously granted leave to proceed *in forma pauperis* in this Court. *See* Dkt. 5.

(3) Petitioner has remained indigent since being incarcerated and remains unable to pay the costs and fees associated with the litigation of this Petition for Writ of Habeas Corpus.

WHEREFORE, the Petitioner respectfully requests leave to proceed on appeal *in forma pauperis*.

1

Respectfully submitted,

DATED: October 3, 2022

<u>F. Italia Patti</u>
F. Italia Patti
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3535
italia_patti@fd.org
*Attorney for Petitioner Sherman Fields*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on October 3, 2022. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>F. Italia Patti</u>

F. Italia Patti
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3535
italia_patti@fd.org
*Attorney for Petitioner Sherman Fields*

3