UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,           )
                                 )
         Petitioner,             )
                                 )
   v.                            )            2:16-cv-00418-JPH-MJD
                                 )
                                 )
WARDEN, USP TERRE HAUTE,         )
                                 )
         Respondent.             )

ORDER GRANTING MOTION TO PROCEED ON APPEAL
IN FORMA PAUPERIS

This cause has come before the Court upon the motion of Petitioner Sherman

Fields for leave to proceed on appeal *in forma pauperis*. Upon good cause shown, it

is now ORDERED that the motion is hereby GRANTED.

Date: _____                    _____

                                         James Patrick Hanlon
                                         United States District Judge
                                         Southern District of Indiana