UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SHERMAN LAMONT FIELDS,            )
                                  )
        Petitioner,               )
                                  )
    v.                            )                2:16-cv-00418-JPH-MJD
                                  )
                                  )
WARDEN, USP TERRE HAUTE,          )
                                  )
        Respondent.               )


ORDER GRANTING MOTION TO PROCEED ON APPEAL
IN FORMA PAUPERIS

This cause has come before the Court upon the motion of Petitioner Sherman

Fields for leave to proceed on appeal *in forma pauperis*.  Dkt. [111].  Upon good

cause shown, it is now ORDERED that the motion is hereby GRANTED.

Date:  11/1/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana


Distribution:

All Electronically Registered Counsel